# EXHIBIT 2

Defendant David Jones's
Consent to Removal

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; ALEX E. JONES; DAVID JONES; OWEN SHROYER; and ROGER STONE,<br><br>　　　　Defendants. | Case No. _____<br><br>**DEFENDANT DAVID JONES'S CONSENT TO REMOVAL** |

**TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332(a), 1441(a), and 1446 Defendant David Jones hereby consents to the removal to this Court, by Defendants Infowars, LLC, Free Speech Systems, LLC, Alex E. Jones, and Owen Shroyer, the civil action from the Seventeenth Judicial District Court for Broward County, Florida entitled *Klayman v. Infowars, LLC, et al.*, Case No. CACE-20-007120.

Such consent should not be deemed a waiver of any substantive, procedural, or jurisdictional defenses to the claims of the plaintiff, which are all hereby preserved.

Dated: September 18, 2020.

Respectfully submitted,

/s/ Walter Taché
Walter Taché
Florida Bar No. 28850
wtache@tachebronis.com
service@tachebronis.com
TACHE, BRONIS, CHRISTIANSON AND DESCALZO, P.A.
150 S.E. 2nd Avenue, Suite 600
Miami, FL 33131
Telephone: (305) 537-9565
Facsimile: (305) 537-9567

<u>Of Counsel:</u>
David S. Wachen
(*Pro Hac Vice* application pending)
david@wachenlaw.com
WACHEN LLC
11605 Montague Court
Potomac, MD  20854
Telephone: (240) 292-9121
Facsimile: (301) 259-3846

Counsel for Defendant David Jones