UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; ALEX E. JONES; DAVID JONES; OWEN SHROYER; and ROGER STONE,<br><br>        Defendants. | Case No. 20-cv-61912<br><br>**NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS** |

**TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that that above-captioned case ("Re-Filed Action") is related to *Klayman v. Infowars, LLC, et al.*, S.D. Fla Case No. 9:20-cv-80614-RKA ("Initial Action"). These cases involve the same parties, are based upon the same claims, and involve substantially the same facts and the same questions of law.

Mr. Klayman filed the Initial Action on April 8, 2020 in this Court against Defendants Infowars, LLC, Free Speech Systems, LLC, Alex E. Jones, David Jones, and Owen Shroyer. (*See* Initial Action, Dkt. No. 1. The case was assigned to the Honorable District Judge Roy Kalman Altman. On April 14, 2020, the Court, *sua sponte*, issued an Order Requiring a More Definite Statement. (*See* Initial Action, Dkt. No. 4.) Mr. Klayman voluntarily dismissed that action the same day without prejudice. (*See* Initial Action, Dkt. Nos. 5 & 6.). Although the case was dismissed, the matter remains pending on Mr. Klayman's "Request for Disclosure," from the Court, to which no response has been filed. (*See* Initial Action, Dkt. No. 7.)

Two weeks after voluntarily dismissing the Initial Action, Mr. Klayman filed the Re-Filed Action in the Seventeenth Judicial District Court for Broward County, Florida. (*See* Complaint, Re-

RANDAZZA · LEGAL GROUP

Filed Action, Dkt. No. 1-1.)  Both cases plead the same set of facts against substantially the same set of Defendants.

The sole difference between the complaints is that Mr. Klayman's Complaint in the re-filed action added Roger Stone as a Defendant and exchanged his Lanham Act claim for Florida Deceptive and Unfair Trade Practice Act claims against each Defendant.  (*See* Notice of Removal, Re-Filed Action, Dkt. No. 1 at ¶ 9.)

In light of the foregoing, this Court should treat the cases as related.

Dated: September 21, 2020.

Respectfully submitted,

/s/Marc J. Randazza
Marc J. Randazza (FL Bar No. 625566)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Infowars, LLC; Free Speech Systems, LLC;
Alex E. Jones; and Owen Shroyer

Case No. 20-cv-61912

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been furnished to Larry Klayman, 7050 W. Palmetto Park Rd., Boca Raton, Florida 33433, <leklayman@gmail.com>, Robert Buschel, Buschel & Gibbons, P.A., One Financial Plaza, Suite 1300, 100 S.E. Third Avenue, Fort Lauderdale, FL 33394, <buschel@BGlaw-pa.com>, Walter Taché, Tache, Bronis, Christianson and Descalzo, P.A., 150 S.E. 2nd Avenue, Suite 600, Miami, FL 33131, <wtache@tachebronis.com>, <service@tachebronis.com>, and David S. Wachen, Wachen LLC, 11605 Montague Court, Potomac, MD 20854, <david@wachenlaw.com> by electronic mail and U.S. mail on this 21st day of September 2020.

/s/ Tim Bothell<br>
Employee,<br>
Randazza Legal Group, PLLC