UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; ALEX E. JONES; DAVID JONES; OWEN SHROYER; and ROGER STONE,<br><br>    Defendants. | Case No. 20-cv-61912<br><br>**NOTICE OF PENDING MOTIONS PURSUANT TO LOCAL RULE 7.2** |

PLEASE TAKE NOTICE that upon removal of the above-captioned case to this Court, the following motions were currently pending in the case below:

- <u>Defendants Infowars, LLC, Alex E. Jones, Owen Shroyer, and Free Speech Systems, LLC's Motion to Dismiss and/or For Summary Judgment Under Fla. Stat. § 768.295</u> (filed September 10, 2020) (attached hereto as **Exhibit 1**); and

- <u>Defendant Roger Stone's Motion to Dismiss the Complaint, Motion to Strike the Complaint, and Motion for Sanctions</u> (filed September 18, 2020) (attached hereto as **Exhibit 2**).

Dated: September 21, 2020.

Respectfully submitted,

/s/Marc J. Randazza
Marc J. Randazza (FL Bar No. 625566)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Infowars, LLC; Free Speech Systems, LLC;
Alex E. Jones; and Owen Shroyer

Case No. 20-cv-61912

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been furnished to Larry Klayman, 7050 W. Palmetto Park Rd., Boca Raton, Florida 33433, <leklayman@gmail.com>, Robert Buschel, Buschel & Gibbons, P.A., One Financial Plaza, Suite 1300, 100 S.E. Third Avenue, Fort Lauderdale, FL 33394, <buschel@BGlaw-pa.com>, Walter Taché, Tache, Bronis, Christianson And Descalzo, P.A., 150 S.E. 2nd Avenue, Suite 600, Miami, FL 33131, <wtache@tachebronis.com>, <service@tachebronis.com>, and David S. Wachen, Wachen LLC, 11605 Montague Court, Potomac, MD 20854, <david@wachenlaw.com> by electronic mail and U.S. mail on this 21st day of September 2020.

_____
Employee,
Randazza Legal Group, PLLC