IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLOIRDA

| | |
|---|---|
| LARRY KLAYMAN<br><br>              Plaintiff<br><br>       v.<br><br>INFOWARS LLC. et al,<br><br>              Defendant. | **Case Number: 0:20-cv-61912** |

## PLAINTIFFS' MOTION FOR A SHORT EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS

Plaintiff Larry Klayman ("Klayman") respectfully submit this motion for a short extension of time to respond to (1) Defendant Roger Stone's Motion to Dismiss and (2) Defendants Infowars, LLC, Free Speech Systems LLC, Alex Jones, and Owen Shroyer's Motion to Dismiss, both of which were filed in state court prior to the Notice of Removal.

Mr. Klayman has had a very heavy litigation period during this time and therefore requests an extension up to and including October 29, 2020, to respond to these motions.

Defendants will not be prejudiced from this short extension and this motion is being filed in good faith and not for the purpose of delay.

Counsel for Defendant Stone has consented, and counsel for the Infowars Defendants has not responded to Mr. Klayman's request.

Dated: October 8, 2020                                       Respectfully submitted,

                                                                           */s/ Larry Klayman*
                                                                           Larry Klayman, Esq.
                                                                           FL Bar No. 246220
                                                                           7050 W. Palmetto Park Road
                                                                           Tel: (561) 558-5336

1

Email:leklayman@gmail.com

*Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of October 2020, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

*/s/ Larry Klayman*