IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLOIRDA

LARRY KLAYMAN

    Plaintiff

v.

INFOWARS LLC. et al,

    Defendant.

Case Number: 0:20-cv-61912

# PLAINTIFFS' MOTION FOR A SHORT EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS

Plaintiff Larry Klayman ("Klayman") respectfully submit this motion for a short extension of time to respond to (1) Defendant Roger Stone's Motion to Dismiss and (2) Defendants Infowars, LLC, Free Speech Systems LLC, Alex Jones, and Owen Shroyer's Motion to Dismiss, both of which were filed in state court prior to the Notice of Removal.

Mr. Klayman has had a very heavy litigation period during this time and therefore requests an extension up to and including October 29, 2020, to respond to these motions.

Defendants will not be prejudiced from this short extension and this motion is being filed in good faith and not for the purpose of delay.

On October 7, 2020 at 8:02 p.m. EST, the undersigned counsel's office sent an email to counsel for Defendant Roger Stone and counsel for the Infowars Defendants seeking consent for this motion by noon, October 8, 2020. Counsel for Defendant Stone responded indicating that he consented. Counsel for the Infowars Defendants has still not responded.

# CERTIFICATE OF COMPLIANCE

Pursuant to LCvR 7(a)(3), I hereby certify I have made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion by emailing counsel for Defendant Stone and the Infowars Defendants at 8:02 p.m. on October 7, 2020 but have been unable to do so with counsel for the Infowars Defendants since they have not responded.

Dated: October 9, 2020                                          Respectfully submitted,

                                                                                       */s/ Larry Klayman*
                                                                                      Larry Klayman, Esq.
                                                                                      FL Bar No. 246220
                                                                                      7050 W. Palmetto Park Road
                                                                                      Tel: (561) 558-5336
                                                                                      Email:leklayman@gmail.com

                                                                                      *Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of October 2020, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

                                                                                      */s/ Larry Klayman*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLOIRDA

LARRY KLAYMAN

        Plaintiff

v.

INFOWARS LLC. et al,

        Defendant.

**Case Number: 0:20-cv-61912**

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A SHORT EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS

Plaintiff Larry Klayman's Motion for Short Extension of Time to Respond to Motions to Dismiss is hereby GRANTED. Any response to Defendant Stone's Motion to Dismiss and the Infowars Defendants' Motion to Dismiss shall be due on October 29, 2020.

Date: _____                      _____