**Exhibit 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-61912-DPG

LARRY KLAYMAN,

    Plaintiff,

v.

INFOWARS, LLC, FREE SPEECH
SYSTEMS, LLC, ALEX E. JONES,
DAVID JONES, OWEN SHROYER, and
ROGER STONE,

    Defendants.

_____/

## DECLARATION OF DAVID JONES

I, David Jones, declare as follows:

1. I am over the age of eighteen (18) years, and am competent to declare under oath the following, on personal knowledge.

2. I am a citizen of the State of Texas and reside in Austin. I have lived in Texas for 69 years.

3. I am a dentist by training and the father of Defendant Alex Jones, who is an adult.

4. I have no personal or business connection to the State of Florida. I do not live or work in Florida. I do not own or lease real property in Florida. I do not work in Florida. I do not personally do business in Florida. I do not operate, conduct, engage in, or carry on a business or business venture in Florida. I do not have an office or agency in Florida.

5. I have not personally engaged in any activity in Florida over the past ten years. I have not personally engaged in solicitation or service activities in Florida. To the best of my

knowledge, I have not personally processed, serviced, or manufactured products, materials, or things that were used or consumed in Florida in the ordinary course of commerce, trade, or use.

6. I have not been to Florida in over ten years. The last time I was in Florida was for a vacation.

7. I have never been an owner of Defendant InfoWars, LLC or Defendant Free Speech Systems, LLC. It is my understanding that the sole owner of both limited liability companies is Alex Jones.

8. I used to be the Director of Human Relations for Free Speech Systems, LLC, until my retirement from that position in the spring of 2020. I am no longer an employee of Free Speech Systems, LLC. I have never been an employee of InfoWars, LLC. As Director of Human Relations for Free Speech Systems, LLC, I was involved in human resource matters for the company. I have not held any other position or title with Free Speech Systems, LLC or InfoWars, LLC.

9. Other than in my capacity as the former Director of Human Relations for Free Speech Systems, LLC, I have not managed any of the business activities of Free Speech Systems, LLC or InfoWars, LLC.

10. I have not had any role in the creation, production, or dissemination of any content or programming by Free Speech Systems or InfoWars, and was not in any way involved in the making or dissemination of the statements by Roger Stone that are the subject of this lawsuit. I did not appear on the program on which Mr. Stone uttered the statements at issue. I had no role in the planning of this program or Mr. Stone's statements. I had no discussion with Mr. Stone or anyone else about Mr. Stone's statements before they were made.

11. I do not recall even being aware of Mr. Stone's statements until after Plaintiff threatened and then instituted litigation against me and the other Defendants relating to Mr. Stone's



statements.

12. To the best of my recollection, I have not had any personal interaction with Mr. Stone other than a brief introduction.

13. I have not worked in concert with Mr. Stone or any of the Defendants or served as an agent of any of the Defendants in making, publishing, or disseminating the allegedly defamatory statements at issue in this lawsuit. I did not participate in any way in the making or dissemination of Mr. Stone's statements at issue in this lawsuit. I have not profited in any way from Mr. Stone's statements.

14. I have not done anything to cause injury to Plaintiff.

15. Before Plaintiff threatened and then sued me, I do not recall having had any interaction with Plaintiff.

16. I have not personally directed activity at Florida residents, such as Plaintiff, that would have given me any type of fair warning that I might get sued in Florida.

17. I am not a lawyer, media personality, author, or columnist on conservative or other issues on social media or elsewhere. Thus, I do not compete with Plaintiff in any of his activities as a lawyer, media personality, author, columnist, or pundit.

18. Having to defend this lawsuit in Florida, in a court more than 1,300 miles from my home, would be particularly burdensome for me and would be unfair and unreasonable, especially in this time of Covid-19. This is particularly true since I am about to turn 70 and am already defending a lawsuit by Plaintiff based on the same allegations in the U.S. District Court for the Western District of Texas, in Austin. This Florida case appears to be entirely duplicative of the previously filed case that Plaintiff is pursuing against me and the other Defendants in Texas.

19. I was not even aware that Plaintiff had filed this action against me and the other

Defendants until I was served with process on August 21, 2020.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2020

David Jones