Query   Reports   Utilities   Help   Log Out

**Exhibit 3**

CLOSED,DLB

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CIVIL DOCKET FOR CASE #: 9:20-cv-80614-RKA

Klayman v. Infowars, LLC et al  
Assigned to: Judge Roy K. Altman  
Referred to: Magistrate Judge Dave Lee Brannon  
Cause: 28:1332 Diversity-Libel, Assault, Slander

Date Filed: 04/08/2020  
Date Terminated: 04/14/2020  
Jury Demand: Plaintiff  
Nature of Suit: 320 Assault Libel & Slander  
Jurisdiction: Diversity

**Plaintiff**

**Larry Klayman**          represented by  **Larry Elliot Klayman**  
Klayman Law Firm  
7050 W. Palmetto Park Rd, #15-287  
Boca raton, FL 33433  
3105950800  
Email: leklayman@gmail.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Infowars, LLC**

**Defendant**

**Free Speech Systems, LLC**

**Defendant**

**Alex Jones**  
*Individually*

**Defendant**

**David Jones**  
*Individually*

**Defendant**

**Owen Shroyer**  
*Individually*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2020 | 1 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number AFLSDC-12717737, filed by Larry Klayman. (Attachments: # 1 Civil Cover Sheet, # 2 Summon(s), # 3 Summon(s), # 4 Summon(s), # 5 Summon(s), # 6 Summon(s))(Klayman, Larry) (Entered: 04/08/2020) |

| | | |
|---|---|---|
| 04/08/2020 | 2 | Clerks Notice of Judge Assignment to Judge Roy K. Altman and Magistrate Judge Dave Lee Brannon. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Dave Lee Brannon is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (drz) (Entered: 04/09/2020) |
| 04/09/2020 | 3 | Summons Issued as to Free Speech Systems, LLC, Infowars, LLC, Alex Jones, David Jones, Owen Shroyer. (drz) (Entered: 04/09/2020) |
| 04/13/2020 | 4 | ORDER REQUIRING FILING OF AMENDED COMPLAINT, ( Amended Complaint due by 4/23/2020.) Show Cause Response due by 4/27/2020. Signed by Judge Roy K. Altman on 4/13/2020. *See attached document for full details.* (drz) (Entered: 04/14/2020) |
| 04/14/2020 | 5 | NOTICE of Voluntary Dismissal by Larry Klayman (Klayman, Larry) (Entered: 04/14/2020) |
| 04/14/2020 | 6 | ORDER OF DISMISSAL. Closing Case. Signed by Judge Roy K. Altman on 4/14/2020. *See attached document for full details.* (drz) (Entered: 04/14/2020) |
| 04/14/2020 | | Deadline(s)/Hearing(s) terminated Per Order DE# 6 . (drz) (Entered: 04/14/2020) |
| 04/15/2020 | 7 | NOTICE by Larry Klayman re 4 Order to Show Cause, Set/Reset Deadlines/Hearings *of Request for Disclosure* (Klayman, Larry) (Entered: 04/15/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/08/2020 18:40:51 | | | |
| **PACER Login:** | wachenlaw | **Client Code:** | jones |
| **Description:** | Docket Report | **Search Criteria:** | 9:20-cv-80614-RKA |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |