**Exhibit 6**

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE20007120   DIVISION 14   JUDGE Carlos A Rodriguez

**Larry Klayman**

Plaintiff(s) / Petitioner(s)

v.

**Free Speech Systems LLC, et al**

Defendant(s) / Respondent(s)

_____/

## ORDER GRANTING MOTION AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT DAVID JONES TO RESPOND TO COMPLAINT

This cause came before this Court on the Defendant, David Jones' Agreed Motion for Extension of Time for Defendant David Jones to Respond to Complaint. The Court being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Defendant David Jones' Motion is hereby **GRANTED**. Defendant David Jones shall file his response to the Complaint no later than October 9, 2020.

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on 09-10-2020.

CACE20007120 09-10-2020 4:29 PM

Hon. Carlos A Rodriguez
**CIRCUIT JUDGE**
Electronically Signed by Carlos A Rodriguez

**Copies Furnished To:**
David S Wachen , E-mail : david@wachenlaw.com
Larry E. Klayman , E-mail : oliver.peerfw@gmail.com
Larry E. Klayman , E-mail : daj142182@gmail.com
Larry E. Klayman , E-mail : leklayman@gmail.com
Larry Klayman , Address : 7050 W Palmetto Park RD Boca Raton, FL 33433
Walter Jay Tache , E-mail : service@tachebronis.com

Walter Jay Tache , E-mail : wtache@tachebronis.com