**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:20-cv-61912-DPG**

LARRY KLAYMAN,

        Plaintiff,

   v.

INFOWARS, LLC, FREE SPEECH
SYSTEMS, LLC, ALEX E. JONES,
DAVID JONES, OWEN SHROYER, and
ROGER STONE,

        Defendants.
_____/

**ORDER**

On this the _____ day of _____, 2020, upon consideration of Defendant David Jones's Motion to Dismiss Complaint for Lack of Jurisdiction and Failure to State a Claim, and Plaintiff's response to the Motion:

IT IS ORDERED that Defendant David Jones's Motion is **GRANTED** and Plaintiff's claims against Defendant David Jones are **DISMISSED** for lack of personal jurisdiction over Defendant.

SIGNED this the _____ day of _____, 2020.

                                        _____
                                        HONORABLE DARRIN P. GAYLES
                                        UNITED STATES DISTRICT JUDGE