IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLOIRDA

LARRY KLAYMAN

    Plaintiff

v.

INFOWARS LLC. et al,

    Defendant.

**Case Number: 0:20-cv-61912**

## MOTION FOR REMAND

Plaintiff Larry Klayman ("Mr. Klayman") hereby moves this Court for an order remanding this action to the Seventeenth Judicial Circuit for Broward County, Florida pursuant to 28 U.S. Code § 1447. The basis for this motion is because this Court lacks jurisdiction since there is no complete diversity of citizenship between the parties. Mr. Klayman is a citizen of Florida and Defendant Roger Stone is also a citizen of Florida.

Defendant Stone was served with the Complaint merely one day after the statutory deadline had passed, but he is still a named defendant in this matter. In any event, Mr. Klayman is filing concurrently herewith a Motion for Leave to Have Served Defendant Stone One Day Late to moot out any issue, and therefore, there will continue to be a lack of diversity jurisdiction. Lastly, this Court does not have federal question jurisdiction, as there are no federal statutes at issue here.

Accordingly, Mr. Klayman respectfully requests that this Court remand this action to the Seventeenth Judicial Circuit for Broward County, Florida.

Dated: October 15, 2020                                        Respectfully submitted,

2

/s/ Larry Klayman
Larry Klayman, Esq.
FL Bar No. 246220
7050 W. Palmetto Park Road
Tel: (561) 558-5336
Email:leklayman@gmail.com

*Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October 2020, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

/s/ Larry Klayman

2