IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLOIRDA

| | |
|---|---|
| LARRY KLAYMAN<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>INFOWARS LLC. et al,<br><br>　　　　　Defendant. | **Case Number: 0:20-cv-61912** |

## MOTION FOR LEAVE TO HAVE SERVED DEFENDANT ROGER STONE

Plaintiff Larry Klayman ("Mr. Klayman") hereby moves this Court for an order granting leave to have served Defendant Stone with the Complaint just one day past the 120 days provided or under Florida Rule of Civil Procedure 1.070 (j). As set forth in <u>Exhibit 1</u>, Defendant Stone was served personally on August 27, 2020. This was caused substantially by difficulties in locating Defendant Stone and his efforts to evade service. See affidavit of service attached.

This will did not prejudice any party and the granting of this motion will moot out the claimed improper basis which removed this case from the Seventeenth Judicial Circuit for Broward County for further proceedings.

Counsel for Defendant Stone does not consent.

Dated: October 15, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Larry Klayman*
　　　　　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　FL Bar No. 246220
　　　　　　　　　　　　　　　　　　　　　　　　7050 W. Palmetto Park Road
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (561) 558-5336
　　　　　　　　　　　　　　　　　　　　　　　　Email:leklayman@gmail.com

　　　　　　　　　　　　　　　　　　　　　　　　*Plaintiff Pro Se*

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 15th day of October 2020, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

<em><u>/s/ Larry Klayman</u></em>