## AFFIDAVIT OF PROCESS SERVER

### Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida

**Larry Klayman**

    Plaintiff(s),

VS.

**Infowars, LLC, et al**

    Defendant(s).

Attorney: Larry Klayman, Esq.

Klayman Law Group, P.A.
2020 Pennsylvania Avenue, N.W., #800
Washington DC 20006



*257322*

**Case Number: CACE-20-007120**

Legal documents received by Same Day Process Service, Inc. on **08/25/2020** at **8:23 AM** to be served upon **Roger Stone at 1045 NE 18th Ave, Fort Lauderdale, FL 33304**

I, **Michael Meyer**, swear and affirm that on **August 27, 2020** at **4:15 PM**, I did the following:

**Personally** Served **Roger Stone** the person listed as the intended recipient of the legal document with this **Summons; Complaint; Exhibits** at **1045 NE 18th Ave , Fort Lauderdale, FL 33304**.

**Description of Person Accepting Service:**
Sex: Male Age: 70 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: White

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

8-31-2020

**Michael Meyer**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:257322

