IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLOIRDA

| | |
|---|---|
| LARRY KLAYMAN<br><br>                    Plaintiff<br><br>             v.<br><br>INFOWARS LLC. et al,<br><br>                    Defendant. | **Case Number: 0:20-cv-61912** |

### PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff Larry Klayman ("Klayman") respectfully submit this motion for a 14-day extension of time to respond to Defendant David Jones' Motion to Dismiss.

Mr. Klayman has had a very heavy litigation period during this time and therefore requests a two week extension to respond to this motion.

Defendants will not be prejudiced from this short extension and this motion is being filed in good faith and not for the purpose of delay.

Counsel for Defendant David Jones has consented and has asked for a one-week extension of time to file a reply. Mr. Klayman consents to this as well.

Dated: October 20, 2020                                   Respectfully submitted,

                                                           */s/ Larry Klayman*
                                                          Larry Klayman, Esq.
                                                          7050 W. Palmetto Park Road
                                                          Tel: (561) 558-5336
                                                          Email:leklayman@gmail.com

                                                          *Plaintiff Pro Se*

### CERTIFICATE OF SERVICE

1

I HEREBY CERTIFY that on this 20th day of October 2020, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

*/s/ Larry Klayman*