IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-61912-DPG

LARRY KLAYMAN,

        Plaintiff,

v.

INFOWARS, LLC, *et al.*,

        Defendants.

_____/

## DEFENDANT DAVID JONES'S OPPOSITION TO
## PLAINTIFF'S MOTION FOR LEAVE TO HAVE SERVED ROGER STONE

Defendant David Jones joins Defendants Infowars, LLC, Free Speech Systems, LLC, Alex E. Jones, and Owen Shroyer in opposing Plaintiff's Motion for Leave to Serve Roger Stone for the reasons stated in the other Defendants' Opposition (ECF# 19).

In particular, as noted by the other Defendants, Plaintiff has an identical, previously filed, pending action against Mr. Stone in the Circuit Court for Broward County, *Klayman v. Stone,* Case No. CACE 19-002672, filed Feb. 5, 2019. As can be seen from the Amended Complaint in that action, a copy of which is attached as Exhibit 1, Plaintiff in the earlier action is suing Mr. Stone over the same allegedly defamatory statements that he has challenged in this action. The docket in the state court action remains active and that action remains pending. (*See* Docket in *Klayman v. Stone,* Case No. CACE 19-002672 (Ex. 2).) There is no legitimate reason, much less good cause, for Plaintiff to pursue simultaneous lawsuits in Florida against Mr. Stone over the same alleged conduct. To allow Plaintiff to serve Mr. Stone belatedly would merely add to the multiplicity of the actions brought by Plaintiff.

Moreover, Plaintiff had four months to serve Mr. Stone. During that period and before, he

was corresponding with Mr. Stone's counsel about discovery and other matters in the previously filed action against Mr. Stone, among other actions he is actively pursuing against Mr. Stone. (*Id.*)

Accordingly, the Court should deny Plaintiff's motion for leave.

Dated:  October 26, 2020                                    Respectfully submitted,

                                                            */Walter J. Taché*
                                                            Walter J. Taché, Esq.
David S. Wachen                                             Florida Bar No. 028850
Admitted *Pro Hac Vice*                                     wtache@tachebronis.com
david@wachenlaw.com                                         service@tachebronis.com
WACHEN LLC                                                  TACHE, BRONIS, CHRISTIANSON & DESCALZO, P.A.
11605 Montague Court                                        150 S.E. 2 Avenue, Suite 600
Potomac, MD  20854                                          Miami, Florida 33131
(240) 292-9121                                              (305) 537-9565
(f) (301) 259-3846                                          (f) (305) 537-9567

**COUNSEL FOR DEFENDANT DAVID JONES**

2

## Certificate of Service

On October 26, 2020, I caused the foregoing to be filed electronically using the Court's electronic case filing system. Notice of this filing will be sent to counsel of record using the Court's electronic notification system.

*s/ Walter J. Taché*
Walter J. Taché

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-61912-DPG

LARRY KLAYMAN,

        Plaintiff,

v.

INFOWARS, *et al.*,

        Defendants.

_____/

**ORDER**

On this the \_\_\_\_\_ day of _____, 2020, upon consideration of Plaintiff's Motion for Leave to Have Served Defendant Roger Stone (ECF No. 18), and Defendants' responses to the Motion:

IT IS ORDERED that Plaintiff's Motion is **DENIED**.

SIGNED this the _____ day of _____, 2020.

_____
HONORABLE DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE