

**EXHIBIT 1**

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

LARRY KLAYMAN,

        Plaintiff

    v.

                                      **Case Number: 19-002672 CACE (13)**

ROGER STONE,

        Defendant.

## PLAINTIFF'S AMENDED COMPLAINT

Plaintiff Larry Klayman hereby files the attached Amended Complaint, <u>Exhibit 1</u>,

pursuant to the Court's order at the August 8, 2019 hearing.

Dated: August 29, 2019                        Respectfully Submitted,

                                      */s/ Larry Klayman*
                                   Larry Klayman, Esq.
                                   2020 Pennsylvania Ave NW #800
                                   Washington, DC, 20006
                                   Telephone: (561)-558-5563
                                   Email: leklayman@gmail.com

                                   *Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I, Larry Klayman, hereby certify that on this day, August 29, 2019 a copy of the

foregoing was filed via this Court's e-filing system and served upon all parties and/or counsel of

record through Notices of Electronic Filing.

                                   */s/ Larry Klayman*
                                   Larry Klayman

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 08/29/2019 01:38:28 PM.****

# EXHIBIT 1

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

LARRY KLAYMAN, Individually

            Plaintiff

        v.

ROGER STONE, Individually

           Defendant.

**Case Number:**    **19-002672 CACE (13)**

## AMENDED COMPLAINT FOR DEFAMATION

Plaintiff, LARRY KLAYMAN ("Plaintiff" or "Klayman") hereby files this action against ROGER STONE ("Defendant Stone") for Slander and Slander Per Se and Slander by Implication.

## JURISDICTION AND VENUE

1.     This is an action for slander and damages in excessive of $15,000.00, exclusive of interest, costs and attorney's fees.

2.     Venue for this action is properly in Broward County, Florida, as Defendant Stone is a resident of this county and judicial district and a citizen of Florida and the cause of actions arose in this country and circuit.

## THE PARTIES

3.     Plaintiff, Larry Klayman ("Mr. Klayman"), is an attorney and public interest advocate who practices in this circuit and nationally.

4.     Defendant, Roger Stone ("Defendant Stone"), is an individual and a citizen of Florida and a resident of Fort Lauderdale, Florida.

## GENERAL ALLEGATIONS

5.      On or about January 18, 2019, Defendant Stone appeared on InfoWars, where he made several false, misleading and defamatory statements in this circuit, nationally and internationally regarding Plaintiff Klayman (the "InfoWars Video").[1] The same video was published on Defendant Stone's YouTube channel, "*Stone Cold Truth*," on January 18, 2019.[2]

6.      Defendant Stone also previously published on March 22, 2017 a video on YouTube titled "Beware Larry Klayman" through his channel which slanders Plaintiff Klayman (the "YouTube Video").[3]

7.      Defendant Stone is no stranger to defamation lawsuits. As reported by Splinter News, Defendant Stone was forced to - as part of a settlement in another defamation suit – apologize in newspapers and on social media for lying about Chinese Businessman Guo Wengui on InfoWars, after having falsely published that Mr. Wengui is a "turncoat criminal who is convicted of crimes here and in China."[4]

<u>FALSE STATEMENTS PUBLISHED IN THE INFOWARS VIDEO</u>

8.      At 1:25, Defendant Stone publishes, "He's (Klayman) never actually won a courtroom victory in his life."

9.      Defendant Stone made this false and misleading slanderous, defamatory statement of fact with malice and/or full knowledge that it was false, or at a minimum with reckless disregard for its truth. Plaintiff Klayman has won numerous courtroom and other legal victories in his life.

10.     At 1:30, Defendant Stone publishes, "He (Klayman) was ousted at Judicial

---

[1] https://www.infowars.com/watch/?video=5c3fbf24fe49383dcf6996e4
[2] https://www.youtube.com/watch?v=cJyfgdvtFx8
[3] https://www.youtube.com/watch?v=2K10SlTy8JU&feature=youtu.be
[4] Sophie Weiner, *Roger Stone Lied About a Chinese Businessman on InfoWars and Now He Has to Tell Everyone*, Splinter News, Dec. 17, 2018, available at: https://splinternews.com/roger-stone-lied-about-a-chinese-businessman-on-infowar-1831162926

Watch. Ask Tom Fitton [the current president of Judicial Watch] why he left. He was 'ousted' because of a 'sexual harassment complaint.'"

11.     Defendant Stone made this false, misleading, slanderous, defamatory statement with malice and with full knowledge that it was false and misleading, and/or at a minimum, with a reckless disregard for its truthfulness. Defendant Stone is working in concert with Thomas Fitton ("Fitton") – whose public interest organization Judicial Watch already been hit with a jury verdict and judgment for maliciously defaming Plaintiff Klayman in the U.S. District Court for the Southern District of Florida for $181,000 in compensatory and punitive damages (*Klayman v. Judicial Watch, Inc.*, 13-cv-20610 (S.D. FL.).

12.     In actuality and truth, Plaintiff Klayman left Judicial Watch on his own accord in order to run for U.S. Senate in Florida in 2003-2004.

