Larry Klayman Plaintiff vs. Roger Stone Defendant

**EXHIBIT 2**

Broward County Case Number: CACE19002672
State Reporting Number: 062019CA002672AXXXCE
Court Type: Civil
Case Type: Other - Libel/Slander
Incident Date: N/A
Filing Date: 02/05/2019
Court Location: Central Courthouse
Case Status: Pending
Magistrate Id / Name: N/A
Judge ID / Name: 13 Robinson, Michael A.

## Party(ies)

Total: 2

| Party Type | Party Name | Address | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | Klayman, Larry | | ★ Pro Se<br>Retained<br><br>Status: Active |
| Defendant | Stone, Roger | | ★ Smith, Grant Jeffrey<br>Retained<br>Bar ID: 935212<br>Grant J Smith, Esq<br>401 East Las Olas Boulevard<br>Suite 130-120<br>Ft Lauderdale, FL 33301-5001<br>Status: Active<br><br>Buschel, Robert<br>Retained<br>Bar ID: 63436<br>Buschel Gibbons, P.A<br>One Financial Plaza, Suite 1300<br>100 S.E. 3rd Avenue<br>Fort Lauderdale, FL 33394<br>Status: Active |

## Disposition(s)

Total: 0

| Date | Statistical Closure(s) | | |
|---|---|---|---|
| Date | Disposition(s) | View | Page(s) |

## Event(s) & Document(s)   Total: 45

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 05/06/2020 | Motion to Amend Answer | AFFIRMATIVE DEFENSES<br>Party: Defendant Stone, Roger | 📄 | 8 |
| 04/06/2020 | Response to Request for Production | | 📄 | 4 |
| 03/09/2020 | Request for Production of Documents | | 📄 | 5 |
| 03/09/2020 | Motion to Compel Production | REQUEST FOR PRODUCTION<br>Party: Defendant Stone, Roger | 📄 | 3 |
| 01/15/2020 | Response to Request for Production | | 📄 | 4 |
| 12/10/2019 | Request for Production of Documents | | 📄 | 5 |
| 12/10/2019 | Order Of Recusal | AND DIRECTIONS TO THE CLERK OF THE COURT | 📄 | 1 |
| 12/03/2019 | Amended Answer & Affirmative Defenses | Party: Defendant Stone, Roger | 📄 | 4 |
| 10/08/2019 | Order Granting Motion to Stay | AND PROTECTIVE ORDER | 📄 | 1 |
| 10/07/2019 | Order Denying Motion to Dismiss | The Amended Complaint. And to Strike the Claim for Injunctive Relief-Granted | 📄 | 1 |
| 10/04/2019 | Order Granting Motion | FOR LEAVE TO APPEAR TELEPHONICALLY | 📄 | 1 |
| 10/02/2019 | Motion | FOR LEAVE TO APPEAR TELPHONICALLY<br>Party: Plaintiff Klayman, Larry | 📄 | 3 |
| 10/01/2019 | Notice of Hearing | | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 09/30/2019 | Opposition | | 📄 | 3 |
| 09/27/2019 | Notice of Hearing | | 📄 | 2 |
| 09/27/2019 | Motion to Stay | OR PROTECTIVE ORDER<br>Party: Defendant Stone, Roger | 📄 | 3 |
| 09/27/2019 | Notice of Unavailability | Party: Attorney Buschel, Robert | 📄 | 2 |
| 09/19/2019 | Opposition | | 📄 | 49 |
| 09/18/2019 | Motion to Dismiss Amended Complaint | Party: Defendant Stone, Roger | 📄 | 268 |
| 08/29/2019 | Amended Complaint | Party: Plaintiff Klayman, Larry | 📄 | 12 |
| 08/08/2019 | Order Granting Motion | MOTION TO DISMISS--MOT TO STRIKE IS MOOT | 📄 | 1 |
| 08/07/2019 | Supplemental File | Roger Stone/ MOTION TO DISMISS AND ANTI-SLAPP MOTION TO DISMISS | 📄 | 222 |
| 08/02/2019 | Response to Memorandum | Party: Defendant Stone, Roger | 📄 | 6 |
| 08/01/2019 | Notice of Filing | MOTION TO DISMISS AND ANTI-SLAPP MOTION TO DISMISS<br>Party: Defendant Stone, Roger | 📄 | 187 |
| 07/01/2019 | Notice of Hearing | | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 04/22/2019 | Opposition | TO DEFENDANT ROGER STONE'S MOTION TO DISMISS (ANTI-SLAPP STATUTE) AND MOTION FOR SANCTIONS PURSUANT O THIS COURT'S INHERENT AUTHORITY<br>Party: Plaintiff Klayman, Larry | 📄 | 87 |
| 04/17/2019 | Opposition | TO DEFENDANT ROGER STONE'S COMBINED MOTION TO DISMISS THE COMPLAINT AND MOTION TO STRIKE<br>Party: Plaintiff Klayman, Larry | 📄 | 77 |
| 04/17/2019 | Motion for Leave | TO EXCEED THE PAGE LIMITATION<br>Party: Plaintiff Klayman, Larry | 📄 | 2 |
| 04/05/2019 | Motion to Dismiss | Plaintiff's claim for defamation in accordance with the state's Anti-SLAPP Act<br>Party: Defendant Stone, Roger | 📄 | 7 |
| 04/01/2019 | Notice of Cancellation | | 📄 | 2 |
| 03/30/2019 | Motion to Dismiss | COMPLAINT AND MOTION TO STRIKE THE COMPLAINT<br>Party: Defendant Stone, Roger | 📄 | 112 |
| 03/22/2019 | Notice of Hearing | | 📄 | 2 |
| 03/20/2019 | Motion for Default | Party: Plaintiff Klayman, Larry | 📄 | 16 |
| 03/18/2019 | Opposition | | 📄 | 4 |
| 03/18/2019 | Notice of Hearing | | 📄 | 3 |
| 03/18/2019 | Amended Notice of Hearing | | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 03/06/2019 | Notice of Appearance | Party: Defendant Stone, Roger | 📄 | 2 |
| 03/06/2019 | Notice of Appearance | Party: Defendant Stone, Roger | 📄 | 2 |
| 03/06/2019 | Motion for Extension of Time | Party: Defendant Stone, Roger | 📄 | 3 |
| 02/19/2019 | Summons Served-Posted | February 14, 2019<br>Party: Defendant Stone, Roger | 📄 | 1 |
| 02/11/2019 | eSummons Issuance (No Fee) | Party: Defendant Stone, Roger | 📄 | 3 |
| 02/06/2019 | Filing Fee | Payor: LARRY KLAYMAN ; Userid: CTS-fg/t ; Receipt: 20191FA1A020527;<br>;<br>Amount: $401.00 | | |
| 02/05/2019 | Civil Cover Sheet | | 📄 | 2 |
| 02/05/2019 | Complaint (eFiled) | FOR DEFAMATION<br>Party: Plaintiff Klayman, Larry | 📄 | 36 |
| 02/05/2019 | eSummons Not Issued - Atty advised | Blank Summons | 📄 | 3 |

## ➖ Hearing(s)   Total: 0

There is no Disposition information available for this case.

## ➖ Related Case(s)   Total: 0

There is no related case information available for this case.