IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLOIRDA

| | |
|---|---|
| LARRY KLAYMAN<br><br>Plaintiff<br><br>v.<br><br>INFOWARS LLC. et al,<br><br>Defendant. | Case Number: 0:20-cv-61912 |

**PLAINTIFFS' MOTION FOR TWO-DAY EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS**

Plaintiff Larry Klayman ("Klayman") respectfully submit this motion for a second, two-day extension of time to respond to (1) Defendant Roger Stone's Motion to Dismiss and (2) Defendants Infowars, LLC, Free Speech Systems LLC, Alex Jones, and Owen Shroyer's Motion to Dismiss, both of which were filed in state court prior to the Notice of Removal.

Mr. Klayman has had a very heavy litigation period during this time and has had client emergencies pop up and therefore requests a brief, two-day extension up to and including November 2, 2020, to respond to these motions.

Defendants will not be prejudiced from this short extension and this motion is being filed in good faith and not for the purpose of delay. No further extensions will be requested.

On October 28, 2020 at 4:05 EST, the undersigned's office sent an email to counsel for both Defendant Stone as well as the Infowars Defendants seeking consent for this motion. In the email, the undersigned's office asked for a response by 12:00, noon today October 29, 2020. At the time of filing, the undersigned's office has not received any response.

Dated: October 29, 2020                                                    Respectfully submitted,

2

        */s/ Larry Klayman*
Larry Klayman, Esq.
FL Bar No. 246220
7050 W. Palmetto Park Road
Tel: (561) 558-5336
Email:leklayman@gmail.com

*Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of October 2020, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

        */s/ Larry Klayman*

2