In Re: Larry E. Klayman
July 18, 2019

Page 806

1  Cliven Bundy, who thankfully no one else will
2  represent unless someone like Larry Klayman comes
3  in.
4       There are other lawyers who have done this
5  in the past, with different political stripes --
6  Ralph Nader, who actually I know, counselor, others,
7  you need lawyers like that. You don't want to remove
8  them from the practice of law because then you leave
9  criminal Defendants and civil litigants at the mercy
10 of the big powers, the rich and the powerful who want
11 to and will use their power to try to destroy them,
12 thank you.
13      CHAIRPERSON MIMS: Any response, Miss
14 Porter?
15      MS. PORTER: No.
16      CHAIRPERSON MIMS: Alright, why don't we
17 take a break. I would say come back and wait for us
18 in 20 minutes. I don't know that we'll be done in 20
19 minutes. It may be longer. If you want to take a
20 longer break, we can say a half an hour, a half an
21 hour? Let's reconvene at a half an hour, and if
22 we're not back in a half an hour it means that we're

Page 807

1  not ready yet, so just try and hang around closely to
2  the courtroom.
3       We're off the record at 3:57, thank you.
4       (Off the record 3:57.)
5       (On the record 5:22.)
6       CHAIRMAN MIMS: Alright, we're back on
7  the record at 5:22. So, the Hearing Committee has
8  been unable to reach a non-binding determination.
9  So, at this point we're going to have to set a
10 briefing schedule.
11      Before we do that, I do want to talk a
12 little bit about what we'd like to see in the briefs
13 in some of the areas that -- of why we're unable to
14 come to an agreement and find a violation.
15      It's a clear and convincing case, so for
16 the statements and let's start with the pro hac
17 motion. For the statements, for the omissions or the
18 misleading things that you found in there where you
19 believe that there were violations, we would like you
20 to be very specific about those.
21      I know that in your closings you did go
22 through a number of examples. I mean we've gone

Page 808

1  through the misrepresentation of Mr. Whipple's
2  experience. Mr. Klayman's misrepresentation or
3  misleading of his own criminal experience. The issue
4  of not disclosing the Hearing Committee report, and
5  addressing his arguments that it wasn't final, that
6  it was an ongoing matter and also that the
7  affidavits, the sworn testimony that he had violated
8  a rule, that that had been withdrawn.
9       Accusing Judge Navarro of being malicious
10 and corrupt. For each of these items -- we need you
11 to specifically spell out how that rises to the level
12 of clear and convincing. And on the same token, Mr.
13 Klayman, we need -- what I'd like you to do is for
14 your statement of facts, listed out in paragraph
15 form, so that Mr. Klayman can either admit it or
16 deny it.
17      And Mr. Klayman, we need you to respond
18 specifically to the statements in the brief. I
19 understand that you may think that there is a big
20 issue with 6th Amendment in here, we don't really see
21 that. There may be a very limited case in which you
22 might bring that up, but I doubt it's going to be

Page 809

1  much.
2       And bar counsel's brief, the extent that
3  it's in your response I think can be pretty limited.
4  I mean you've made your points on the 6th Amendment
5  issue and the constitutionality issues. We've heard
6  them. I think the relevance is probably limited in
7  terms of your advocacy of the issue, and so I really
8  need you to respond so that the Committee can sift
9  through all of this.
10      Respond to her points in the brief. You
11 admit it, or you deny it. And if you deny whatever
12 fact it is, give us a specific reason of why you deny
13 it. Okay. So, the timing is generally 10 days
14 after the transcript comes in, and as I understand it
15 the transcript comes in in two weeks.
16      MR. KLAYMAN: Your Honor, may I address
17 you on that?
18      CHAIRPERSON MIMS: Yes.
19      MR. KLAYMAN: If we may have additional
20 time, my wife is pregnant and will be giving birth
21 around this time period.
22      CHAIRPERSON MIMS: Okay, when is --

42 (Pages 806 to 809)