```
              IN THE CIRCUIT COURT OF THE FIFTEENTH
                 JUDICIAL CIRCUIT IN AND FOR
                 PALM BEACH COUNTY, FLORIDA

                  Case No. 50-2019-CA-013711

JEROME CORSI,                      )
                                   )
              Plaintiff,           )
                                   )
vs.                                )
                                   )
ROGER STONE, et al.,               )
                                   )
              Defendants.          )
-----------------------------------
                              Palm Beach County Courthouse
                              West Palm Beach, FL
                              May 20th, 2020
                              1:30 p.m. - 2:54 p.m.

                         HEARING

      (Videoconference Hearing pursuant to AOSC 20-16)
```

The above-styled cause came on for hearing before the Honorable John S. Kastrenakes, Presiding Judge, via videoconference, Palm Beach County, Florida, on the 20th day of May, 2020.

```
 1    APPEARANCES:

 2    KLAYMAN LAW GROUP, P.A.
      7050 W. Palmetto Park Road
 3    Boca Raton, FL, 33433
      (561)558-5536
 4    leklayman@gmail.com
      By LARRY E. KLAYMAN, ESQ.
 5    Attorney for the Plaintiff

 6    THOMAS & LoCICERO PL
      915 Middle River Drive, Suite 309
 7    Fort Lauderdale, FL 33304-3560
      (954)703-3416
 8    dmcelroy@tlolawfirm.com
      By DANA J. McELROY, ESQ.
 9            and
      DUANE MORRIS LLP
10    230 Park Avenue, Suite 1130
      New York, NY 10169-0079
11    (212)404 8714
      malerner@duanemorris.com
12    By MARK LERNER, ESQ.
      Attorney for Newsmax Defendants
13
      BUSCHEL GIBBONS, P.A.
14    100 S.E. Third Avenue, Suite 1300
      1 Financial Plaza
15    Fort Lauderdale, FL 33394-0002
      (954)530-5301
16    buschel@bglaw-pa.com
      By ROBERT BUSCHEL, ESQ.
17    Attorney for Defendant Roger Stone

18

19

20

21

22

23

24

25
```

```
 1                    (Whereupon, the following proceedings were
 2          had:)
 3                    THE COURT:  We have a number of motions
 4          that were specially set and it involves the
 5          action of Dr. Corsi versus Roger Stone, et al.
 6                    And let me just go ahead and have
 7          appearances by everyone.
 8                    On behalf of the plaintiff?
 9                    MR. KLAYMAN:  Larry Klayman, on behalf of
10          Dr. Corsi.  Nice to see you, Your Honor.
11                    THE COURT:  Are you, Mr. Klayman, still
12          in the State of California?
13                    MR. KLAYMAN:  I still am.  I'm stranded in
14          California.  Could be worse.  Could be Cleveland.
15                    THE COURT:  All right.  Let me turn to the
16          defendants.
17                    Mr. Stone is represented by whom?
18                    MR. BUSCHEL:  Robert Buschel, on behalf of
19          Roger Stone.
20                    THE COURT:  Mr. Buschel, how are you?
21                    MR. BUSCHEL:  I'm great.
22                    THE COURT:  And we have a collective
23          number of defendants called the Newsmax
24          defendants.  I think there's the company, as well
25          as two or three individuals, who represents them?
```

IN THE CIRCUIT COURT OF THE FIFTEENTH
JUDICIAL CIRCUIT IN AND FOR
PALM BEACH COUNTY, FLORIDA

Case No. 50-2019-CA-013711

JEROME CORSI,                  )
                               )
          Plaintiff,           )
                               )
vs.                            )
                               )
ROGER STONE, et al.,           )
                               )
          Defendants.          )
-------------------------------

                    Palm Beach County Courthouse
                    West Palm Beach, FL
                    August 4th, 2020
                    1:41 p.m. - 3:21 p.m.

HEARING

(Videoconference Hearing pursuant to AOSC 20-16)

The above-styled cause came on for hearing before the Honorable John S. Kastrenakes, Presiding Judge, via videoconference, Palm Beach County, Florida, on the 4th day of August, 2020.

PRESTIGE REPORTING SERVICE, INC.    (954) 764-7297

```
 1         responsibility of Roger Stone, the statements
 2         made by Cassandra Fairbanks --
 3                 COURT REPORTER:  Judge?
 4                 THE COURT:  Hi.  Can you hear me?
 5                 COURT REPORTER:  Better.  I couldn't hear
 6         for a second.
 7                 THE COURT:  You now, this is a necessary
 8         evil, this Zoom.  I wish you guys were all here
 9         in court.
10                 Mr. Klayman, are you still in California?
11                 MR. KLAYMAN:  I am, Your Honor.  I'm
12         sequestered.
13                 THE COURT:  Well, I'm glad everyone looks
14         healthy here.  I guess the only way for you to
15         get back home now, for you, Mr. Klayman, is get
16         in a car and do an old-fashioned road trip.
17                 MR. KLAYMAN:  Or walk.
18                 THE COURT:  I would be nervous about
19         getting on a plane today.
20                 MR. KLAYMAN:  I've got several cases in
21         Florida and, you know, I can't get to them
22         because taking a five-and-a-half hour flight is
23         not probably the best idea right now.
24                 THE COURT: Right.  Right.  No, I know.
25                 (Off the record.)
       PRESTIGE REPORTING SERVICE, INC.     (954) 764-7297
```