ABE LUCA, ESQ. (235953)
ablu22@hotmail.com
Freedom Watch, Inc.
9701 Wilshire Blvd.
Suite 923, 9th Floor
Beverly Hills, CA 90212
Telephone: 310-651-3026
Facsimile: 310-651-3025

Of Counsel; **Larry Klayman, Esq**.
Chairman and General Counsel
Freedom Watch, Inc.

Attorneys for the Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

In the matter of

| | |
|---|---|
| Jacqueline Williams in the Right of and for the Benefit of American International Group and herself and other Shareholders Of the Class<br><br>Plaintiffs,<br><br>v.<br><br>EDWARD M. LIDDY, et al.<br><br>Defendants. | CASE NO: 2:09-cv-2108 AHM-RCx<br><br>**APPLICATION OF LARRY KLAYMAN FOR ADMISSION** *PRO HAC VICE*<br><br>Hearing Date: June 8, 2009<br>Time:  10:00 a.m.<br>Courtroom: 14<br><br>Hon. A. Howard Matz |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that at the above time and place, the undersigned will apply for permission to appear as counsel *pro hac vice* before the United States District Court in the Central District of California in this matter. I, Larry Klayman, certifies that:

[1]

1. I am admitted to the following Supreme courts: Florida , the District of Columbia, and Pennsylvania.

2. I am currently in good standing in the above-mentioned courts (*see attachment A*) and I have never been subject to discipline in any of the courts to which I have been admitted.

3. I recently moved to California and am scheduled to take the California bar exam in July, 2009.

4. My contact information is the following:

    (b) Business address: Freedom Watch, Inc. 9701 Wilshire Blvd., Beverly Hills, CA 90212, Tel: (310) 651-3026, Fax: (310)-651-3025

5. I am not currently *pro hac vice* with this court.

6. In the case of Baldwin Hardware v. Frank Su Enterprises (93-cv-1185), Judge William D. Keller instructed me to attach a copy of his order, which I no longer have in my possession, concerning sanctions which I maintain were unfairly meted out. A review of this order by Bar Associations confirms that I did nothing wrong. According to my recollection, this order was issued over 15 years ago.

7. The current attorney of record in this case is:

    Abe Luca, Esq. (235953), tel: (805) 300-4068

    26500 Agoura Rd #102-853, Calabasas, CA 91302

8. My role in the above mentioned litigation will be to become the attorney of record for the Plaintiffs.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

[2]

Respectfully submitted,

DATED: June 05, 2009

By /s/ Larry Klayman
Larry Klayman, Esq.
Chairman
Freedom Watch, Inc.
9701 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212

[3]