**Clerk's File No.:** 2009 R 706369, **Group:** 1

CFN DETAILS    DOCUMENT IMAGE    ORDER CERTIFIED COPIES    REDACTION REQUEST

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

**DIVISION**
☐ CIVIL
☐ OTHER

**FINAL JUDGMENT FOR REMOVAL OF TENANT**

| PLAINTIFF(S) | VS.   DEFENDANT(S) |
|---|---|
| *Adonay Tejera* | *Larry Klayman* |

**CASE NUMBER:** *09-9067 CC05 (6)*

This action was heard before the Court on Plaintiff's Complaint for Removal of Tenant(s). On the evidence presented

IT IS ADJUDGED

1. That a final judgment be entered in favor of the Plaintiff(s) _____

   *Adonay Tejera*

   and against the Defendant(s) *Larry Klayman*

   _____ for possession of the

   premises located at and known as *3415 SW 24 St.*

   *Miami, Fla. 33145*

Miami-Dade County, Florida, for which let Writ of Possession issue.

*#385 00*

2. That Plaintiff(s) recover from said Defendant(s) costs herein taxed in the sum of $ ~~_____~~

for which let execution issue.

ORDERED in Miami-Dade County, Florida, this ___*4*___ day of ___*Sept.*___, 20 *09*

_____
JUDGE

| Pltf's Atty. or Judgment Holder's Address | *Adonay Tejera* *3417 SW 24 St.* *Miami, Fl. 33145* |
|---|---|

CLK/CT 72 REV. 3/03

Clerk's web address: www.miami-dadeclerk.com

Bk 27030 Pg 4571 CFN 20090706369 09/30/2009 11:49:50 Pg 1 of 1 Mia-Dade Cty, FL