## MY INFORMATION

## UPCOMING ELECTIONS

## PREVIOUS ELECTIONS ⓘ

# Larry E. Klayman

**Voter Registration Number:** 110081079

## Voter Information

● **Voter Status:** Eligible to vote in Miami-Dade County.
You have a standing request to receive a mail ballot for elections occurring on or before 12/31/2020.

**Date Registered:** January 10, 2003

**Date of Birth:** ███████1

**Party Affiliation:** REP

**Precinct:** 561

**County:** Miami-Dade

## Ballot 1 Status



### Ballot 1 Sent to Voter

Date Mailed: Thursday, October 1, 2020

### Ballot Destination:

3415 SW 24Th St
Miami, FL 33145

## Important Dates

**Election Day:** Tuesday, November 3, 2020

**Registration Closes:** Tuesday, October 6, 2020

**Early Voting Begins:** Monday, October 19, 2020

**Early Voting Ends:** Sunday, November 1, 2020

**Election Day Polling Location:**

View Precinct Statistics

## Contact Information

**Residence Address:**

3415 SW 24Th St
Miami, FL 33145

**Mailing Address:**

3415 SW 24Th St
Miami, FL 33145

*No Address Change information at this time*

# Current Elections

## 2020 General Election

**Voter Status:** You are scheduled to receive a mail ballot for this election.

View Sample Ballot