Search    2 20 Try Premium Free for 1 Month

**Dispute Resolution LLM -** Earn your online LLM from top-ranked Pepperdine



Connect  <u>Message</u>

### Larry Klayman · 3rd

Chairman at <mark>Freedom Watch, Inc.</mark>

<mark>Beverly Hills, California, United States</mark> · 188 connections ·

Contact info

Freedom Watch, Inc.

 Duke University

### Get the LinkedIn app and see more profiles like Larry's anytime, anywhere

buschel@bglaw-pa.com        Send me a link

Larry Klayman
Chairman at Freed...

Or send me an SMS instead

### About

Larry Klayman, founder of Judicial Watch and Freedom Watch, is known for his strong public interest advocacy i furtherance of ethics in government and individual freedoms and liberties. During his tenure at Judicial Watch, h obtained a court ruling that Bill Clinton committed a crime, the first lawyer ever to have done so against a   … s

### Experience

