
(https://www.dcbar.org/)

 (https://join.dcbar.org/eweb/StartPage.aspx?site=dcbar)

Share    Print

# Membership

Find A Member Search Results

Records matching your search criteria: 1    Search Again (DynamicPage.aspx?Site=dcbar&WebCode=FindMember)

To learn if there is any disciplinary proceedings for the following attorneys, please visit the disciplinary system (https://www.dcbar.org/attorney-discipline/disciplinary-decisions).

See the Membership Classes (https://www.dcbar.org/for-lawyers/membership/classes-of-membership) page for a complete description of license types and status definitions.

1. **Larry E Klayman**
   2020 Pennsylvania Ave NW # 345
   Washington DC 20006-1811
   UNITED STATES
   Phone: (310)595-0800

   Membership Status: DISCIPLINARY SUSPENSION
   Date of Admission: 12/22/1980



For Lawyers (https://www.dcbar.org/for-lawyers)

Membership (https://www.dcbar.org/for-lawyers/membership)
Resources (https://www.dcbar.org/for-lawyers/external-resources)
Continuing Legal Education (https://www.dcbar.org/for-lawyers/continuing-legal-education)
Communities (https://www.dcbar.org/for-lawyers/communities)