

# LAWYER DIRECTORY

## Find a Lawyer

Bar #

*Search by Bar number only produces results that are an exact match to the number provided.*

larry

klayman

Law Firm

City

City Name

☐ Find names that sound like the entered names

☐ Eligible lawyers only

☐ Include deceased lawyers

More options

+ **Board Certifications**
+ **Practice Areas**
+ **Law Schools**
+ **Services Offered**
+ **Languages Spoken**

Search | Clear All

**Showing 1 result.**

View in new tab

# Larry Elliot Klayman

Member in Good Standing

Eligible to Practice Law in Florida

**Bar Number:**

246220

**Mail Address:**

Klayman Law Group, PA
2020 Pennsylvania Ave NW # 345
Washington, DC 20006-1811

Office: 310-595-0800

Cell: 310-595-0800 - No Text Messages

**Email:**

leklayman@gmail.com

**Personal Bar URL:**

https://www.floridabar.org/mybarprofile/246220

**vCard:**

**County:**

Non-Florida

**Circuit:**

00

**Admitted:**

12/07/1977

**10-Year Discipline History:**

▲

Discipline cases that are public record are posted below. Select the reference number to view the Supreme Court Order and other related documents. Members of the public may obtain information about any disciplinary history older than 10 years by emailing LRInfo@floridabar.org or by calling **(850) 561-5839**. The Media should call the Public Information Department at **(850) 561-5666**.

|  | Action Date | Reference |
| --- | --- | --- |
| Public Reprimand | 08/29/2011 | **201170621** |

**Law School:**

Emory University School of Law

**Sections:**

Criminal Law

**Firm:**

Klayman Law Group, PA

The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about lawyers licensed to practice in the state (e.g., name, address, year of birth, gender, law schools attended, admission year). However, The Florida Bar allows individual attorneys the opportunity to add personal and professional information to the directory. The lawyer is solely responsible for reviewing and updating any additional information in the directory. The lawyer's added information is not reviewed by The Bar for accuracy and The Bar makes no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents are not responsible for the accuracy of that additional information. Publication of lawyers' contact information in this listing does not mean the lawyers have agreed to receive unsolicited communications in any form. Unauthorized use of this data may result in civil or criminal penalties. The Find a Lawyer directory is not a lawyer referral service.

## Need legal help?

Take a look at our newly enhanced **Lawyer Referral Service site**.

▲