# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DR. JEROME CORSI, *et al* <br><br> Plaintiffs <br><br> v. <br><br> MICHAEL CAPUTO, *et al* <br><br> Defendants. | Case Number: 1:19-cv-1573 |

## PLAINTIFF LARRY KLAYMAN'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Larry Klayman ("Plaintiff Klayman") hereby voluntarily dismisses the above-referenced matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), without prejudice, ONLY as to claims brought by Plaintiff Klayman.

Despite Defendant Roger Stone and his counsel's litigation gamesmanship and bad faith in removing this case from District of Columbia Superior Court, 2019-CA-002226B, when they knew that Plaintiff Klayman is a citizen of Florida - contrary to the contrived, dishonest and bad faith claims in Defendant Stone's recent pleading – Plaintiff Klayman will be amending the Complaint filed in the Broward County Superior Court, *Klayman v. Stone*, CACE-19-011394, against Defendant Roger Stone to include the claims pled in this action, in order to save valuable resources for himself and this Court.

As just one an example of Defendant Stone's and his counsel's rank disrespect and contempt for court process and in particular this Court – exhibited to even a greater degree before the Honorable Amy Berman Jackson in his criminal prosecution, 1:19-cr-00018-ABJ, where Stone posted and disseminated a threatening Instagram meme (in addition to committing other violations of his gag order, some of which are currently before Judge Jackson) with a

1

crosshairs - that is a gun, trained to her head - regrettably for a few weeks, before the relationship had to be terminated, he was Plaintiff Klayman's campaign manager when Klayman ran in 2003 for the U.S. Senate in Florida. He thus knew that Klayman is a citizen of Florida and his counsel's claims to have just discovered this are dishonest, contrived and in bad faith.

This also is regrettably consistent with Defendant Stone's prior conduct. After his counsel refused to accept service of the Complaint on Defendant Stone's behalf, Stone then evaded service of process, only to finally having to being served, at great additional expense to Plaintiff, incredibly at a strip club, where Stone was holding a fundraiser.

The allegations against Defendant Stone will thus now proceed in the Broward Florida state court.

Dated: July 2, 2019    Respectfully Submitted,

   */s/ Larry Klayman*
Larry Klayman, Esq.
KLAYMAN LAW GROUP, P.A.
D.C. Bar Number: 334581
2020 Pennsylvania Ave NW #800
Washington, DC, 20006
Telephone: (310)-595-0800
Email: leklayman@gmail.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on July 2, 2019

>  */s/ Larry Klayman*
> Larry Klayman, Esq.

3