[ORAL ARGUMENT NOT YET SCHEDULED]

No. 14-13855-BB

IN THE

# UNITED STATES COURT OF APPEALS

FOR THE

# ELEVENTH CIRCUIT

LARRY KLAYMAN,

*Plaintiff-Appellant*

— v. —

JUDICIAL WATCH, INC.

*Defendant-Appellee*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(CASE NO: 13-20610-CIV-ALTONAGA/O'SULLIVAN)

## RESPONSE TO JURISDICTIONAL QUESTION

LARRY KLAYMAN
*2520 Coral Way, Suite 2027*
*Miami, FL 33145*
*(310) 595-0800*
*leklayman@gmail.com*
*Appellant Pro Se*

DATED: October 23, 2014

## CERTIFICATE OF INTERESTED PERSONS

Plaintiff/Appellant, Larry Klayman, certifies that the following is a complete list of the trial judge, attorneys, persons, associations of persons, firms, partnerships, or corporations known to it that have an interest in the outcome of this case as defined by 11th Circuit Local Rule 26.1-1:

Trial Judge:

     Cecilia M. Altonaga

Attorneys:

     Larry Klayman and Douglas Kress

Persons, association of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case or appeal:

     Judicial Watch, Inc.

     The law firm of Schwed Kahle & Kress.

## RESPONSE TO COURT'S JURISDICTIONAL QUESTION

In its Jurisdictional Question of September 29, 2014, this Court asked the parties to address the following questions with regard to this appeal: (1) whether the allegations should be amended on appeal, pursuant to 28 U.S.C. § 1653, to cure any jurisdiction deficiencies in the current pleadings; (2) alternatively, whether the current record evidence adequately establishes the parties' citizenship; or (3) whether the record should be supplemented with additional evidence to demonstrate the parties' citizenship.

For the following reasons Appellant Larry Klayman ("Appellant Klayman") states that the current record evidence adequately establishes the parties' citizenship. In the unlikely event that this Court finds that the record does not establish the parties' citizenship, Appellant Klayman states that the allegations may be amended pursuant to 28 U.S.C. § 1653 to cure any perceived deficiencies with the current pleadings.  Finally, Appellant has included an additional affidavit which firmly establishes Appellant's citizenship in Florida should this Court find it necessary for additional evidence to be presented in order to demonstrate Appellant's citizenship.

Citizenship of Appellee Judicial Watch

It is undisputed that Judicial Watch, Inc., is a citizen of the District of Columbia.  *See* Appellee's response to this Court' Jurisdiction Question filed on

October 17, 2014 ("Judicial Watch submits that there is no dispute regarding its citizenship. Washington, D.C is Judicial Watch's place of incorporation and principal place of business. Accordingly, Judicial Watch is a citizen of Washington, D.C.").

Citizenship of Appellant Larry Klayman

For an individual, citizenship for diversity purposes is equivalent to domicile. *McCormick v. Aderholt,* 293 F .3d 1254, 1257 (11 th Cir. 2002). "A person's domicile is the place of 'his true, fixed, and permanent home and principal establishment, and to which he has the intention of returning whenever he is absent therefrom.'" *Id. (citing Mas v. Perry,* 489 F.2d 1396, 1399 (5th Cir. 1974), *cert. denied,* 419 U.S. 842, 95 S.Ct. 74, 42 L.E.2d 70 (1974)).

To determine a person's domicile the courts consider a number of factors including: current residence, voting registration and voting practices, location of personal and real property, location of brokerage and bank accounts, location of spouse and family, membership in unions and other organizations, place of employment or business, driver's license and automobile registration, and payment of taxes. *Lew v. Moss,* 797 F.2d 747, 749-750 (9th Cir. 1986). The courts primarily rely on these objective factors to determine domicile, and a person's statement of intent is given little weight when it conflicts with other facts. *Id.*

3

"[D]iversity and jurisdiction are determined on the basis of the facts at the time the suit was filed, and subsequent facts or changes in the domicile of either party do not affect jurisdiction." *Smith v. Sperling*, 354 U.S. 91,93 (1957). A plaintiff need only show a preponderance of the evidence that he is a citizen of a state. *Scoggins v. Pollock*, 727 F.2d 1025, 1026 (11th Cir. Ga. 1984). "The district court's finding of domicile will not be disturbed unless clearly erroneous." *Combee v. Shell Oil Co.*, 615 F.2d 698(5th Cir.1980).

