IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 14-13855-BB

LARRY E. KLAYMAN,

                                Plaintiff - Appellant,

versus

JUDICIAL WATCH, INC.,
THOMAS FITTON,
PAUL ORFANEDES,
CHRISTOPHER FARRELL,
CONSTANCE RUFFLEY,

                                Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Florida

Before: HULL and JORDAN, Circuit Judges.

BY THE COURT:

    Based on the parties' responses to this Court's jurisdictional question, Mr. Klayman's appeal may proceed. Given the allegation of Mr. Klayman's Florida citizenship in paragraph 2 of the amended complaint and other evidence in the record of Mr. Klayman's domicile in Florida, the Court is convinced that Mr.

Klayman sufficiently established Florida citizenship. As a result, diversity jurisdiction existed.