# El Dorado County Recorder-Clerk
Web

[Previous Result]  [Next Result]

## Document Type
GRANT DEED

## Recording Information

**Document Number:**
2017-0031673

**Recording Date:**
07/31/2017 10:52:04 AM

**Number Pages:**
2

## Book Page

**Book**

**Page**

## Names

**Grantor:**
KLAYMAN LARRY

**Grantee:**
JAMES DINA A

Parcel: 12436026100 APN 124 360 26 100

# El Dorado County Recorder-Clerk
Web

[Previous Result] [Next Result]

## Document Type
GRANT DEED

## Recording Information

**Document Number:**
2019-0042386

**Recording Date:**
10/08/2019 08:28:55 AM

**Number Pages:**
2

## Book Page

| Book | Page |
|---|---|
|  |  |

## Names

**Grantor:**
JAMES DINA A

**Grantee:**
SALVA VERITATE LLC

Parcel: 12436026100 APN 124 360 26 100