# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:20-cv-00298-LY-AWA

| | |
|---|---|
| Corsi et al v. Infowars, LLC et al | Date Filed: 03/20/2020 |
| Assigned to: Judge Lee Yeakel | Jury Demand: Plaintiff |
| Referred to: Judge Andrew W. Austin | Nature of Suit: 320 Assault Libel & Slander |
| Case in other court: District of Columbia, Washington DC, 1:19-cv-00656-TJK | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity-Libel,Assault,Slander | |

**Plaintiff**

**Jerome Corsi**
*Individually*

represented by **Larry Klayman**
Klayman Law Group P.A.
2020 Pennsylvania Ave. NW #800
Washington, DC 20006
561-558-536
Fax: 202-318-8839
Email: leklayman@gmail.com
*ATTORNEY TO BE NOTICED*

**Sanjay Biswas**
Sanjay Biswas Attorney at Law PC
11720 Duxbury Drive
Frisco, TX 75035
972-866-5879
Fax: 800-506-6804
Email: sanjaybiswas41@gmail.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry Klayman**
*Individually*

represented by **Larry Klayman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sanjay Biswas**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Infowars, LLC**

represented by **Jay Marshall Wolman**
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
(702) 420-2001
Fax: (305) 437-7662
Email: jmw@randazza.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Jordan Reeves**
Reeves Law, PLLC
702 Rio Grande St., Suite 306
Austin, TX 78701
512-827-2246
Fax: 512-318-2484
Email: brad@brtx.law
*ATTORNEY TO BE NOTICED*

**Marc J. Randazza**
Randazza Legal Group, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
702-420-2001
Fax: 702-297-6584
Email: mjr@randazza.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Free Speech Systems, LLC**                    represented by   **Jay Marshall Wolman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Jordan Reeves**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc J. Randazza**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alex E. Jones**                    represented by   **Jay Marshall Wolman**
*Individually*                                         (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Jordan Reeves**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc J. Randazza**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Jones**
*Individually*

represented by **David Scott Wachen**
Wachen LLC
11605 Montague Court
Potomac, MD 20854
(240) 292-9121
Fax: 301-259-3846
Email: david@wachenlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay Marshall Wolman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory P. Sapire**
Soltero Sapire Murrell PLLC
7320 North MoPac Expy.
Suite 309
Austin, TX 78731-2311
512-431-9518
Fax: 512-359-7996
Email: greg@ssmlawyers.com
*ATTORNEY TO BE NOTICED*

**Marc J. Randazza**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Owen Shroyer**
*Individually*

represented by **Jay Marshall Wolman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bradley Jordan Reeves**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marc J. Randazza**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Roger Stone**

represented by **Robert C. Buschel**
Buschel Gibbons PA
100 S E Third Avenue
Suite 1300
Fort Lauderdale, FL 33394
954-530-5301
Email: buschel@bglaw-pa.com

