IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 14-13855-BB

LARRY E. KLAYMAN,

                                                              Plaintiff - Appellant,

versus

JUDICIAL WATCH, INC.,
THOMAS FITTON,
PAUL ORFANEDES,
CHRISTOPHER FARRELL,
CONSTANCE RUFFLEY,

                                                              Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Florida

Before: HULL and JORDAN, Circuit Judges.

BY THE COURT:

     Based on the parties' responses to this Court's jurisdictional question, Mr. Klayman's appeal may proceed. Given the allegation of Mr. Klayman's Florida citizenship in paragraph 2 of the amended complaint and other evidence in the record of Mr. Klayman's domicile in Florida, the Court is convinced that Mr.

Klayman sufficiently established Florida citizenship. As a result, diversity jurisdiction existed.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 29, 2015

Larry E. Klayman
Klayman Law Firm
2520 CORAL WAY STE 2027
CORAL GABLES, FL 33145

Appeal Number: 14-13855-BB
Case Style: Larry Klayman v. Judicial Watch, Inc., et al
District Court Docket No: 1:13-cv-20610-CMA

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Carol R. Lewis, BB
Phone #: (404) 335-6179

MOT-2 Notice of Court Action