



Home(/) » Restaurants + Bars(/news/restaurants-bars/)

WELCOME TO MANOR HOUSE

# Let's have lunch at President George H.W. Bush's former home

By Eric Sandler(/author/eric-sandler/articles/)
Feb 17, 2016, 10:27 am

0    2

The Manor House on the Houstonian campus opened to the public for lunch in January. *Courtesy photo*

After 30 years, one of Houston's most exclusive dining destinations is now open to the public. Manor House(http://www.houstonian.com/ManorHouse.aspx), the property on the Houstonian(http://www.houstonian.com/) hotel campus that once served as President George H.W. and Barbara Bush's official Houston address, opened quietly for lunch in January.

Originally designed by celebrated architect John Staub as a home for Texas oilman Lawrence Reed, The Manor House has a special place in Houston's history. In addition to serving as President Bush's Houston address during his tenure as both CIA Director and Vice President, the house's Botanical Room hosted a treaty signing during the G-7 Economic Summit(http://www.lib.utexas.edu/taro/ricewrc/00769/rice-00769.html) in 1990. Since 1986, it has operated as a private dining room for Houstonian hotel guests and club members. Why change after 30 years?

"It feels like the right time," Houstonian food and beverage director Jeff Everts tells CultureMap. "We wanted to give people the opportunity to come here and see what we've been doing."

What they've been doing is serving classic Creole dishes like lemon sole Meuniere ($26), filet Oscar ($30), and snapper Ponchartrain ($28) with a few nods to seasonality (crawfish bisque recently replaced French onion soup) and current trends (kale salad, steak tartare). The old-school menu(http://www.houstonian.com/ManorHouse/lunch.aspx) matches the dining room's ambiance and the well-dressed patrons. Think of it as Brennan's(http://www.brennanshouston.com/) west, minus the 25-cent martinis.

"Historically, the cuisine at Manor House has always matched Manor House. It is classical in every essence, so the cuisine has always done that," executive chef Neal Cox adds. "I would not say we're doing any food that we haven't done for the past 5, 10, or 15 years."

While the dining room exudes luxury, prices are reasonable; Manor House isn't exactly a steal, but it does offer good value. Entree salads all come in at under $15, and the filet is the most expensive item on the menu. Chef Cox and his team get the details right, too, by adding a generous topping of crab meat to dishes like the lemon sole.

Ultimately, Everts says he hopes to attract the same sort of clientele who have made the hotel's Olivette restaurant a destination for closing deals over breakfast. Galleria-area office workers looking for a luxurious lunch might find it to be an appealing alternative to places like RDG + Bar Annie(http://rdgbarannie.com/) or Masraff's(http://www.masraffs.com/).

Just be sure to dress up a bit. After all, when one dines where presidents have sat, t-shirts and shorts are best left at home.

*Manor House is open for lunch Monday through Friday. Reservations may be made via OpenTable(http://www.opentable.com/the-manor-house-reservations-houston?rid=211183&restref=211183&rtype=ism) or calling 713-685-6840.*

 0      2

## Read These Next


(/news/restaurants-bars/11-06-20-acadian-coast-new-seafood-restaurant-creole-second-ward-opening-date/)

New Gulf Coast-inspired seafood restaurant casts off in Second Ward(/news/restaurants-bars/11-06-20-acadian-coast-new-seafood-restaurant-creole-second-ward-opening-date/)



(/news/restaurants-bars/11-06-20-apple-cider-doughnuts-
donuts-rosie-cannonball-adair-kitchen-city-orchard-cidery/)

3 Houston restaurants
frying up New England's
favorite fall
treat(/news/restaurants-
bars/11-06-20-apple-
cider-doughnuts-donuts-
rosie-cannonball-adair-
kitchen-city-orchard-
cidery/)



(/news/restaurants-bars/11-05-20-pier-6-seafood-oyster-
house-new-restaurant-san-leon-now-open-prestige-oysters-
raz-halili-joe-cervantez/)

New waterfront seafood
spot sets sail in coastal
Houston
neighbor(/news/restaurants-
bars/11-05-20-pier-6-
seafood-oyster-house-
new-restaurant-san-
leon-now-open-prestige-
oysters-raz-halili-joe-
cervantez/)

### Related City Guide Listings

- The Houstonian Hotel, Club &
  Spa(/mapdetail/houstonian-hotel-club/)

**0 Comments**              Sort by **Oldest**

Add a comment...

