IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-61912-DPG

LARRY KLAYMAN,

    Plaintiff,

v.

INFOWARS, LLC, *et al.,*

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that MARISSEL DESCALZO enters her appearance as counsel for Defendant David Jones. Undersigned counsel request that copies of all papers, pleadings, and other correspondence in this case be directed to Marissel Descalzo at the below address.

Date: November 10, 2020

    Respectfully submitted,

    TACHE, BRONIS, CHRISTIANSON AND DESCALZO, P.A.
    150 S.E. 2 Avenue, Suite 600
    Miami, Florida 33131
    Telephone:   (305) 537-9565
    Facsimile:   (305) 537-9567

    By: */s/ Marissel Descalzo*
        Walter J. Taché, Esq.
        Florida Bar No. 028850
        wtache@tachebronis.com
        service@tachebronis.com
        Marissel Descalzo
        Florida Bar No. 669318
        mdescalzo@tachebronis.com
        service@tachebronis.com

>David S. Wachen
>Admitted *Pro Hac Vice*
>david@wachenlaw.com
>WACHEN LLC
>11605 Montague Court
>Potomac, MD  20854
>Telephone:	(240) 292-9121
>Facsimile:	(301) 259-3846
>*Counsel for David Jones*

## CERTIFICATE OF SERVICE

I CERTIFY on this 10th day of November, 2020, a copy of the foregoing was served on all parties via CM/ECF.

>By: */s/ Marissel Descalzo*
>Marissel Descalzo, Esq.