IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:20-cv-61912-DPG

LARRY KLAYMAN,

    Plaintiff,

v.

INFOWARS, *et al.*,

    Defendants.

_____/

**ORDER**

On this the _____ day of _____, 2020, upon consideration of Plaintiff Larry Klayman's Motion to Transfer to the U.S. District Court for the Western District of Texas (ECF No. 35), and Defendants' responses to the Motion:

IT IS ORDERED that Plaintiff's Motion is **DENIED**.

SIGNED this the _____ day of _____, 2020.

                                              _____
                                              HONORABLE DARRIN P. GAYLES
                                              UNITED STATES DISTRICT JUDGE