IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN<br><br>    Plaintiff<br><br>  v.<br><br>INFOWARS, LLC, et al<br><br>    Defendants. | Case Number:   0:20-cv-61912 |

## PLAINTIFF LARRY KLAYMAN'S COMPLIANCE WITH ORDER OF NOVEMBER 12, 2020

  Plaintiff Larry Klayman hereby attaches copies of his complaints which relate to the same operative facts, defendants, or claims as in this action, as ordered by the Court on November 12, 2020

  These cases, which are active, include (1): *Klayman v. Stone*, 19-2672 (13) (17th Judicial Circuit), Exhibit 1, and (2) *Corsi v. Infowars, LLC et al*, 1:20-cv-298 (W.D.Tx.). Exhibit 2.

  Importantly, Defendant Stone moved to dismiss the 17th Judicial Circuit case, and this motion to dismiss was denied by the Honorable Michael A. Robinson, Exhibit 3.

  On November 9, 2020 and November 13, 2020, Plaintiff sent additional notices pursuant to Florida Statute §770.01 to counsel for Defendants and they again have failed to respond, thereby again ratifying the defamatory conduct set forth by Plaintiff.

Dated: November 25, 2020                 Respectfully Submitted,

                             */s/ Larry Klayman*
                             Larry Klayman, Esq.
                             7050 W. Palmetto Park Rd
                             Boca Raton, FL, 33433
                             Telephone: (561)558-5336

Email:leklayman@gmail.com

*Pro Se*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of November, 2020, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

*/s/ Larry Klayman*