UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; ALEX E. JONES; DAVID JONES; and OWEN SHROYER,<br><br>　　　　Defendants. | Case No. 0:20-cv-61912-AMC<br><br>**DEFENDANTS'<br>REPORT ON PENDING CASES** |

　　　　Defendants Infowars, LLC, Free Speech Systems, LLC, Alex E. Jones, David Jones, and Owen Shroyer file this Report on Pending Cases and say:

　　　　On November 12, 2020, this Court entered an Order requiring Plaintiff Larry Klayman to "file a report listing every case pending in state and federal court which relates to the same operative facts, defendants, or claims as in this action" on or before November 25, 2020, attaching the operative complaint for each such case as an exhibit. *See* Dkt. No. 45. Defendants file this Supplemental Report in order to correct and supplement Plaintiff's submission (Dkt. No. 49). Notably, Plaintiff failed to mention four pending cases.

　　　　The following pending cases relate to the same operative facts, defendants, or claims as the instant case:

　　　　1.　　*Larry Klayman v. Roger Stone*, CACE19002672, Broward County (Fla. 17th Jud. Cir. filed Feb. 5, 2019). The operative complaint was filed by Mr. Klayman at Dkt. No. 49-1. This complaint makes the same allegations as in the instant action, sounding in defamation, regarding the January 18, 2019 broadcast, as well as regarding a 2017 YouTube video. That case remains pending.

2. *Corsi & Klayman v. Infowars, et al.*, Case No. 1:20-cv-00298-LY (W.D. Tex. filed Mar. 7, 2019) (originally filed in D.D.C.). The operative complaint was filed by Mr. Klayman at Dkt. No 492. The claims asserted by Mr. Klayman and Dr. Corsi, against the same defendants as in this action, are identical to the claims asserted here.

3. *Larry Klayman v. Roger Stone*, CACE19011394 Broward County (Fla. 17th Jud. Cir. filed May 28, 2019, pending). **In violation of the Court's order, Mr. Klayman omitted mention of this case.** The operative complaint is attached as **Exhibit 1**.

4. *Dr. Jerome Corsi vs. Roger Stone, Newsmax Media, Inc., Christopher Ruddy, Cassandra Fairbanks, John Cardillo, & John Bachman,* Case No. 50-2019-CA-013711-XXXX-MB, Palm Beach County (Fla. 15th Jud. Cir. filed Oct. 23, 2019). **In violation of the Court's order, Mr. Klayman omitted mention of this case, in which he is counsel for the plaintiff.** The operative complaint is attached as **Exhibit 2**. The claims against Mr. Stone have been dismissed, but the case remains pending as to another defendant and as to Mr. Stone's fee motion.[1]

5. *Larry Klayman v. Roger Stone, Peter T. Santilli*, *and Deborah Jordan,* 50-2019-CA-015104-XXXX-MB, Palm Beach County (Fla. 15th Jud. Cir. filed Nov. 25, 2019, pending). **In violation of the Court's order, Mr. Klayman omitted mention of this case.** The operative complaint is attached as **Exhibit 3**.

6. *Dr. Jerome Corsi vs. Roger Stone*, CACE20004473, Broward County (Fla. 17th Jud. Cir. filed Mar. 11, 2020, pending). **In violation of the Court's order, Mr. Klayman omitted mention of this case.** The operative complaint is attached as **Exhibit 4**. The claims asserted by Mr. Klayman, for his client Dr. Corsi, arise from the same January 18, 2019 broadcast as in this action.

---

[1] The same claims against all of the defendants other than Roger Stone were refiled and are pending in the refiled case removed to this Court as *Corsi v. Newsmax Media, et al.*, Case No. 9:20-cv-81396-RAR (S.D. Fla. removed Aug. 25, 2020).

- 2 -
Defendants' Report on Pending Cases

In addition to the foregoing, to ensure the Court has a complete picture of Plaintiff Klayman's litigiousness, the following actions involving the same operative facts, defendants, or claims were brought and have been terminated:

1. *Klayman v. Infowars, et al.*, Case No. 9:20-cv-80614-RKA (S.D. Fla. filed Apr. 8, 2020). The complaint is attached as **Exhibit 5**. The claims asserted by Mr. Klayman arise from the same January 18, 2019 broadcast as in this action. Judge Altman, *sua sponte,* struck the complaint as a shotgun pleading and permitted Mr. Klayman to file an amended complaint. Mr. Klayman voluntarily dismissed instead. Two weeks later, forum shopping, he filed the instant matter in state court.

2. *Corsi v. Stone,* Case No. 1:19-cv-00324 (D.D.C. filed Feb. 7, 2019). The complaint is attached as **Exhibit 6**. The claims asserted by Mr. Klayman, for his client Dr. Corsi, arise from the same January 18, 2019 broadcast as in this action. The matter was dismissed on March 1, 2020 for improper venue.

3. *Corsi & Klayman v. Caputo & Stone.*, Case No. 1:19-cv-01573 (D.D.C. removed May 29, 2019). The complaint is attached as **Exhibit 7**. The claims asserted by Mr. Klayman, for his client Dr. Corsi, arise from the same January 18, 2019 broadcast as in this action. The matter was dismissed on April 7, 2020 for lack of personal jurisdiction.

Dated: November 30, 2020.         Respectfully submitted,

/s/ Marc J. Randazza
Marc J. Randazza (FL Bar No. 625566)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants Infowars, LLC; Free Speech Systems, LLC; Alex E. Jones; and Owen Shroyer

/s/ Walter J. Taché
Walter J. Taché, Esq.
Florida Bar No. 028850
wtache@tachebronis.com
service@tachebronis.com
TACHE, BRONIS, CHRISTIANSON & DESCALZO, P.A.
150 S.E. 2 Avenue, Suite 600
Miami, Florida 33131
(305) 537-9565
(f) (305) 537-9567

David S. Wachen
Admitted *Pro Hac Vice*
david@wachenlaw.com
WACHEN LLC
11605 Montague Court
Potomac, MD 20854
(240) 292-9121
(f) (301) 259-3846

Attorneys for Defendant David Jones

Case No. 0:20-cv-61912-AMC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 30, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document is being served via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/ Trey A. Rothell
Employee,
Randazza Legal Group, PLLC