UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LARRY KLAYMAN,

    Plaintiff,

vs.

INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; ALEX E. JONES; DAVID JONES; OWEN SHROYER; and ROGER STONE,

    Defendants.

Case No. 20-cv-61912

**NOTICE OF SUPPLEMENTAL AUTHORITIES**

    Defendants Infowars, LLC, Free Speech Systems, LLC, Alex E. Jones, and Owen Schroyer, hereby give notice of the following supplemental authorities related to Defendants' opposition to Plaintiff's pending Motion for Leave to File Amended Complaint (Doc. No. 55):

1) Order granting Motion to Dismiss in *DJ Lincoln Enterprises, Inc. v. Google, LLC,* Case No. 2:20-cv-14159 (S.D. Fla., Jan. 19, 2021) a copy of which is filed herewith as **"Exhibit A".**

    This order in the U.S. District Court for the Southern District of Florida ruled that a plaintiff's "conclusory allegations of unfair competition" was insufficient for the purpose of pleading a claim under FDUTPA. Ex. A at 11. Similarly, Mr. Klayman's proposed amended complaint, including the claim under FDUTPA, is replete with conclusory allegations. And, the claims for tortious interference were dismissed where the "Plaintiff has not identified any contract with which Defendant interfered, much less pled facts to show that Defendant knew of that contract and intentionally interfered with the contract" and "Plaintiff has not identified any business relationship with which Defendant interfered. Interference with the expectation of obtaining business or with a relationship with the community in general is an insufficient basis for tortious-interference claim." Ex. A at 13. Mr. Klayman's proposed amended complaint suffers from the same infirmities.

2) *In re Larry E. Klayman, Bar No. 334581,* Case No. 20-BG-0583 (D.C. Ct. of Appeals, Jan. 7, 2021), a copy of which docket and underlying recommendation are filed herewith as "**Exhibit B**".

In his claim for tortious interference, Mr. Klayman asserts that the bar complaints against him are frivolous. This is a proceeding in which the D.C. Board of Professional Responsibility recommended an 18-month suspension of Mr. Klayman. On October 19, 2020, the D.C. Court of Appeals issued an order to show cause why it should not enter an order of suspension pending final action. Upon consideration of Mr. Klayman's response thereto, the D.C. Court of Appeals, on Jan. 7, 2021, suspended him on an interim basis pending final action. Per D.C. Bar R. XI, § 9(g)(1), Mr. Klayman could have avoided interim suspension had he demonstrated "a substantial likelihood of success with respect to the exceptions" he filed to the Board's recommendation. As he failed to show a substantial likelihood of success, it cannot be said that the bar complaints against him are frivolous, even should he ultimately prevail.

3) *In the Matter of Larry Elliot Klayman*, No. 2761 Disciplinary Docket No. 3 (Penn. Jan. 15, 2021), a copy of which is filed herewith as "**Exhibit C**".

On January 15, 2021, Mr. Klayman was suspended from the practice of law for ninety days by the Supreme Court of the Commonwealth of Pennsylvania as reciprocal discipline. As with the D.C. suspension, this decision undermines Mr. Klayman's claim that the subject bar complaints are frivolous and otherwise represent an intervening and/or superseding cause for his claims of damages.

Dated: January 26, 2021.

Respectfully submitted,

/s/Marc J. Randazza
Marc J. Randazza (FL Bar No. 625566)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Infowars, LLC; Free Speech Systems, LLC;
Alex E. Jones; and Owen Shroyer

- 3 -

Case No. 20-cv-61912

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all parties via CM/ECF on this 26th day of January 2021.

/s/ Cassidy S. Curran
Employee,
Randazza Legal Group, PLLC