IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN<br><br>　　　　　　Plaintiff<br><br>　　v.<br><br>INFOWARS, LLC, et al<br><br>　　　　　　Defendants. | Case Number:   0:20-cv-61912 |

**PLAINTIFF LARRY KLAYMAN'S RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY AND MOTION TO STRIKE**

Plaintiff Larry Klayman ("Mr. Klayman") hereby files the following in response to and moves to strike the Infowars Defendants' Notice of Supplemental Authority (the "Supplement") as entirely irrelevant and meant only to prejudice Mr. Klayman before this Court.

First and foremost, Mr. Klayman is not representing any client in this instant case, as he has filed this case *pro se*. Thus, any order attorney discipline or suspension is completely irrelevant, as Mr. Klayman is ultimately free to file and pursue cases *pro se* even if he were not an attorney.

Second, the Infowars Defendants bring to this Court's attention orders of suspension in the District of Columbia Court of Appeals ("DCCA") (Exhibit B) and Pennsylvania (Exhibit C). Markedly absent is anything from The Florida Bar. Thus, even if Mr. Klayman were representing a client in the matter, which he is not, the Infowars Defendants' Supplement is still entirely irrelevant.

Third, the DCCA Order is a non-final temporary order of interim suspension, which Mr. Klayman is still challenging in any event. Mr. Klayman is also ultimately confident that the DCCA will not impose any discipline in the form of a final order and that he will prevail before

1

the DCCA.

Fourth, it is curious that counsel for the Infowars Defendants is attempting to bring disciplinary actions to the Court's attention, when Mark Randazza has had, to say the least, a difficult relationship with the concept of legal ethics. Mr. Randazza pattern and practice of engaging in misconduct is so renowned that it was even detailed in an article by the Huffington Post. Exhibit 1.

Accordingly, Mr. Klayman respectfully requests that the Court strike the Infowars Defendants' entirely irrelevant filing.

Dated: January 26, 2021                                              Respectfully Submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Telephone: (561)558-5336
Email:leklayman@gmail.com

*Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th of January 2021, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

/s/ Larry Klayman