UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; ALEX E. JONES; DAVID JONES; OWEN SHROYER; and ROGER STONE,<br><br>　　　　Defendants. | Case No. 20-cv-61912<br><br>**REPLY TO PLAINTIFF'S RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY AND OPPOSITION TO MOTION TO STRIKE** |

　　　Mr. Klayman misunderstands[1] the Notice of Supplemental Authorities (ECF No. 56).  The disciplinary decisions regarding Mr. Klayman, as discussed in the Notice, were not submitted for the purpose of seeking disqualification.  Had that been the purpose, Defendants would have said so.

　　　Rather, they are directly relevant to Klayman's claims for tortious interference, as they directly countermand his claim that Defendants suborned frivolous bar complaints, allegedly causing him his claimed damages.  Even should Mr. Klayman prevail in the disciplinary proceedings, the entry of these orders shows the complaints filed against him were not frivolous and otherwise represent a superseding cause of his alleged damages.  Thus, the motion should be denied.

　　　If the Court is looking to strike anything, it should strike the Huffington Post blog post.  Defendants would prefer not to have to waste the Court's time with a secondary spat about the Huffington Post, but Mr. Randazza must respond to the irrelevant personal attack.  The Huffington Post is not a reliable blog.  The author of the blog post has been seemingly obsessed with Mr. Randazza since Mr. Randazza agreed to represent the First Amendment rights of an individual the author appeared to have enmity against.

---

[1]　Defendants are being charitable in this characterization.

It is notable that Klayman relies on the blog and fails to simply cite Randazza's disciplinary report from Florida – just as Jim Carrey's character was forced to argue in "Liar Liar," the truth is devastating to his case. Should the Court be at all interested in Mr. Randazza's status in Florida, he is attaching the Order and underlying report as **Exhibit A**, where the Florida Bar did, indeed, discipline Mr. Randazza. In contrast to the Huffington Post blog, the picture that an unbiased judge painted, after hearing testimony and reviewing evidence, shows the blog post to be unreliable.

To the extent Mr. Klayman seeks to rely on the Huffington Post, he must also accede to its criticism and recognize that the statements about him in the blog break the chain of causation of the harm he alleges. Viewing the blog posts about Mr. Klayman in the same forum, the Court will find, *inter alia*, the following:

> "Freedom Watch founder Larry Klayman. Best known in recent years for his evangelical pursuit of birtherism and all half-baked conspiracies related to the debunked claim that Barack Obama wasn't born in America and that he's an undercover Muslim, Klayman told cheering activists in Washington that the president 'bows down to Allah.' He announced that Obama's 'not the president of 'we the people, he's a president of his people,' and that Obama needed to 'put the Quran down.'"[2]

And, quoting Klayman:

> "The country 'is ruled by a president who bows down to Allah' and 'is not a president of 'WE, THE PEOPLE.'"[3]

Of course, one of the best summations of the reliability of the Huffington Post is by Mr. Klayman himself:

> Indeed, the HuffPo Defendants have a history of publishing slanderous and injurious articles concerning President Trump and his supporters, like Plaintiff Sheriff Arpaio, in an attempt to "muckrake" and "get" them because of their conservative political ideology.

---

[2] Eric Boehlert, *The Shutdown's Radical Birther Streak That the Press Can No Longer Ignore*, THE HUFFINGTON POST (Oct. 15, 2013), available at: https://www.huffpost.com/entry/the-shutdowns-radical-bir_b_4100760 (last accessed Jan. 26, 2021).

[3] Jon "Bowzer" Bauman, *'We, a Fraction of the People'*, THE HUFFINGTON POST (Oct. 17, 2013), available at: https://www.huffpost.com/entry/we-a-fraction-of-the-peop_b_4117283 (last accessed Jan. 26, 2021).

- 3 -

*Arpaio v. Huffington Post, et al.*, Case No. 1:19-cv-03366-RCL (D. D.C. Feb. 17, 2020) (Opposition to Motion to Dismiss), filed by Larry Klayman.  This is Klayman's own view of the "authority" he cites for what a bad bad man Mr. Randazza must be.  The Huffington Post blog post serves no purpose in this litigation and lacks any indicia of reliability.  In contrast, the judicial decisions against Mr. Klayman are directly relevant to the issues in the pending motion for leave to amend.  Thus, the motion to strike should be denied.

| | |
|---|---|
| Dated: January 26, 2021. | Respectfully submitted, |
| | /s/Marc J. Randazza<br>Marc J. Randazza (FL Bar No. 625566)<br>RANDAZZA LEGAL GROUP, PLLC<br>2764 Lake Sahara Drive, Suite 109<br>Las Vegas, NV 89117<br>Telephone: 702-420-2001<br>ecf@randazza.com |
| | Attorneys for Defendants<br>Infowars, LLC; Free Speech Systems, LLC;<br>Alex E. Jones; and Owen Shroyer |

Case No. 20-cv-61912

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all parties via CM/ECF on this 26th day of January 2021.

*/s/ Heather Elliott*
Employee,
Randazza Legal Group, PLLC