UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; ALEX E. JONES; DAVID JONES; OWEN SHROYER; and ROGER STONE,<br><br>    Defendants. | Case No. 20-cv-61912<br><br><br>NOTICE OF SUPPLEMENTAL AUTHORITY |

Defendants Infowars, LLC, Free Speech Systems, LLC, Alex E. Jones, and Owen Shroyer, hereby give notice of the following supplemental authority related to Defendants' opposition to Plaintiff's pending Motion for Leave to File Amended Complaint (Doc. No. 55):

- Order granting Motion to Dismiss in *Jerome Corsi v. Newsmax Media, Inc.* (S.D. Fla., Feb. 12, 2021) a copy of which is filed herewith as **"Exhibit A".**

This order in the U.S. District Court for the Southern District of Florida dismissed claims by Jerome Corsi, brought by Larry Klayman, arising from statements by Cassandra Fairbanks, which are somehow attributed to Roger Stone. The Southern District of Florida found that Corsi failed to plead the defamation element of publication because the statements were not made by the moving defendants, rejecting the theories of agency, ratification, and conspiracy to defame. Like the Newsmax Defendants could not be held liable for Ms. Fairbanks's statements, Infowars, LLC, Free Speech Systems, LLC, Alex E. Jones, and Owen Shroyer cannot be held liable for Mr. Stone's.

In rejecting the conspiracy to defame theory, the Court noted that "Corsi alleges no facts about any conversation(s), meeting(s), or agreement(s) between the Newsmax Defendants, Fairbanks, and/or Stone pre-dating the Debate." *See* **Exhibit A** at 8 n. 6. Those same defects are missing in this matter as well. The agency theory was rejected because it reversed principal-agent roles—Stone might be liable for what others say, but they are not liable for anything he might say. *Id.* at 10. The ratification

theory failed as well under the same allegations. *Id.* at 12. Similarly, as Stone is not the agent of Infowars, LLC, Free Speech Systems, LLC, Alex E. Jones, or Owen Shroyer, ratification theory is of no effect here.

The Court also observed that the pleaded high-profile status of Corsi left no question of public figure status. *Id.* at 12. Klayman pleads similarly as to himself. The Court found that there were insufficiently pleaded facts, beyond conclusory allegations, that the defendants actually knew the statements were false or recklessly disregarded such. *Id.* at 13. Mere prior experience with Corsi was insufficient to impart specific knowledge of falsity of the statements at issue. *Id.* at 13-14. The defamation by implication claim was rejected for failure to allege how the statements were true but gave a false impression. *Id.* at 15. The Court dismissed the claims *with prejudice*.

Dated: February 19, 2021.    Respectfully submitted,

/s/Marc J. Randazza
Marc J. Randazza (FL Bar No. 625566)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Infowars, LLC; Free Speech Systems, LLC;
Alex E. Jones; and Owen Shroyer

Case No. 20-cv-61912

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all parties via CM/ECF on this 19th day of February 2021.

_____
Employee, Randazza Legal Group, PLLC

RANDAZZA | LEGAL GROUP