13.     At 1:37, Defendant Stone publishes, "He's (Klayman) incompetent, he's a numbskull, he's an idiot, he's an egomaniac, and he could be the single worst lawyer in America. With him as Jerry Corsi's lawyer, Corsi may get the electric chair. So your idea that he's a good guy is entirely wrong"

14.     Defendant Stone made this false, misleading slanderous, defamatory statement of fact with malice with full knowledge that it was false, and/or at a minimum with reckless disregard for its truth. This false statement of fact creates the false and misleading published factual statement and implication that Plaintiff Klayman is unqualified to be an attorney, pubic advocate and defames him personally.

15.     In actuality, Plaintiff Klayman has been a practicing attorney for nearly four decades and has continuously been a member in good standing of The Florida Bar for 42 years, and has won numerous cases on behalf of his clients and also against the government for

constitutional and other violations.

16.     At 2:01, Defendant Stone also published that Plaintiff Klayman is a "piece of garbage."

17.     Defendant Stone published this false and misleading slanderous, defamatory mixed statement of fact and opinion with malice and full knowledge that it was misleading and false, and/or at a minimum with reckless disregard for its truth. This false and misleading mixed statement of fact and opinion creates the false and misleading implication that Plaintiff Klayman is unqualified to be an attorney, public advocate and is a bad and loathsome person.

18.     At 4:11. Defendant Stone publishes, "For those people out there who think…that Larry Klayman's IQ is higher than 70, you're wrong…"

19.     Defendant Stone made this false, misleading and defamatory, slanderous statement of fact with malice and full knowledge that it was false, or at a minimum with reckless disregard for its truth. This false statement of fact creates the false implication that Plaintiff Klayman is unqualified to be an attorney, is mentally retarded and is an unintelligent, bad, and loathsome person.

<u>FALSE STATEMENTS PUBLISHED IN THE YOUTUBE VIDEO</u>

20.     At 0:45 in the YouTube Video, Defendant Stone publishes, "Now comes gadfly right-wing lawyer, Larry Klayman, to say that Alex Jones and InfoWars have violated the law in their release of classified documents and will be prosecuted."

21.     Defendant Stone published this false, misleading and slanderous, defamatory statement of fact with malice and full knowledge that it was false, and/or at a minimum with reckless disregard for its truth. This false and misleading slanderous statement of fact creates the false implication that Plaintiff Klayman is unqualified to be an attorney and public advocate and

a bad and loathsome person.

22.    At 1:00 in the YouTube Video, Defendant Stone publishes, "To be clear Larry Klayman is a moron. He has never won a case in court in his life. He may have won a few motions. He is a lightweight. He is a know-nothing…."

23.    Defendant Stone published this false, misleading slanderous, defamatory statement of fact with malice and with full knowledge that it was false, and/or at a minimum with reckless disregard for its truth. Ironically, Plaintiff Klayman won a defamation judgment against Fitton and Judicial Watch – with whom Defendant Stone is working in concert to again defame Plaintiff - in the Southern District of Florida, as set forth above, and has had many other courtroom and other legal victories.

## COUNT I – SLANDER

24.    Plaintiff re-alleges and incorporates by reference the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

25.    Defendant Stone published numerous false, misleading slanderous, defamatory statements to severely harm and damage Plaintiff Klayman in both the InfoWars Video and the YouTube Video which include, but are not limited to, that (1) Plaintiff Klayman was ousted at Judicial Watch due to a sexual harassment complaint, and (2) Plaintiff Klayman has never won a courtroom victory in his life, as well as the other false and misleading statements set forth in this Complaint.

26.    These false, misleading and defamatory statements were published on the internet and republished elsewhere for persons in this circuit and the entire world see and hear.

27.    These false, misleading and defamatory statements were published with malice, as Defendant Stone knew that they were false and misleading, and/or at a minimum acted with a

reckless disregard for the truth.

28.     Plaintiff Klayman has been severely harmed and damaged by these false and misleading slanderous statements because they subject him to hatred, distrust, ridicule, contempt, and disgrace.

29.     Plaintiff Klayman has been severely harmed and damaged by these false and misleading slanderous statements because the statements injured Plaintiff Klayman in his profession and business as a lawyer and public advocate, as well as personally.

30.     WHEREFORE, Plaintiff Larry Klayman prays for judgment against Defendant Stone as follows: Awarding Plaintiff Klayman compensatory and actual including consequential and incidental damages in excess of $ 35,000,000 million U.S. Dollars. Granting any further relief as the Court deems appropriate including preliminary and permanent injunctive relief, as well as leave to later amend to add a claim for punitive damages pursuant to Section 768.72 of the Florida Statutes. When amended, Plaintiff Klayman will plead for punitive damages in excess of $40, 000,000 U.S. Dollars.

COUNT II – SLANDER PER SE

31.     Plaintiff re-alleges and incorporates by reference the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

32.     Defendant Stone, as alleged herein, published numerous false, misleading and slanderous defamatory statements to severely harm and damage Plaintiff Klayman in both the InfoWars Video and the YouTube Video, which were republished elsewhere, that publish the falsity that Plaintiff Klayman has committed crimes and engaged in moral turpitude, as set forth in the preceding paragraphs.