Appellant Larry Klayman alleged in his Amended Complaint that "at all material times he resided in and does business in this judicial district," meaning the Southern District of Florida. *See* Amended Complaint, ¶ 2. In the Civil Cover Sheet, which is a matter of court record, that accompanied this lawsuit, Appellant identified himself as a citizen of Florida. Appellee Judicial Watch first challenged the citizenship of Appellant Klayman in its Motion to Dismiss. Appellant Klayman fully opposed Appellee's Motion to Dismiss with a sworn affidavit. *See* Affidavit of Larry Klayman of August 9, 2013 [ECF No. 29-6]. In this affidavit, Appellant stated, "I have a mailing address in Florida, a driver's license issued by the state of Florida, and a Florida Concealed Weapon or Firearm License." *Id.* at ¶16.

The District Court reviewed the pleadings and held as follows in its Order denying Defendant's Motion to Dismiss of September 5, 2014:

4

> With regard to Klayman's residency in Florida, Klayman states it is
> true he does not reside in this district as he has moved to Ocala,
> Florida. (*See* Pl.'s Opp'n 4 [ECF No. 29]). But Klayman, a Florida
> attorney with a Florida driver's license and Florida concealed weapon
> permit, maintains substantial ties to the district and resides in Florida.
> (*See id.* 4–5).

In addition, there is evidence on the record, in the form of Appellant's sworn

deposition testimony.  In his deposition, Appellant Klayman stated unequivocally

that "I'm a resident of Florida." *See Klayman Deposition p. 32.* If the Court

requires, the Amended Complaint may be amended pursuant to 28 U.S.C. § 1653

to unequivocally state that Appellant Klayman is not only a resident but is also a

citizen of the state of Florida. 28 U.S.C. § 1653 states that "Defective allegations

of jurisdiction may be amended, upon terms, in the trial or appellate courts."  The

amending of the Amended Complaint to exchange the word "resident" with

"citizen" would resolve any perceived problems with jurisdiction as the proper

allegation would be made.

In addition, should this Court require that additional evidence be presented

establishing Appellant Klayman's citizenship, Appellant has submitted an

additional sworn affidavit that demonstrates that he is a citizen of the state of

Florida and of nowhere else. See Exhibit 1 – Affidavit of Larry Klayman

("Klayman Affidavit").  This affidavit shows the following: First, Appellant is a

member of The Florida Bar and has been licensed to practice within Florida for

nearly thirty-five years. Klayman Affidavit ¶ 6. Even more, Appellant Klayman is

registered to vote in Florida and voted in Florida in the past two presidential

elections. Klayman Affidavit ¶ 9.  Appellant has also voted in Florida in the

midterm election set to occur this November.  Klayman Affidavit ¶10.  9.

Appellant also has a Florida Driver's license and a Florida Concealed Weapon or

Firearm License. Klayman Affidavit ¶¶ 12-14.  Appellant Klayman considers

himself a citizen of Florida and has the clear intention of remaining a citizen of the

state of Florida. Klayman Affidavit ¶¶ 2-4.

Given all of the facts, it is clear that Appellant Klayman is a citizen of

Florida and of no other state.  With Appellee Judicial Watch being a citizen of the

District of Columbia, diversity of citizenship has been met, thus establishing

jurisdiction for the U.S. District Court for the Southern District of Florida, where

this lawsuit was initiated, and within this Court's jurisdiction.

Dated: October 23, 2014

Respectfully submitted,

LARRY KLAYMAN
2520 Coral Way, Suite 2027
Miami, FL 33145
(310) 595-0800
leklayman@gmail.com

Appellant Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of October, 2014, I filed a true and correct copy of foregoing Response to Jurisdictional Question with the Clerk of the United States Court of Appeals for the Eleventh Circuit via Federal Express and U.S. Mail delivery. I further certify that I served the following by U.S. Mail:

**Douglas James Kress**
Schwed Kahle & Jenks, P.A.
11410 North Jog Road
Suite 100
Palm Beach Gardens, FL 33418
561-694-0070
Fax: 561-694-0057
Email: dkress@schwedpa.com

Respectfully submitted,

*LARRY KLAYMAN*
*2520 Coral Way, Suite 2027*
*Miami, FL 33145*
*(310) 595-0800*
*leklayman@gmail.com*
*Appellant Pro Se*

7

# Exhibit 1

**[ORAL ARGUMENT NOT YET SCHEDULED]**

No. 14-13855-BB

IN THE

# UNITED STATES COURT OF APPEALS

FOR THE

# ELEVENTH CIRCUIT

LARRY KLAYMAN,

*Plaintiff-Appellant*

— v. —

JUDICIAL WATCH, ET. AL.