Centralized Member Version of US District Docket word

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2019 | 1 | COMPLAINT against All Defendants with Jury Demand ( Filing fee $ 400 receipt number 0090-5988722) filed by JEROME CORSI, LARRY KLAYMAN. (Attachments: # 1 Civil Cover Sheet, # 2 Summons, # 3 Summons, # 4 Summons, # 5 Summons, # 6 Summons) (Klayman, Larry) (Attachment 1 replaced on 3/8/2019) (zef, ). [Transferred from District of Columbia on 3/20/2020.] (Entered: 03/07/2019) |
| 03/08/2019 |  | Case Assigned to Judge Ellen S. Huvelle. (zef, ) [Transferred from District of Columbia on 3/20/2020.] (Entered: 03/08/2019) |
| 03/08/2019 | 2 | SUMMONS (5) Issued Electronically as to FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX JONES, DAVID JONES, OWEN SHROYER. (Attachments: # 1 Notice and Consent)(zef, ) [Transferred from District of Columbia on 3/20/2020.] (Entered: 03/08/2019) |
| 04/04/2019 | 3 | NOTICE of Appearance by Jay Marshall Wolman on behalf of FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX E. JONES, DAVID JONES, OWEN SHROYER (Wolman, Jay) [Transferred from District of Columbia on 3/20/2020.] (Entered: 04/04/2019) |
| 04/04/2019 | 4 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by INFOWARS, LLC (Wolman, Jay) [Transferred from District of Columbia on 3/20/2020.] (Entered: 04/04/2019) |
| 04/04/2019 | 5 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by FREE SPEECH SYSTEMS, LLC (Wolman, Jay) [Transferred from District of Columbia on 3/20/2020.] (Entered: 04/04/2019) |
| 04/05/2019 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name- Marc J. Randazza, :Firm- Randazza Legal Group, :Address- 2764 Lake Sahara Drive Suite 109 Las Vegas, NV 89117. Phone No. - 7024202001. Fax No. - 3054377662 Filing fee $ 100, receipt number 0090-6043564. Fee Status: Fee Paid. by FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX E. JONES, DAVID JONES, OWEN SHROYER (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Text of Proposed Order)(Wolman, Jay) [Transferred from District of Columbia on 3/20/2020.] (Entered: 04/05/2019) |
| 04/08/2019 | 7 | MOTION to Dismiss by FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX E. JONES, DAVID JONES, OWEN SHROYER (Attachments: # 1 Declaration, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Text of Proposed Order)(Wolman, Jay) [Transferred from District of Columbia on 3/20/2020.] (Entered: 04/08/2019) |
| 04/22/2019 | 8 | Consent MOTION for Extension of Time to File Response/Reply as to 7 MOTION to Dismiss by JEROME CORSI, LARRY KLAYMAN (Klayman, Larry) [Transferred from District of Columbia on 3/20/2020.] (Entered: 04/22/2019) |
| 04/23/2019 |  | MINUTE ORDER granting 8 Motion for Extension of Time to File Response re 7 MOTION to Dismiss: It is hereby ORDERED that plaintiffs' motion for extension of time is GRANTED; and it is further ORDERED that plaintiffs' response to 7 Defendants' Motion to Dismiss Complaint is due by May 13, 2017. Signed by Judge Ellen S. Huvelle on April 23, 2019. (AG) [Transferred from District of Columbia on 3/20/2020.] (Entered: 04/23/2019) |
|  |  |  |

| 04/24/2019 | 9 | NOTICE of Appearance by David Scott Wachen on behalf of DAVID JONES (Wachen, David) [Transferred from District of Columbia on 3/20/2020.] (Entered: 04/24/2019) |
|---|---|---|
| 05/13/2019 | 10 | RESPONSE re 7 MOTION to Dismiss filed by JEROME CORSI, LARRY KLAYMAN. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit)(Klayman, Larry) [Transferred from District of Columbia on 3/20/2020.] (Entered: 05/13/2019) |
| 05/20/2019 | 11 | REPLY to opposition to motion re 7 MOTION to Dismiss filed by DAVID JONES. (Wachen, David) [Transferred from District of Columbia on 3/20/2020.] (Entered: 05/20/2019) |
| 05/20/2019 | 12 | REPLY to opposition to motion re 7 MOTION to Dismiss filed by FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX E. JONES, OWEN SHROYER. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Wolman, Jay) [Transferred from District of Columbia on 3/20/2020.] (Entered: 05/20/2019) |
| 07/05/2019 | | Case directly reassigned to Judge Carl J. Nichols. Judge Ellen S. Huvelle is no longer assigned to the case. (ztnr) [Transferred from District of Columbia on 3/20/2020.] (Entered: 07/05/2019) |
| 07/17/2019 | | MINUTE ORDER. The Court having considered the Defendants' 6 Motion For Admission *Pro Hac Vice* of Marc J. Randazza, and it appearing to the Court that the attorney referenced therein meets the requirements for *pro hac vice* admission under Local Civil Rule 83.2(d), it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that Marc J. Randazza, 2764 Lake Sahara Drive, Suite 109, Las Vegas, Nevada 89117 is ADMITTED to practice before the Court *pro hac vice*. Signed by Judge Carl J. Nichols on July 17, 2019. (lccjn1) Modified text on 7/18/2019 (zcdw). [Transferred from District of Columbia on 3/20/2020.] (Entered: 07/17/2019) |
| 10/16/2019 | 13 | MOTION for Status Conference by JEROME CORSI, LARRY KLAYMAN (Klayman, Larry) Modified on 10/18/2019 to correct docket event/text (jf). [Transferred from District of Columbia on 3/20/2020.] (Entered: 10/16/2019) |
| 10/18/2019 | 14 | RESPONSE re 13 MOTION for Status Conference filed by DAVID JONES. (Wachen, David) [Transferred from District of Columbia on 3/20/2020.] (Entered: 10/18/2019) |
| 10/18/2019 | 15 | Memorandum in opposition to re 13 MOTION for Status Conference filed by FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX E. JONES, OWEN SHROYER. (Wolman, Jay) [Transferred from District of Columbia on 3/20/2020.] (Entered: 10/18/2019) |
| 10/23/2019 | 16 | NOTICE OF SUPPLEMENTAL AUTHORITY by FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX E. JONES, OWEN SHROYER (Attachments: # 1 Exhibit Exhibit A, Order Dismissing Claims of Larry Klayman Against Peter Santilli, # 2 Exhibit Exhibit B, Order Dismissing Claims of Larry Klayman Against Deborah Jordan)(Wolman, Jay) [Transferred from District of Columbia on 3/20/2020.] (Entered: 10/23/2019) |
| 10/25/2019 | 17 | NOTICE OF SUPPLEMENTAL AUTHORITY by JEROME CORSI, LARRY KLAYMAN (Klayman, Larry) [Transferred from District of Columbia on 3/20/2020.] (Entered: 10/25/2019) |
| 10/25/2019 | 18 | REPLY re 17 NOTICE OF SUPPLEMENTAL AUTHORITY filed by FREE SPEECH SYSTEMS, LLC, INFOWARS, LLC, ALEX E. JONES, OWEN SHROYER. (Wolman, Jay) [Transferred from District of Columbia on 3/20/2020.] (Entered: 10/25/2019) |
| 10/28/2019 | | MINUTE ORDER. Upon review of Plaintiffs' 13 Motion for Hearing, it is hereby ORDERED that the Motion is DENIED. The Court intends to rule on Defendants' 7 Motion to Dismiss based solely on the Parties' filings. Signed by Judge Carl J. Nichols on |