Facebook Comments Plugin

([https://rainbow-lodge.com/](https://rainbow-lodge.com/))



| | NEWSLETTER SUBSCRIBE | Email … | | (https://www.facebook.c |
|---|---|---|---|---|
| | **Advertise With Us ([mailto:sales@houstonfoodfinder.com](mailto:sales@houstonfoodfinder.com))** | | | (https://twitter.com/htow |
| | | | | (https://www.instagram. |

NEWS (HTTPS://HOUSTONFOODFINDER.COM/CATEGORY/NEWS/)

FOOD FINDS (HTTPS://HOUSTONFOODFINDER.COM/CATEGORY/FOODFINDS/)

BARS (HTTPS://HOUSTONFOODFINDER.COM/CATEGORY/BARS/)

GETAWAYS (HTTPS://HOUSTONFOODFINDER.COM/CATEGORY/GETAWAYS/)

HOUSTON FOOD EVENTS (HTTPS://HOUSTONFOODFINDER.COM/EVENTS/)

ABOUT (HTTPS://HOUSTONFOODFINDER.COM/ABOUT-US/)

CLASSIFIEDS (HTTPS://HOUSTONFOODFINDER.COM/CLASSIFIEDS/)

# George & Barbara Bush's Deep Ties

# to Houston Included Favorite Restaurants & Dishes – Updated







*President and Mrs Bush with the Molina family. Photo courtesy of Molina's.*

POSTED: DECEMBER 7, 2018 3:09 PM  /  BY **HOLLY BERETTO (HTTPS://HOUSTONFOODFINDER.COM/AUTHOR/HOLLYBERETTO/)**
/  COMMENTS (0) (HTTPS://HOUSTONFOODFINDER.COM/NEWS/GEORGE-BARBARA-BUSHS-DEEP-TIES-TO-HOUSTON-INCLUDED-FAVORITE-RESTAURANTS-DISHES/)



SHARE

**President George H.W. Bush** was laid to rest on December 6, 2018 (https://abc13.com/society/pres-george-hw-bush-buried-at-presidential-library/4808060/), not too long after wife and former First Lady **Barbara** left this life on April 17 (https://time.com/5252953/george-hw-bush-spouse-death/). The long-lived pair were married for 73 years (https://abcnews.go.com/Politics/wireStory/george-barbara-bush-storybook-73-year-marriage-59556896). While the rest of the country might remember President Bush for his "Read my lips: no new taxes," and "thousand points of light (http://www.pointsoflight.org/)" catchphrases, as well as laud him for his foreign policy expertise, Houstonians knew them as fellow residents. The Bushes were also avid supporters of local causes (the Barbara Bush Houston Literacy

Foundation (https://www.bushhoustonliteracy.org/) is one example) as well as regular patrons of their favorite Houston restaurants. We spoke with some of these restaurant owners and asked them to share their memories of the couple.

**Ouisie's Table**

Ouisie's Table owner Wafi Dinari visited with Houston personality Maggie in the Mornings (https://www.facebook.com/cw39houston/videos/2450883655138660/?hc_ref=ARR4dmOphub2fvnxkcwywJsaa_JZLzF184o-3gudZyxDd-IqepdeASQLjwiPiZeWxko&__xts__[0]=68.ARAIyUgcCoaZl_5JZR0JqDnOSIaVH6Frag9WsUhNSvj1BLvC2Z2kMrNuYJVcUh6jSU_Jj7O0Qx8xNdeNS3HBxZes77Ce0-vbCURXJf85WMm8NZoSi1x6TD11N-mxQ4p7UMJdG-gknFb-FZfAhdQsu_k9hWQ8xcgWYJAu0LaeXYEiFvh6BS9tIO87meFcPE9AVPbnNiwu8319X4QtC-fJkCpv3YjyJBus39cFb0OZ2Vw-e2KH84HFSHMkDjVUTte-DdS7NSwu_rvyBbgZnPtAgxb08q8SXHFAWrxuUzQjutHxxtLc8gGmedU1P9ejnFj4GXyPqTqeOrQ6RAPFuuN5M7av3tSP-xYlCE_VZvU&__tn__=FC-R) to share memories of George and Barbara's meals at the River Oaks restaurant. The Bushes were regulars for over a decade and the restaurant buzzed with excitement whenever the Bushes were expected. "It was great," says Dinari. "The guy walked in and everybody just felt good. It was great before he arrived, when he arrived [and] even as he leaves everyone's clapping, everyone's meeting him [and] shaking hands. He filled the room not just being a president but being the nice man he is. Barbara is awesome too." He adds that the president was always genuine, nice, down to earth and very witty. He had several favorite dishes, too, which he enjoyed from a corner table overlooking the dining room. Among these were the shrimp and cheese grits, the seafood crepe, crab Cobb salad and lemon ice box pie.