33.     Under Florida Law, "it is established…that an oral communication is

actionable per se - that is, without a showing of special damage - if it imputes to another (a) a criminal offense amounting to a felony, or (b) a presently existing venereal or other loathsome and communicable disease, or (c) conduct, characteristics or a condition incompatible with the proper exercise *of his lawful business*, trade, profession or office, or (d) the other being a woman, acts of unchastity." *Wolfson v. Kirk*, 273 So. 2d 774, 777 (Fla. Dist. Ct. App. 1973)

34.     These false, misleading and defamatory slanderous statements were published in this circuit and on the internet for the entire world to see and hear and specifically published false and misleading slanderous facts, *inter alia*, that Plaintiff's conduct, characteristics or a condition is incompatible with the proper exercise of his lawful business, trade, profession or office.

35.     These false and misleading slanderous statements were published with malice, as Defendant Stone knew that they were false and misleading, and/or at a minimum acted with a reckless disregard for the truth.

36.     These slanderous statements are *per se* defamatory because they falsely accuse Plaintiff Klayman of sexual harassment and a related complaint - thereby falsely imputing a criminal offense upon Plaintiff Klayman - and him being "ousted" as the chairman and general counsel of Judicial Watch over this, as well as the other false and misleading slanderous published statements alleged herein.

37.     These false, misleading, and slanderous defamatory statements are defamatory and actionable per *se* because these false and misleading statements severely harmed and damaged Plaintiff Klayman in his profession and business as a lawyer and advocate, as they concern conduct and characteristics incompatible with being a lawyer.  Damage is presumed by law when defamation *per se* is proven.

38.     WHEREFORE, Plaintiff Larry Klayman prays for judgment against Defendant Stone as follows: Awarding Plaintiff Klayman compensatory and actual including consequential and incidental damages in excess of $ 35,000,000 million U.S. Dollars. Granting any further relief as the Court deems appropriate including preliminary and permanent injunctive relief, as well as leave to later amend to add a claim for punitive damages pursuant to Section 768.72 of the Florida Statutes. When amended, Plaintiff Klayman will plead for punitive damages in excess of $40, 000,000 U.S. Dollars.

COUNT III – SLANDER BY IMPLICATION

39.     Plaintiff re-alleges and incorporates by reference the allegations in the preceding paragraphs of the Complaint as if fully set forth herein.

40.     Under Florida law, "defamation (i.e. slander) by implication is a well-recognized species of defamation that is subsumed within the tort of defamation." *Jews for Jesus, Inc. v. Rapp*, 997 So. 2d 1098, 1108 (Fla. 2008).

41.     Defamation by implication occurs when "the defendant juxtaposes a series of facts so as to imply a defamatory connection between them, or creates a defamatory implication by omitting facts…even though the particular facts are correct." *Jews for Jesus, Inc. v. Rapp*, 997 So. 2d 1098, 1108 (Fla. 2008)

42.     Defendant Stone published numerous false, misleading slanderous defamatory statements about Plaintiff Klayman in both the InfoWars Video and the YouTube Video, as set forth in the preceding paragraphs.

43.     These false, misleading slanderous defamatory statements were published on the internet and published and republished elsewhere in this circuit for the entire world to see and hear.

8

44.     These false and misleading slanderous statements were published with malice, as Defendant Stone knew that they were false and misleading, and/or at a minimum acted with a reckless disregard for the truth.

45.     These published slanderous defamatory statements created the false and misleading implication that Plaintiff Klayman has been the subject of a sexual harassment complaint and committed criminal sexual offenses, among other false and misleading statements as pled in the preceding paragraphs.

46.     Plaintiff Klayman has been severely harmed and damaged by these false and misleading slanderous statements constitute slander by implication as a matter of established Florida law as set forth above, because they subject him to hatred, distrust, ridicule, contempt, and disgrace.

47.     Plaintiff Klayman has been damaged by these published false and misleading statements which constitute slander by implication because the statements severely harmed and damaged Plaintiff Klayman in his profession and business as a public advocate and personally, as pled herein.

48.     WHEREFORE, Plaintiff Larry Klayman prays for judgment against Defendant Stone as follows: Awarding Plaintiff Klayman compensatory and actual including consequential and incidental damages in excess of $ 35,000,000 million U.S. Dollars. Granting any further relief as the Court deems appropriate including preliminary and permanent injunctive relief, as well as leave to later amend to add a claim for punitive damages pursuant to Section 768.72 of the Florida Statutes. When amended, Plaintiff Klayman will plead for punitive damages in excess of $40, 000,000 U.S. Dollars.

Dated: August 29, 2019                              Respectfully Submitted,

9

_/s/ Larry Klayman_
Larry Klayman, Esq.
2020 Pennsylvania Ave NW #800
Washington, DC, 20006
Telephone: (561) 558-5336
Email: leklayman@gmail.com
*Plaintiff Pro Se*