*Defendants-Appellees*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(CASE NO: 13-20610-CIV-ALTONAGA/O'SULLIVAN)

## AFFIDAVIT OF LARRY KLAYMAN

LARRY KLAYMAN
*2520 Coral Way, Suite 2027*
*Miami, FL 33145*
*(310) 595-0800*
*leklayman@gmail.com*
*Appellant Pro Se*

DATED: October 23, 2014

**AFFIDAVIT OF LARRY KLAYMAN**

I, Larry Klayman, being over eighteen years of age, and duly competent to testify hereby swear and affirm as follows:

1. I have personal knowledge of the following facts and, if called upon as a witness, could testify competently thereto.

2. I am a citizen of Florida and have, at all material times relevant to this lawsuit, been a citizen of Florida.

3. I am not a citizen of any state other than Florida.

4. I have the specific intention of remaining a citizen of the state of Florida and this is where I consider my home.

5. I do not consider any other state as my home state.

6. I was admitted into The Florida Bar and became a member of the bar of this Court on December 7, 1977.  Attached as Exhibit A is a copy of my Florida Bar certificate of good standing that indicates when I joined The Florida Bar.

7. I began my legal career in the state of Florida as an associate for Blackwell and Walker, which was the largest litigation firm in Florida at that time.

8. I have practiced law in this state continuously and extensively throughout my career, and have active cases pending in the state of Florida.

9. I am registered to vote in the state of Florida.  Attached as Exhibit B to this affidavit is a true and correct print out of my voter registration status as it

1

appeared on October 21, 2014.  As this document indicates, I have been
registered to vote in Florida since January 10, 2003.

10. I have voted in Florida for the past two presidential elections. I have also voted
in Florida for this upcoming midterm election in Florida.

11. I am not currently registered to vote in any other state other than Florida.

12. I carry a Florida driver's license. A true and correct copy of my Florida driver's
license has been attached as Exhibit C to this affidavit. The address has been
redacted for security reasons.

13. I do not have a driver's license issued by any state other than Florida.

14. In addition to my Florida driver's license, I also have a Concealed Weapon or
Firearms License that was issued by the state of Florida.  Attached as Exhibit C
is a true and correct copy of my concealed carry license. The address has been
redacted for security reasons.

15. In 2004 I was a candidate in the Republican primary for the U.S. Senate seat in
the state of Florida.

16. A true and correct copy of an article entitled "Larry Klayman for Senate" by
Joseph Farah of World Net Daily is attached as Exhibit D to this affidavit.  This
article was published on August 26, 2014 after I had announced my candidacy
for the U.S. Senate.

2

17. I use "mail drops" or Commercial Mail Receiving Agent addresses as my mailing addresses for security reasons. I am often involved in high profile lawsuits that place me in danger.

18. I currently have cases against the Islamic Republic of Iran, the Islamic Republic of Afghanistan, Al Qaida, and the Taliban.  Each of these groups has ties to terrorist organization or are terrorist organizations. I receive death threats from time to time. For this reason, I do not release my home address in pleadings or elsewhere.

19. In addition, these Commercial Mail Receiving Agents receive my packages for me when I am out of town on business travel.

20. While I travel extensively for business, Florida is my home state and I have at all material times been a citizen of Florida.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 23, 2014.

Larry Klayman

# Exhibit A



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )

In Re:   246220
Larry Elliot Klayman
2020 Pennsylvania Ave. N.W. #345
Washington, DC

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on December 7, 1977.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 20TH day of March, 2013.

Johnny M. Smith
Assistant Director, Membership Records
The Florida Bar

JMS/KLCW7:R106

Exhibit B

10/21/2014                                  State of Florida Voter Lookup | Voter Detail



## Check Your Voter Status

### Verifique su estado como votante

Below is your voter information as it appears on your voter record.

A continuación encontrará sus datos de votante según nuestros registros.

**Full Name**
Nombre completo : LARRY ELLIOT KLAYMAN

**Street Address**
Dirección : ███████

**City**
Ciudad : ███

**Zip Code**
Código postal : ███

**County Name**
Condado : MIAMI-DADE

**Voter Gender**
Género del votante : Male

**Date Of Registration**
Fecha de inscripción : 01/10/2003

**Party**
Partido : Republican Party Of Florida

**Voter Status**
Calificación como votante : Active*

The following 2 links will take you to your County's Supervisor of Elections Website where you can get additional information on:

Los siguientes dos vínculos lo conectarán con el Sitio de su Supervisor de Elecciones del Condado para obtener información sobre:

☑ Your Absentee Ballot Status. / Estado como votante en ausencia.

☑ Your Precinct Location. / Localización de su Distrito.