| | | |
|---|---|---|
| | | October 28, 2019. (lccjn2) [Transferred from District of Columbia on 3/20/2020.] (Entered: 10/28/2019) |
| 11/01/2019 | 19 | RESPONSE re 17 NOTICE OF SUPPLEMENTAL AUTHORITY filed by DAVID JONES. (Wachen, David) Modified event title on 11/6/2019 (znmw). [Transferred from District of Columbia on 3/20/2020.] (Entered: 11/01/2019) |
| 02/19/2020 | 20 | Case reassigned to Judge Timothy J. Kelly as there is an earlier related case. Judge Carl J. Nichols is no longer assigned to the case. (rj) [Transferred from District of Columbia on 3/20/2020.] (Entered: 02/19/2020) |
| 03/10/2020 | 21 | MEMORANDUM OPINION AND ORDER granting in part Defendants' 7 Motion to Dismiss and transferring case. See Opinion and Order for details. Signed by Judge Timothy J. Kelly on 3/10/2020. (lctjk3) [Transferred from District of Columbia on 3/20/2020.] (Entered: 03/10/2020) |
| 03/11/2020 | | Set/Reset Deadlines: Transfer due by 3/20/2020. (zkh) [Transferred from District of Columbia on 3/20/2020.] (Entered: 03/11/2020) |
| 03/20/2020 | | Case transferred to the USDC for the Western District of Texas, pursuant to the Court Order entered 3/10/2020. Sent to Court via extraction. (ztth); Modified text on 3/20/2020 (ztth). [Transferred from District of Columbia on 3/20/2020.] (Entered: 03/20/2020) |
| 03/20/2020 | 22 | Case electronically transferred in from District of Columbia; Case Number 1:19-cv-00656. (Entered: 03/20/2020) |
| 03/20/2020 | | Case electronically transferred in from District of Columbia, Washington DC; Case Number 1:19-CV-656-TJK.(cj) (Entered: 03/20/2020) |
| 03/20/2020 | | Case assigned to Judge Lee Yeakel. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (cj) (Entered: 03/20/2020) |
| 03/20/2020 | | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Austin (cj) (Entered: 03/20/2020) |
| 03/20/2020 | | DEMAND for Trial by Jury by Jerome Corsi, Larry Klayman. (cj) (Entered: 03/20/2020) |
| 03/20/2020 | 23 | Order Directing Larry E. Klayman, Marc J. Randazza, David Scott Wachen, and Jay Marshall Wolman to File a Motion to Appear Pro Hac Vice within 14 days. Signed by Judge Lee Yeakel. (cj) (Entered: 03/20/2020) |
| 03/20/2020 | 24 | Case Transfer and Opening Letter mailed to all Counsel. (cj) (Entered: 03/20/2020) |
| 04/02/2020 | 25 | NOTICE of Attorney Appearance by Bradley Jordan Reeves on behalf of Free Speech Systems, LLC, Infowars, LLC, Alex E. Jones, Owen Shroyer. Attorney Bradley Jordan Reeves added to party Free Speech Systems, LLC(pty:dft), Attorney Bradley Jordan Reeves added to party Infowars, LLC(pty:dft), Attorney Bradley Jordan Reeves added to party Alex E. Jones(pty:dft), Attorney Bradley Jordan Reeves added to party Owen Shroyer(pty:dft) (Reeves, Bradley) (Entered: 04/02/2020) |
| 04/02/2020 | 26 | MOTION to Appear Pro Hac Vice by Bradley Jordan Reeves *on behalf of Marc J. Randazza* ( Filing fee $ 100 receipt number 0542-13418272) by on behalf of Free Speech Systems, LLC, Infowars, LLC, Alex E. Jones, Owen Shroyer. (Attachments: # 1 Supplement, # 2 Proposed Order)(Reeves, Bradley) (Entered: 04/02/2020) |
| 04/02/2020 | 27 | MOTION to Appear Pro Hac Vice by Bradley Jordan Reeves *on behalf of Jay M. Wolman* ( Filing fee $ 100 receipt number 0542-13418289) by on behalf of Free Speech Systems, |