**Voting Day at Christie's Seafood and Steaks**

Maria Christie of Christie's Seafood and Steaks said she was "proud to be a member of [the] club [of Houston restaurants patronized by the Bushes]." The president dropped in for a meal before early voting on Nov. 1. He was a regular there, enjoying the restaurant's oyster stew and sitting at the same table (https://www.houstonchronicle.com/news/houston-texas/houston/article/For-everyday-Houstonians-Bush-left-a-lasting-

13443090.php?fbclid=IwAR2X2iPtGHdYt_5jGrFrJyEv523DvHdfhxGdvz4DMbKCn5XFJENbLRt1Qf4), often with former Secretary of State James Baker.



President George H.W. Bush called The Houstonian home since 1981, and we will forever refer to him as family. It was truly an honor for our staff to serve President and Mrs. Bush, their family, friends and colleagues.

**The Houstonian, The Manor House and Barbara's Famous Chocolate Chip Cookies**

Beginning with his tenure as CIA Director, and continuing during his time as vice president and president, George and Barbara Bush lived in **The Manor House** (http://www.houstonian.com/TheManorHouse.aspx) at The Houstonian (http://www.houstonian.com/). In 1990, when the G7 Summit was held in Houston, a treaty was signed in Manor House's Botanical Room.

With the couple's connection to Manor House, it's perhaps not surprising to learn the staff there got to know them well. So well, in fact, that The Houstonian team felt comfortable enough approaching Barbara about her chocolate chip cookie recipe.

LATEST FROM FACEBOOK

Houston Food Finder (https://www.facebook.com/339812299683237/)

Houston Food Finder (https://www.facebook.com/339812299683237)
19 minutes ago

ICYMI: For the first time, Heights ice cream shop Fat Cat Creamery has expanded to a second location. Click the article link below to find out what the new shop and larger production area upstairs is making possible. (Hint: it has to do with new ice cream flavors, including a permanent addition made with a locally produced spirit.)

*President Bush participates in a bilateral meeting with Japanese Prime Minister Toshiki Kaifu at The Manor House at The Houstonian during the G-7 Economic Summit held in Houston, Texas on July 7, 1990. Photo via the George Bush Presidential Library and Museum.*

According to CultureMap (http://houston.culturemap.com/news/city-life/04-25-18-barbara-bush-houstonian-hotel-chocolate-chip-cookie-recipe-valrhona/), the First Lady got the recipe from a friend sometime in 1992, and sent it into Family Circle magazine for their "presidential bake-off." Someone on The Houstonian staff saw the recipe and asked Mrs. Bush if the hotel restaurant could use it. It has been doing so — with the former first lady's permission, of course — since 2016. (The main restaurant inside the hotel just rebranded and emerged as **TRIBUTE at The Houstonian (http://www.houstonian.com/Dining/tribute.aspx)**. Longtime executive chef Neal Cox is still running the kitchen, too.)

"We also make them for weddings, special celebrations and give them out to children with milk in the lobby during the holidays," said **Seliece Womble**, Campus Director of Public Relations & Marking at The Houstonian. The hotel even has a link to the cookie recipe (http://www.houstonian.com/Dining/mrs-bushs-cookie-recipe.aspx) on its website (and it's also at the end of this article).

**Backstreet Cafe & Hugo's**

"It was always a pleasure seeing President Bush at **Backstreet Cafe** (https://www.backstreetcafe.net/)," said **Tracy Vaught** of H-Town Restaurant Group, which owns and operates the restaurant as well as Caracol, Third Coast, Xochi and Hugo's, which she says the Bushes also visited. "He was always warm and gracious to all the guests that greeted him and asked for photos. He was dry-witted, friendly and warm with guests and he often saw a friend or two in the dining room – he knew so many people!"

Vaught said the president liked dining outside on the patio. "He would put his hand on my shoulder for a bit of help navigating the steps out to his table," she recalled. "He came with his chief of staff and sometimes Barbara. We always had low-fat milk ready for his

(https://houstonfoodfinder.com/news/houston-ice-cream-shop-sweetens-garden-oaks-with-second-location/?fbclid=IwAR1UdKo1Q1eRdEBwRs5EdihUuQcNLKULa9UBnE3ZWRQJvUcLHZ_mTrU8I3w)

**Houston Ice Cream Shop Sweetens Garden Oaks With Second Location - Houston Food Finder (https://houstonfoodfinder.com/news/houston-ice-cream-shop-sweetens-garden-oaks-with-second-location/?fbclid=IwAR1UdKo1Q1eRdEBwRs5EdihUuQcNLKULa9UBnE3ZWRQJvUcLHZ_mTrU8I3w)**

"The Cats" have arrived in Garden Oaks with a second location of the popular Fat Cat Creamery ice cream shop. houstonfoodfinder.com



View on Facebook (https://www.facebook.com/339812299683237/posts/1326433117687812)

coffee or cappuccino. And he liked an occasional glass of wine even if it makes me sleepy,' he would say. We send our deepest condolences to the Bush family."