*An active voter refers to a registered voter who is eligible to vote.
*El votante activo es un votante inscripto en el padrón, que cumple con los requisitos necesarios para votar.

New Search / Nueva búsqueda

If you are experiencing a problem with this web site please email BVRS Help for assistance.
Si tiene problemas con esta página web por favor contáctese por correo electrónico BVRS Help con la División de Elecciones.

Florida Department of State  Division of Elections  Accessibility  Privacy Policy  Contact Us

# Exhibit C







# Exhibit D

SUBSCRIBE TO          'S NEWS ALERTS   Email                    SUBSCRIBE        Already Subscribed?

# LARRY KLAYMAN FOR U.S. SENATE

Published: 08/26/2004 at 1:00 AM

 **JOSEPH FARAH (HTTP://WWW.WND.COM/AUTHOR/JFARAH/)**   About | Email (mailto:jfarah@worldnetdaily.com) |
Archive (http://www.wnd.com/author/jfarah/?archive=true)

Follow   10.1K followers     Receive author alerts
Subscribe to feed (http://www.wnd.com/author/jfarah/feed/)

2                                    Print

People sometimes ask me who my heroes are. After all, I'd be hard-pressed to name any contemporary politicians I trust (http://www.wnd.com/2004/08/26268/print/)
or look to for leadership and courage.

(http://superstore.wnd.com/specialty-     There is such a man. He's not a politician. But he is running for office – the U.S. Senate –
items/BUMPER-                              from the state of Florida.
STICKERS?
promocode=160bumper_ba)                    His name is Larry Klayman and he founded the organization known as Judicial Watch
                                           (http://www.judicialwatch.org).

Larry Klayman is my hero because he has integrity – enough to prevent him from blind
loyalty to party or ideology and keep him focused on principle.

Some people have asked me if Larry is crazy, if he's a zealot, or if he has all of his oars in
the water. If you don't know Larry personally, it might be easy to confuse him with a loose
cannon. That's because he is fearless and relentless in the pursuit of justice. That's a rare
commodity today in America. It wasn't always like that. There were other men like Larry
early in American history. Their names were Washington, Jefferson, Madison and Henry.
They don't make 'em like that any more. At least not many. Larry is an exception.

That's why I am doing something very unusual for me today – I am formally and personally
endorsing Larry Klayman in his uphill bid for the U.S. Senate. The primary election is next
Tuesday and you still have a chance to send him a contribution
(http://www.klaymansenate.com) or at least hold him up in your prayers in the next few
days.

Why do I think it's so important to elect Larry Klayman to the U.S. Senate?

Because Larry Klayman is an anti-establishment candidate. He is in nobody's pocket. He's
a man of character and principle. We need men like that in the U.S. Senate and elsewhere
in government.

The Senate will be a stronger institution with his admission, and America will be a better
nation with him in the Senate.

To be honest with you, I never thought I would see the day that Larry Klayman was actually
a serious candidate for the U.S. Senate. We all have an opportunity to make a real difference, a real impact on
American government by getting him elected.

Larry Klayman is not running for the U.S. Senate because he wants to participate in a debating society. He's running
because he wants to get America back on track with its constitutional form of government. One of the cornerstones of
his campaign is a promise to fight to get the United States out of the United Nations.

When was the last time you heard of a Senate campaign built around that promise?

But that's my friend Larry Klayman. He doesn't listen to polls. He listens to his heart and his mind. And he listens to the Constitution and the law of the land.

Larry Klayman is an American hero. I don't make that statement lightly. I don't make that statement frequently. But I make it without any reservations about Larry Klayman.

Don't worry about Larry Klayman backing down in the face of the pressures and temptations of the Beltway. Trust me. They will only serve to embolden him. Larry Klayman will do what is right – no matter who is involved. Klayman is a guy who never shrinks from his standards of ethics and morality. He's a man who looks to no one but God for guidance and direction. He's just the kind of person we need in times like this.

That's why I am standing behind Larry Klayman for the U.S. Senate.