| | | |
|---|---|---|
| | | LLC, Infowars, LLC, Alex E. Jones, Owen Shroyer. (Attachments: # 1 Supplement, # 2 Proposed Order)(Reeves, Bradley) (Entered: 04/02/2020) |
| 04/02/2020 | 28 | NOTICE of Attorney Appearance by Gregory P. Sapire on behalf of David Jones. Attorney Gregory P. Sapire added to party David Jones(pty:dft) (Sapire, Gregory) (Entered: 04/02/2020) |
| 04/03/2020 | 29 | MOTION to Appear Pro Hac Vice by Gregory P. Sapire *for David S. Wachen* ( Filing fee $ 100 receipt number 0542-13419640) by on behalf of David Jones. (Attachments: # 1 Proposed Order)(Sapire, Gregory) (Entered: 04/03/2020) |
| 04/07/2020 | 30 | ORDER GRANTING 29 Motion to Appear Pro Hac Vice by David S. Wachen. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (td) (Entered: 04/07/2020) |
| 04/07/2020 | 31 | ORDER GRANTING 26 Motion to Appear Pro Hac Vice by Marc J. Randazza. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (td) (Entered: 04/07/2020) |
| 04/07/2020 | 32 | ORDER GRANTING 27 Motion to Appear Pro Hac Vice by Jay M. Wolman. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (td) (Entered: 04/07/2020) |
| 05/01/2020 | 33 | STATUS REPORT *and Request for Status Conference* by David Jones. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Proposed Order)(Wachen, David) (Entered: 05/01/2020) |
| 05/01/2020 | 34 | STATUS REPORT *and Request for Telephonic Status Conference* by Free Speech Systems, LLC, Infowars, LLC, Alex E. Jones, Owen Shroyer. (Attachments: # 1 Exhibit 1 - SD FL Complaint, # 2 Exhibit 2 - SD FL Order Requiring More Definite Statement, # 3 Exhibit 3 - SD FL Notice of Voluntary Dismissal, # 4 Exhibit 4 - SD FL Order of Dismissal, # 5 Proposed Order)(Randazza, Marc) (Entered: 05/01/2020) |
| 05/14/2020 | 35 | ORDER, Telephonic Status Conference set for 5/21/2020 09:30 AM before Judge Lee Yeakel. Signed by Judge Lee Yeakel. (td) (Entered: 05/15/2020) |
| 05/20/2020 | 36 | SUPPLEMENT - *Supplemental Declaration of Marc J. Randazza* by Free Speech Systems, LLC, Infowars, LLC, Alex E. Jones, Owen Shroyer. (Attachments: # 1 Exhibit 1 - Nev Completion, # 2 Exhibit 2 - Ariz Completion, # 3 Exhibit 3 - Mass Completion, # 4 Exhibit 4 - SD FL Report and Recommendation)(Randazza, Marc) (Entered: 05/20/2020) |
| 05/21/2020 | 37 | Minute Entry for proceedings held before Judge Lee Yeakel: Telephone Status Conference held on 5/21/2020 (Minute entry documents are not available electronically.). (Court Reporter Arlinda Rodriguez.)(td) (Entered: 05/21/2020) |
| 05/21/2020 | 38 | Order, Proposed Agreed Scheduling Order due by 6/1/2020. Signed by Judge Lee Yeakel. (td) (Entered: 05/21/2020) |
| 05/22/2020 | 39 | MOTION to Appear Pro Hac Vice by Larry E. Klayman by on behalf of Jerome Corsi, Larry Klayman. (Attachments: # 1 Envelope, # 2 Proposed Order)(td) (Entered: 05/22/2020) |
| 05/26/2020 | 40 | ORDER GRANTING 39 Motion to Appear Pro Hac Vice by Larry Klayman. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (td) (Entered: 05/26/2020) |
| | | |