Barbara and former President George Bush with other former First Ladies and Presidents at the George W. Bush Presidential Library and Museum in Dallas. Pictured from left to right are Barbara Bush, George H.W. Bush, Rosalynn Carter, Jimmy Carter, Michelle Obama, Barack Obama, Hillary Rodham Clinton, Bill Clinton, and the Bushes' s son (and a former president himself) George W. Bush. Official White House Photo by Pete Souza via Flickr Creative Commons (https://www.flickr.com/photos/obamawhitehouse/8735913668/in/photolist-eiXQMb-8jYBFs-eiS7jp).

**Russell Theode**, owner of **Lei Low** (http://leilowhtx.com/), was a server at Backstreet Cafe in the mid-2000s, well after Bush left office and came back home to Houston. "I'll never forget those days when he would come. The Secret Service would come in and sweep the building," he said. "I never got to wait on him, but was often there when he would come. I remember he always knew people's names. If he didn't know your name, he would find out and use it constantly.

**Houston Food Finder (https://www.facebook.com/339812299683237)** (https://www.facebook.com/339812299683237)

with Pearland Convention & Visitors Bureau.

6 hrs ago

It's nearly impossible to visit Pearland without bumping into one of Ronnie Killen's famous establishments. Although his steakhouse came first, it is Killen's BBQ that made him a household name well beyond city — and even state — limits. It opened in 2013 and despite monumental success, Killen retains his core values of exceptional quality and genuine hospitality. Read below to get his current vision and visit for a bite with a trip to Pearland's Barbecue Trail.

(https://houstonfoodfinder.com/featured/ronnie-killen-reflects-on-evolution-of-his-pearland-bbq-restaurant/)

**molinascantina**
Molina's Mexican Restaurant

View Profile



View More on Instagram

**102 likes**

**molinascantina**

Our hearts are mourning this evening as we all feel the loss of President George H. W. Bush and our prayers go out to the Bush family at this time. From our family to the staff, we all have such fond memories of 41, and we're so honored that we were able to get to know Mr. and Mrs. Bush so well over the years. They were as kind as they were determined, and had such a love for their family, their country, and each other. RIP, Mr. Bush, and say hello to the missus for us. We'll be eating a tamale in your honor. ❤️

**Ronnie Killen Reflects on Evolution of His Pearland BBQ Restaurant - Houston Food Finder (https://houstonfoodfinder.com/featured/ronnie-killen-reflects-on-evolution-of-his-pearland-bbq-restaurant/)**

Ronnie Killen is virtually a household name, not only in his hometown of Pearland but all over the greater Houston area and its suburbs, and for good reason. houstonfoodfinder.com

👍 1   View on Facebook (https://www.facebook.com/339812299683237/posts/1330098333987957)

**Houston Food Finder (https://www.facebook.com/339812299683237)**

3 hours ago

ICYMI: Waterside dining in Houston is about to get more interesting! Former Brennan's of Houston Chef Joe Cervantez and Prestige Oysters' Raz Halili are opening a new seafood restaurant, Pier 6 Seafood, in San Leon. Get the details from David Leftwich below.

#georgehwbush #presidentbush #presidentgeorgehwbush #rip

Add a comment...

**Tex-Mex & Mexican Beer at Molina's**

The former president and first lady were also regular visitors to **Molina's**. President Bush sent a condolence letter to **Raul Molina Jr**. when his father and Molina's founder Raul Sr. died.

**Riccardo Molina** remembered that President Bush always ordered either **tacos al carbon**, **cheese enchiladas** or **beef fajitas** with a Pacifico, Dos Equis Lager or Modelo.

"One memory that stood out was when these kids came up to the Bush's table and asked if they could get a picture with them," said Riccardo. "Barbara responded, 'What, y'all want to get a picture with *him*?'"

And then there was the time a young waiter was concerned about how sternly to enforce TABC rules. "There was one time that the Bushes snuck in early, before an Astros game when he was going to throw out the first pitch," explained Riccardo. "Security came in and the place was suddenly super busy. A young college-aged waiter was serving their table. He came to me and said 'I hope I didn't screw up?' I said 'I hope you didn't screw up either, what happened?' He said [Bush] ordered a beer and it was 11:45. I told him 'I'm sorry sir, you can't order a beer before noon on Sunday.'"