2                    Print

(http://www.wnd.com/2004/08/26268/print/)

tm_source=wnd&taboola_utm_medium=bytaboola&taboola_utm_content=hybrid-text-links-2c:text-2-columns:)
m_source=wnd&taboola_utm_medium=bytaboola&taboola_utm_content=hybrid-text-links-2c:text-2-columns:)
FROM THE WEB

- Obama's new flag looks like bloody Benghazi wall
  (http://www.wnd.com/2012/09/obamas-new-flag-looks-like-bloody-benghazi-i-wall/)

- Viewer 'white as ghost' after seeing revelations about Obama
  (http://mobile.wnd.com/2012/10/viewer-white-as-ghost-after-seeing-revelations-about-obama/)

- Another killer disease striking homosexuals
  (http://mobile.wnd.com/2013/04/anotherkiller-disease-striking-homosexuals/)

- It's official: Obama '1st gay president'
  (http://mobile.wnd.com/2012/05/its-official-obama-1st-gay-president/)

- Woman 'has intercourse with student,' then gets ...
  (http://www.wnd.com/2014/03/woman-has-intercourse-with-student-and-gets/)

(//www.taboola.com/popup?template=colorbox&taboola_utm_source=wnd&taboola_utm_medium=bytaboola&taboola_utm_content=hybrid-text-links-2c:text-2-columns:)

Note: Read our discussion guidelines (//discussion-guidelines/) before commenting.

1 Comment     WND                                                          Login ⌄

Sort by Newest ⌄                                              Share 🔗   Favorite ★

Join the discussion…

Rembrandt Q. Einstein · a year ago
"To be honest with you, I never thought I would see the day that Larry Klayman was actually a serious candidate for the U.S. Senate."

You still haven't.
∧  ⌄  · Reply · Share ›






SECTIONS          FEATURES          RESOURCES          WND WEEKLY          CONTACT WND
                                                       (HTTP://SUPERSTORE.WND)
WND TV            CARTOONS          ABOUT WND (//ABOUT-                        • Advertising Inquiries
(HTTP://WWW.WND.COM/C  (HTTP://WWW.WND.COM/C  WND/)          WHO READS US        (/contact-wnd/?
TV/)                                                       (HTTP://WWW.WND.COM/W

COMMENTARY
(HTTP://WWW.WND.COM/C

POLITICS
(HTTP://WWW.WND.COM/C
PAGE/POLITICS/)

U.S.
(HTTP://WWW.WND.COM/C
PAGE/US/)

WORLD
(HTTP://WWW.WND.COM/C
PAGE/WORLD/)

FAITH
(HTTP://WWW.WND.COM/C
PAGE/FAITH/)

HEALTH
(HTTP://WWW.WND.COM/C
PAGE/HEALTH/)

EDUCATION
(HTTP://WWW.WND.COM/C
PAGE/EDUCATION/)

MONEY
(HTTP://WWW.WND.COM/C

DIVERSIONS
(HTTP://WWW.WND.COM/C

REVIEWS
(HTTP://WWW.WND.COM/C

DAILY BLESSING
(HTTP://WWW.WND.COM/A

EMAIL TO THE EDITOR
(HTTP://WWW.WND.COM/C
TO-THE-EDITOR/)

FORUMS
(HTTP://WWW.WND.COM/C

PETITIONS
(HTTP://WWW.WND.COM/C

JOKE OF THE DAY
(HTTP://WWW.WND.COM/C

ADVERTISING
(HTTP://WWW.WND.COM/A
WITH-WND/)

COMMENTATOR LINEUP
(HTTP://WWW.WND.COM/C

DONATE TO WND
(HTTP://SUPERSTORE.WND
ITEMS/CONTRIBUTIONS)

NEWS ALERTS
(HTTP://WWW.WND.COM/S
UP-FOR-WNDS-FREE-
EMAIL-ALERTS/)

G2 BULLETIN
(HTTP://G2BULLETIN.WND./

RED ALERT
(HTTP://REDALERT.WND.C(

WND SUPERSTORE
(HTTP://SUPERSTORE.WND

WND BOOKS
(HTTP://WNDBOOKS.WND.C

WHISTLEBLOWER
(HTTP://SUPERSTORE.WND

READS-US/)

WHO'S WHO AT WND
(HTTP://WWW.WND.COM/V
WHO-AT-WND/)

WND HISTORY (/ON-THIS-
DAY-IN-WND-HISTORY/)

WND SCOOPS
(HTTP://WWW.WND.COM/V
SCOOPS-YOU-READ-IT-
HERE-FIRST/)

MOBILE WND
(HTTP://MOBILE.WND.COM

subject=advertising)

- **Corrections (/contact-
  wnd/?
  subject=corrections)**
- **Email to the Editor
  (/contact-wnd/?
  subject=email)**
- **News Tips (/contact-
  wnd/?subject=tips)**
- **Testimonials (/contact-
  wnd/?
  subject=testimonial)**
- **Questions (/contact-
  wnd/?subject=questions)**

© Copyright 1997-2014. All Rights Reserved. WND.com.   Terms of Use (/terms-of-use/)   Privacy Policy (/privacy-policy/)

(/privacy-policy/)