| 06/01/2020 | 41 | Proposed Scheduling Order *Agreed to by All Parties* by David Jones. (Wachen, David) (Entered: 06/01/2020) |
|---|---|---|
| 06/09/2020 | 42 | Transcript filed of Proceedings held on May 21, 2020, Proceedings Transcribed: Telephonic Status Conference. Court Reporter/Transcriber: Arlinda Rodriguez, Telephone number: 512-391-8791. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed Redaction Request due 6/30/2020, Redacted Transcript Deadline set for 7/10/2020, Release of Transcript Restriction set for 9/7/2020, (alr) (Entered: 06/09/2020) |
| 06/22/2020 | 43 | ORDER, Initial Pretrial Conference set for 7/17/2020 10:00 AM before Judge Lee Yeakel. Signed by Judge Lee Yeakel. (td) (Entered: 06/22/2020) |
| 06/26/2020 | 44 | Pro Hac Vice Fee Paid by Larry Klayman; Filing fee $ 100, receipt number 100038717. (td) (Entered: 06/26/2020) |
| 07/17/2020 | 45 | Minute Entry for proceedings held before Judge Lee Yeakel: Initial Pretrial Conference held on 7/17/2020 (Minute entry documents are not available electronically.). (Court Reporter Arlinda Rodriguez.)(td) (Entered: 07/17/2020) |
| 07/17/2020 | 46 | SCHEDULING ORDER: Final Pretrial Conference set for 7/30/2021 03:00 PM before Judge Lee Yeakel, ADR Report Deadline due by 11/13/2020, Amended Pleadings due by 11/1/2020, Discovery due by 3/1/2021, Joinder of Parties due by 11/1/2020, Motions due by 4/1/2021. Signed by Judge Lee Yeakel. (td) (Entered: 07/17/2020) |
| 07/29/2020 | 47 | AMENDED COMPLAINT against All Defendants amending, filed by Jerome Corsi, Larry Klayman.(Biswas, Sanjay) (Entered: 07/29/2020) |
| 07/30/2020 | 48 | ORDERED that Defendants InfoWars, L.L.C., Free Speech Systems, L.L.C., Alex E. Jones, David Jones, and Owen Shroyer's Motion to Dismiss filed on April 8, 2020 (Doc. # 7 ) is DISMISSED WITHOUT PREJUDICE. Signed by Judge Lee Yeakel. (td) (Entered: 07/30/2020) |
| 08/07/2020 | 49 | Consent MOTION for Extension of Time to File Response/Reply as to 47 Amended Complaint by Free Speech Systems, LLC, Infowars, LLC, Alex E. Jones, Owen Shroyer. (Attachments: # 1 Proposed Order)(Randazza, Marc) (Entered: 08/07/2020) |
| 08/10/2020 | 50 | ORDER GRANTING 49 Motion for Extension of Time to File Response to Amended Complaint. Signed by Judge Lee Yeakel. (td) (Entered: 08/11/2020) |
| 08/10/2020 | | Set/Reset Deadlines: Infowars, LLC answer due 9/2/2020; Alex E. Jones answer due 9/2/2020; Owen Shroyer answer due 9/2/2020; Roger Stone answer due 9/2/2020. (td) (Entered: 08/11/2020) |
| 08/11/2020 | 51 | Consent MOTION for Extension of Time to File Response/Reply as to 47 Amended Complaint by David Jones. (Attachments: # 1 Proposed Order)(Wachen, David) (Entered: 08/11/2020) |
| 08/12/2020 | 52 | ORDER GRANTING 51 Motion for Extension of Time to File Answer to Amended Complaint. Signed by Judge Lee Yeakel. (td) (Entered: 08/12/2020) |
| 08/12/2020 | | Set/Reset Deadlines: David Jones answer due 9/2/2020. (td) (Entered: 08/12/2020) |
| 08/19/2020 | 53 | REQUEST FOR ISSUANCE OF SUMMONS by Jerome Corsi, Larry Klayman. (Biswas, Sanjay) (Entered: 08/19/2020) |