The Molinas are honoring the Bushes' legacy with a sock and book drive (https://www.facebook.com/events/305951023372336/?notif_t=event_calendar_create&notif_id=1544135550590568) that started on December 5 and lasts through Christmas Eve. The drive salutes the First Lady's love of reading and the president's affinity for funny socks. Guests are encouraged to bring socks and books to the restaurants; books will be donated to the Barbara Bush Houston

---

(https://houstonfoodfinder.com/news/oyster-legend-and-former-brennans-chef-open-new-restaurant-in-san-leon/)

**Oyster Legend and Former Brennan's Chef Open New Restaurant In San Leon - Houston Food Finder (https://houstonfoodfinder.com/news/oyster-legend-and-former-brennans-chef-open-new-restaurant-in-san-leon/)**

Former Brennan's of Houston and Killen's Steakhouse chef has opened his own seafood restaurant overlooking Galveston Bay in San Leon. houstonfoodfinder.com

👍 2   View on Facebook (https://www.facebook.com/339812299683237/posts/1329919494005841)

**Houston Food Finder (https://www.facebook.com/339812299683237)**

(https://www.facebo with Bistro 555.

Literacy Foundation and the socks will be given to Interfaith Ministries (https://www.imgh.org/) to distribute to members of its Meals on Wheels program.

"He was always a delight and very lighthearted to deal with and take care of," Raul told the Washington Post (https://www.washingtonpost.com/video/national/part-of-our-family-how-bushs-favorite-houston-restaurant-remembers-him/2018/12/04/3dbfe5a4-61a9-4498-9129-156de9a4a415_video.html?noredirect=on&utm_term=.3c41c230acae). "We thought of him as part of our family."

**Barbara Bush's Famous Chocolate Chip Cookies**

*Courtesy of The Houstonian Hotel, Club & Spa (http://www.houstonian.com/)*

Ingredients:
1 cup butter
1 cup granulated sugar
1 cup brown sugar
2 eggs
2 cups flour
1 teaspoon baking soda
1 teaspoon salt
2 cups instant oatmeal
2 teaspoons vanilla extract
1 12-ounce package chocolate chips

Directions:
Blend the butter, granulated sugar and brown sugar. Beat in the eggs. Sift and add the flour. Add the baking soda and salt. Add and mix in the oatmeal, vanilla and chocolate chips. Drop by teaspoonfuls onto cookie sheet and bake for 10 minutes at 350 degrees.

*Did you get value from this article? We rely on our readers and sponsors to cover expenses each month, such as writer and social media fees, administrative costs, web development, software, online services, website hosting and more. Can you chip in just $5 to keep our coverage going?*

---

6 days ago

om/339812299683237)

 One of the most anticipated wine events every year: Beaujolais Day! This year, it's on Tuesday, November 19 and Bistro 555 in the Memorial area of West Houston is hosting a special Beaujolais Nouveau Wine Dinner! The dishes, each paired with a Beaujolais, include Chicken Stew with Crawfish Sauce and Pear Mousse with Beaujolais Syrup for dessert. The cost is $69 plus tax and gratuity. A $30 deposit via PayPal is required. Secure your reservation by calling (713) 827-8008.

(tel:+17138278008)

**Houston Food Finder (tel:+17138278008)**

In-depth coverage of #Houston (https://www.facebook.com/hashtag/Houston)'s best restaurants, bars, food and drinks.

 View on Facebook (https://www.facebook.com/339812299683237/posts/1329932387337885)

(https://www.facebook.com/donate/2267954784416882/) (Not tax deductible.) Thanks in advance for supporting local journalism! To become a sponsoring business and advertise on Houston Food Finder, email us. (mailto: sales@houstonfoodfinder.com)

---

## COMMENTS (0)

## WRITE A COMMENT

**COMMENT**

**NAME**

**E-MAIL**

**WEBSITE**

☐ Save my name, email, and website in this browser for the next time I comment.

**WRITE**

**Houston Food Finder (https://www.facebook.com/33 9812299683237)**

6 hours ago

ICYMI: Malaysian and Vietnamese food options have opened in Houston! A branch of Phat Eatery in Katy, Phat Kitchen will now be offering pickup and delivery within five miles of Blodgett Food Hall alongside new Banh Mi kitchen YELO! Get the details from Ryan Kasey Baker in the article below!

(https://www.facebook.com/33981229968323 7)

(https://houstonfoodfinder.com/news/katy-malaysian-vietnamese-restaurants-now-serving-central-houston/)