| 08/19/2020 | 54 | Summons Issued as to Roger Stone. (td) (Entered: 08/19/2020) |
|---|---|---|
| 08/26/2020 | 55 | Motion to Dismiss for Failure to State a Claim *and for Attorney's Fees and Costs* by Owen Shroyer. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Randazza, Marc) (Entered: 08/26/2020) |
| 08/26/2020 | 56 | MOTION for Sanctions *Against Dr. Jerome Corsi Pursuant to Fed. R. Civ. P. 11* by Owen Shroyer. (Randazza, Marc) (Entered: 08/26/2020) |
| 09/02/2020 | 57 | Motion to Dismiss for Failure to State a Claim by David Jones. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Proposed Order)(Wachen, David) (Entered: 09/02/2020) |
| 09/02/2020 | 58 | Motion to Dismiss for Failure to State a Claim by Free Speech Systems, LLC, Infowars, LLC, Alex E. Jones. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2)(Randazza, Marc) (Entered: 09/02/2020) |
| 09/02/2020 | 59 | Motion to Dismiss for Failure to State a Claim *against Larry Klayman* by Free Speech Systems, LLC, Infowars, LLC, Alex E. Jones. (Randazza, Marc) (Entered: 09/02/2020) |
| 09/09/2020 | 60 | Consent MOTION for Extension of Time to File Response/Reply as to 57 Motion to Dismiss for Failure to State a Claim , 55 Motion to Dismiss for Failure to State a Claim *and for Attorney's Fees and Costs*, 56 MOTION for Sanctions *Against Dr. Jerome Corsi Pursuant to Fed. R. Civ. P. 11*, 58 Motion to Dismiss for Failure to State a Claim , 59 Motion to Dismiss for Failure to State a Claim *against Larry Klayman* by Larry Klayman. (Biswas, Sanjay) (Entered: 09/09/2020) |
| 09/09/2020 | 61 | DEFICIENCY NOTICE to Sanjay Biswas: re 60 Consent MOTION for Extension of Time to File Response/Reply as to 57 Motion to Dismiss for Failure to State a Claim , 55 Motion to Dismiss for Failure to State a Claim *and for Attorney's Fees and Costs*, 56 Motion. (td) (Entered: 09/09/2020) |
| 09/09/2020 | 62 | ATTACHMENT to 61 Deficiency Notice, 60 Consent MOTION for Extension of Time to File Response/Reply as to 57 Motion to Dismiss for Failure to State a Claim , 55 Motion to Dismiss for Failure to State a Claim *and for Attorney's Fees and Costs*, 56 MOTION for by Larry Klayman. (Biswas, Sanjay) (Entered: 09/09/2020) |
| 09/09/2020 | 63 | RESPONSE in Support, filed by Free Speech Systems, LLC, Infowars, LLC, Alex E. Jones, Owen Shroyer, re 60 Consent MOTION for Extension of Time to File Response/Reply as to 57 Motion to Dismiss for Failure to State a Claim , 55 Motion to Dismiss for Failure to State a Claim *and for Attorney's Fees and Costs*, 56 MOTION for filed by Plaintiff Larry Klayman (Attachments: # 1 Exhibit Consent to Plaintiff's Request for Extension, # 2 Exhibit Request for Extension)(Randazza, Marc) (Entered: 09/09/2020) |
| 09/09/2020 | 64 | Consent MOTION for Extension of Time to File Response/Reply as to 57 Motion to Dismiss for Failure to State a Claim , 55 Motion to Dismiss for Failure to State a Claim *and for Attorney's Fees and Costs*, 56 MOTION for Sanctions *Against Dr. Jerome Corsi Pursuant to Fed. R. Civ. P. 11*, 58 Motion to Dismiss for Failure to State a Claim , 59 Motion to Dismiss for Failure to State a Claim *against Larry Klayman* by Jerome Corsi. (Attachments: # 1 Proposed Order)(Biswas, Sanjay) (Entered: 09/09/2020) |
| 09/11/2020 | 65 | ORDER GRANTING 60 Motion for Extension of Time to File Response to Motions to Dismiss. Signed by Judge Lee Yeakel. (td) (Entered: 09/11/2020) |
| 09/11/2020 | 66 | ORDER GRANTING 64 Motion for Extension of Time to File Responses to Motions to Dismiss. Signed by Judge Lee Yeakel. (td) (Entered: 09/11/2020) |
| 09/16/2020 | 67 | MOTION to Appear Pro Hac Vice by Marc J. Randazza *For Robert Buschel* ( Filing fee $ 100 receipt number 0542-13972969) by on behalf of Roger Stone. (Randazza, Marc) (Entered: 09/16/2020) |

| 09/16/2020 | 68 | ORDER GRANTING 67 Motion by Robert Buschel to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (td) (Entered: 09/16/2020) |
|---|---|---|
| 09/16/2020 | 69 | NOTICE of Attorney Appearance by Robert C. Buschel on behalf of Roger Stone (Buschel, Robert) (Entered: 09/16/2020) |
| 09/16/2020 | 70 | MOTION to Dismiss for Lack of Jurisdiction , Motion to Dismiss for Failure to State a Claim by Roger Stone. (Attachments: # 1 Exhibit Mueller report (section), # 2 Exhibit Tweets and retweets from Corsi, # 3 Exhibit Judicial Watch counterclaim verdict)(Buschel, Robert) (Entered: 09/16/2020) |
| 09/30/2020 | 71 | Consent MOTION for Extension of Time to File Response/Reply as to 70 MOTION to Dismiss for Lack of Jurisdiction Motion to Dismiss for Failure to State a Claim by Jerome Corsi. (Attachments: # 1 Proposed Order)(Biswas, Sanjay) (Entered: 09/30/2020) |
| 09/30/2020 | 72 | MOTION for Extension of Time to File Response/Reply as to 70 MOTION to Dismiss for Lack of Jurisdiction Motion to Dismiss for Failure to State a Claim by Larry Klayman. (Attachments: # 1 Proposed Order)(Biswas, Sanjay) (Entered: 09/30/2020) |
| 09/30/2020 | 73 | Response in Opposition to Motion, filed by Larry Klayman, re 57 Motion to Dismiss for Failure to State a Claim filed by Defendant David Jones, 55 Motion to Dismiss for Failure to State a Claim *and for Attorney's Fees and Costs* filed by Defendant Owen Shroyer, 56 MOTION for Sanctions *Against Dr. Jerome Corsi Pursuant to Fed. R. Civ. P. 11* filed by Defendant Owen Shroyer, 59 Motion to Dismiss for Failure to State a Claim *against Larry Klayman* filed by Defendant Infowars, LLC, Defendant Free Speech Systems, LLC, Defendant Alex E. Jones (Biswas, Sanjay) (Entered: 09/30/2020) |
| 09/30/2020 | 74 | Response in Opposition to Motion, filed by Jerome Corsi, re 57 Motion to Dismiss for Failure to State a Claim filed by Defendant David Jones, 55 Motion to Dismiss for Failure to State a Claim *and for Attorney's Fees and Costs* filed by Defendant Owen Shroyer, 56 MOTION for Sanctions *Against Dr. Jerome Corsi Pursuant to Fed. R. Civ. P. 11* filed by Defendant Owen Shroyer, 58 Motion to Dismiss for Failure to State a Claim filed by Defendant Infowars, LLC, Defendant Free Speech Systems, LLC, Defendant Alex E. Jones (Biswas, Sanjay) (Entered: 09/30/2020) |
| 10/01/2020 | 75 | ORDER GRANTING 71 Motion for Extension of Time to File Response to Motion to Dismiss. Signed by Judge Lee Yeakel. (td) Modified on 10/2/2020 (td). (Entered: 10/02/2020) |
| 10/01/2020 | 76 | ORDER GRANTING 72 Motion for Extension of Time to File Response to Motion to Dismiss. Signed by Judge Lee Yeakel. (td) (Entered: 10/02/2020) |
| 10/05/2020 | 77 | Consent MOTION for Extension of Time to File Response/Reply as to 57 Motion to Dismiss for Failure to State a Claim by David Jones. (Attachments: # 1 Proposed Order) (Wachen, David) (Entered: 10/05/2020) |
| 10/06/2020 | 78 | ORDER GRANTING 77 Motion for Extension of Time to File Reply Brief. Signed by Judge Lee Yeakel. (td) (Entered: 10/06/2020) |
| 10/07/2020 | 79 | Response in Opposition to Motion, filed by Jerome Corsi, Larry Klayman, re 70 MOTION to Dismiss for Lack of Jurisdiction Motion to Dismiss for Failure to State a Claim filed by Defendant Roger Stone (Biswas, Sanjay) (Entered: 10/07/2020) |
| 10/08/2020 | 80 | REPLY to Response to Motion, filed by Free Speech Systems, LLC, Infowars, LLC, Alex E. Jones, re 58 Motion to Dismiss for Failure to State a Claim filed by Defendant Infowars, LLC, Defendant Free Speech Systems, LLC, Defendant Alex E. Jones (Attachments: # 1 Exhibit 1 - Corsi SJ Order)(Randazza, Marc) (Entered: 10/08/2020) |

| 10/08/2020 | 81 | REPLY to Response to Motion, filed by Free Speech Systems, LLC, Infowars, LLC, Alex E. Jones, re 59 Motion to Dismiss for Failure to State a Claim *against Larry Klayman* filed by Defendant Infowars, LLC, Defendant Free Speech Systems, LLC, Defendant Alex E. Jones (Attachments: # 1 Exhibit 1 - Corsi SJ Order)(Randazza, Marc) (Entered: 10/08/2020) |
|---|---|---|
| 10/08/2020 | 82 | REPLY to Response to Motion, filed by Owen Shroyer, re 55 Motion to Dismiss for Failure to State a Claim *and for Attorney's Fees and Costs* filed by Defendant Owen Shroyer, 56 MOTION for Sanctions *Against Dr. Jerome Corsi Pursuant to Fed. R. Civ. P. 11* filed by Defendant Owen Shroyer (Randazza, Marc) (Entered: 10/08/2020) |
| 10/13/2020 | 83 | REPLY to Response to Motion, filed by Roger Stone, re 70 MOTION to Dismiss for Lack of Jurisdiction Motion to Dismiss for Failure to State a Claim filed by Defendant Roger Stone (Buschel, Robert) (Entered: 10/13/2020) |
| 10/13/2020 | 84 | MOTION for Sanctions by Roger Stone. (Attachments: # 1 Proposed Order)(Buschel, Robert) (Entered: 10/13/2020) |
| 10/13/2020 | 85 | NOTICE *of filing exhibit* by Roger Stone re 83 Reply to Response to Motion (Buschel, Robert) (Entered: 10/13/2020) |
| 10/14/2020 | 86 | REPLY to Response to Motion, filed by David Jones, re 57 Motion to Dismiss for Failure to State a Claim filed by Defendant David Jones (Attachments: # 1 Exhibit Exhibit 1 (S.D. Fla. Docket Report))(Wachen, David) (Entered: 10/14/2020) |
| 10/27/2020 | 87 | Response in Opposition to Motion, filed by Jerome Corsi, Larry Klayman, re 84 MOTION for Sanctions filed by Defendant Roger Stone (Biswas, Sanjay) (Entered: 10/27/2020) |
| 10/29/2020 | 88 | ORDER REFERRING CASE to Magistrate Judge Andrew W. Austin. Signed by Judge Lee Yeakel. Referral Magistrate Judge: Andrew W. Austin. (td) (Entered: 10/29/2020) |
| 11/03/2020 | 89 | REPLY to Response to Motion, filed by Roger Stone, re 84 MOTION for Sanctions filed by Defendant Roger Stone (Buschel, Robert) (Entered: 11/03/2020) |

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/04/2020 13:34:54 | | | |
| **PACER Login:** | leklayman:3555863:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-00298-LY-AWA |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |