**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

LARRY KLAYMAN

          Plaintiff

    v.

INFOWARS, LLC, et al

        Defendants.

**Case Number:   0:20-cv-61912**

### PLAINTIFF LARRY KLAYMAN'S REQUEST FOR JUDICIAL NOTICE

    Plaintiff Larry Klayman ("Mr. Klayman") hereby respectfully requests that the Court take judicial notice of the attached articles pursuant to Federal Rules of Evidence Rule 20, as the facts contained therein "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

    The articles show that Roger Stone is also "tied at the hip" with the Infowars Defendants and again is under federal investigation by the Federal Bureau of Investigation for alleged crimes. *See* Exhibit 1. They both have a history and pattern and practice of acting as one, so close has been and remains their relationship. As for the Infowars Defendants, they also have a history of maliciously defaming persons and entities, such as the aggrieved Sandy Hook families. *See* Exhibit 2.

Dated: February 22, 2021

Respectfully Submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Telephone: (561)558-5336
Email:leklayman@gmail.com

*Pro Se*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 22nd day of February  2021, a true copy of the

foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

<u>*/s/ Larry Klayman*</u>

# EXHIBIT 1

# The Washington Post

*Democracy Dies in Darkness*

# U.S. investigating possible ties between Roger Stone, Alex Jones and Capitol rioters

By **Spencer S. Hsu** and **Devlin Barrett**

Feb. 20, 2021 at 3:00 a.m. PST

The Justice Department and the FBI are investigating whether high-profile right-wing figures — including Roger Stone and Alex Jones — may have played a role in the Jan. 6 Capitol breach as part of a broader look into the mind-set of those who committed violence and their apparent paths to radicalization, according to people familiar with the investigation.

The investigation into potential ties between key figures in the riot and those who promoted former president Donald Trump's false assertions that the election was stolen from him does not mean those who may have influenced rioters will face criminal charges, particularly given U.S. case law surrounding incitement and free speech, the people said. Officials at this stage said they are principally seeking to understand what the rioters were thinking — and who may have influenced beliefs — which could be critical to showing their intentions at trial.

However, investigators also want to determine whether anyone who influenced them bears enough responsibility to justify potential criminal charges, such as conspiracy or aiding the effort, the officials said. That prospect is still distant and uncertain, they emphasized.

Nevertheless, while Trump's impeachment trial focused on the degree of his culpability for the violence, this facet of the case shows investigators' ongoing interest in other individuals who never set foot in the Capitol but may have played an outsized role in what happened there through their influence, networks or action.

"We are investigating potential ties between those physically involved in the attack on the Capitol and individuals who may have influenced them, such as Roger Stone, Alex Jones and [Stop the Steal organizer] Ali Alexander," said a U.S. official, who, like others interviewed for this report, spoke on the condition of anonymity to discuss the pending investigation.

Stone is a longtime adviser to Trump, while Jones is a radio and Web-streaming host behind Infowars.com. Both are frequent purveyors of conspiracy theories: Stone wrote a book suggesting Lyndon B. Johnson was behind John F. Kennedy's assassination; Jones has spread and retracted claims that the Sandy Hook Elementary School shooting was a "hoax."

All three amplified and intensified Trump's incendiary and baseless claims that the 2020 election was illegitimate in the weeks leading up to the riot. But Stone and Alexander have directly credited each other with inspiring and planning

**Unprecedented times call for unlimited access.**     **Get one year for $29**     ^

coordinating and planning certain parts of the breach or in connection with violence at an earlier Trump rally, records and documents show.

A key task for prosecutors and agents is to sift through the multitude of motives and intentions of the roughly 800 people in the mob that descended upon the Capitol — from those who came as individuals drawn to the idea of derailing Joe Biden's presidency before it began, to those who allegedly began organizing immediately after the election to show up in Washington in large numbers to use force to try to keep Trump in power.

The U.S. official and others familiar with the investigation cautioned that the role of firebrands like Stone and Jones may be important mostly to painting a complete picture of that day's events, regardless of whether they ultimately rise to the level of conspiracy or other crimes.

Stone and Jones helped promote Trump's false election fraud claims and earlier rallies in Washington and participated in pro-Trump events Jan. 5 and Jan. 6, but each has denied intending anything beyond peaceful protest.

Shortly after the riot, Jones said on Infowars that he was invited by the White House on about Jan. 3 to "lead the march" to the Capitol, and that he paid nearly $500,000, mostly donated, to help organize the event on the Ellipse.

Jones promoted the event vigorously, called for 1 million marchers and told his viewers on Jan. 1, "Roger Stone spent some substantial time with Trump in Florida just a few days ago, and I'm told big things are afoot and Trump's got major actions up his sleeve."

Unprecedented times call for unlimited access.     Get one year for $29

A day before the insurrection, Jones urged a pro-Trump crowd at Freedom Plaza in downtown Washington "to resist the globalists" with his refrain, "I don't know how all this is all going to end, but if they want to fight, they better believe they've got one!" In a Jan. 6 post from near the same spot, he declared "1776" — a term co-opted by Trump fans urging a kind of second revolution against the government. "We're under attack, and we need to understand this is 21st-century warfare and get on a war footing," Jones said.

On that day, however, Jones said, he followed, not led, the rally crowd as people moved toward the Capitol, and became alarmed by the chaos.

"Let's not fight the police and give the system what they want," Jones was recorded shouting. His attorney Marc Randazza said the video shows Jones urged calm, adding, "If you wish to know what Alex Jones' role was [on Jan. 6] you need look no further than the video."

Later Jones is heard saying, "Trump is going to speak over here! Trump is coming!" in what appears to be an attempt to distract and move a crowd away from the building's embattled west front.

Stone has also publicly distanced himself from the violence and criticized it, telling Moscow-funded RT television on Jan. 8 that he was invited to lead a march but "I declined." He said in the same interview that when he addressed a rally at the Supreme Court on Jan. 5, he intended "peaceful protest" and added, "I have specifically denounced the violence at the Capitol, the intrusion in the Capitol. That's not how we settle things in America."

In the Jan. 5 speech, Stone characterized the next day's events as "an epic struggle for the future of this country between dark and light . . . the godly and the godless . . . good and evil."

Stone's attorney Grant Smith said in a statement, "There is no evidence whatsoever that Roger Stone was involved in any way, or had advance knowledge about the shocking attack that took place at the US Capitol on January 6th. Any implication to the contrary using 'guilt by association' is both dishonest and inaccurate."

Alexander, in a since-deleted video on Periscope weeks before the Jan. 6 rally, said he and three hard-line Republican Trump supporters "schemed up of putting maximum pressure on Congress while they were voting" to change the minds of those who wouldn't go against certifying Biden's win.

Alexander did not respond to an emailed request for comment for this story. But in an email to The Washington Post in mid-January, Alexander said he had "remained peaceful" during the riot.

"Conflating our legally, peaceful permitted events with the breach of the US Capitol building is defamatory and false," he said. On Telegram, Alexander has since blamed outside "Capitol agitators" for sabotaging events.

Unprecedented times call for unlimited access.    Get one year for $29

In recorded videos and on Infowars, Stone and Jones have lifted the profiles of the Proud Boys, a far-right group with a history of violence, and Oath Keepers — a loose network of self-styled militias — branding them as street-level security forces for right-wing causes and VIPs. The government has charged nine alleged affiliates of the Oath Keepers with conspiracy, and accused an Ohio member of leading up to 30 to 40 others in the break-in. Oath Keepers founder Stewart Rhodes has said he gave no direction or signals to members to storm the Capitol. The leader of the Proud Boys has said the group did not plan to interrupt Congress.

Stone was recorded on video both at the Supreme Court and at his D.C. hotel on Jan. 5 and 6 with several Oath Keepers members who he has said were providing security. The charged Ohio leader, Jessica Watkins, told a court Saturday that after falling "prey to the false and inflammatory claims" of Trump, his supporters and right-wing media, she was assigned to escort lawmakers and others both days, was given a VIP pass to the Jan. 6 rally, and encountered Secret Service agents that day.

Stone in online columns accused news organizations that reported the recordings of engaging in guilt by association and "more 'Russian-collusion hoax-style' smears." Stone wrote that he knew of "no wrongdoing by the Oath Keepers or the Proud Boys" and that if credible information were to emerge revealing a conspiracy, everyone involved should be prosecuted.

Already, officials have charged three Proud Boys leaders in connection with the Capitol riot or an earlier pro-Trump rally in Washington — Proud Boys chairman Henry "Enrique" Tarrio, organizer Joe Biggs and Seattle leader Ethan Nordean. The three registered a company together last year, and Tarrio and Biggs also have preexisting personal or business connections to Stone and Jones, respectively, according to records and documents.

Unprecedented times call for unlimited access.    Get one year for $29

entrusted with his phones and social media accounts, explaining why Stone's Instagram account had posted an image of the judge's head next to what appeared to be gunsight crosshairs. Stone was convicted but pardoned by Trump last year.

Tarrio, 33, promoted Stone's legal defense fund, launched an online store selling Stone and Proud Boys gear, and led Latinos for Trump in Florida, which worked with the White House's political liaison office. During last year's campaign, Trump famously encouraged the Proud Boys to "stand back and stand by."

On Dec. 29, Tarrio took to Parler to encourage the Proud Boys to "turn out in record numbers" to the Jan. 6 demonstration, adding in a Jan. 3 Telegram post, "What if we invade it?"

Biggs, 37, became an on-air personality for Jones's online Infowars outlet starting in 2014, covering armed Oath Keepers' emergence at protests against police brutality at Ferguson, Mo., and ranchers' violent standoff against U.S. authorities at Malheur National Wildlife Refuge in Oregon.

In a Nov. 20 podcast promoted by Jones, Tarrio suggested viewers "kick off this [Biden] presidency with f------ fireworks," infiltrate his inauguration and "turn [it] into a f------ circus, a sign of resistance, a sign of revolution." That podcast, which featured Biggs and Nordean, and was first reported by online news site the Daily Dot, was posted to YouTube but has since been removed. The Post has viewed the video.

Nordean, 30, who called himself Rufio Panman online, became a Proud Boys spokesman after a video of him punching out a Portland protester in June 2018 went viral and was featured by Jones. Last July, Tarrio, Biggs and Nordean started a Florida business called Warboys LLC, promoting right-wing causes online in the footsteps of Stone and Jones and through Tarrio's store, the 1776 Shop.

Americans must "desensitize" themselves to violence, Nordean said in a Parler-linked video Dec. 31 in which his guest called Proud Boys "soldiers of the right wing" at war.

Biggs's defense attorney Michael Ryan has called the allegations against Biggs "speculative" and said he is not accused of damaging the Capitol.

Nordean's attorney, Assistant Federal Defender Corey Endo of Seattle, has said his client is not accused of violence, and that prosecutors were targeting Proud Boys via "guilt by association."

Endo declined to comment, and Ryan did not respond to requests for comment.

Tarrio was not at the Jan. 6 rally and has not been charged with any wrongdoing related to the riot. He was arrested on Jan. 4 and pleaded not guilty to weapons and property destruction charges at a previous pro-Trump protest in the District. Tarrio said he posted "What if we invade it" in reference to recruiting candidates to take over local and national Republican committees, not the Capitol. He said he was in touch with Stone and others about his plans to attend the Jan. 6 rally, but that was all.

"There was no plan to go into the Capitol . . . There was no plan to even interrupt Congress."

## Reviewing radicalization

**Unprecedented times call for unlimited access.**          Get one year for $29

charged, including several who, according to court documents, allegedly appeared to move in an organized fashion at the head of crowds storming police, forcing entry. Some also appeared to be wearing or using earpieces and two-way walkie-talkie-style communication devices, prosecutors and the FBI said.

The group's actions pose another critical question for prosecutors and FBI agents: how individual rioters grew "radicalized" to allegedly commit crimes that meet the textbook definition of domestic terrorism, and whether any criminal culpability extends beyond the rioters to anyone who may have worked with them.

Prosecutors and the FBI have cast a wide net for evidence of radicalization that led to violent criminal conduct at the Capitol, obtaining more than 500 search warrants and grand jury subpoenas and opening case files on more than 400 potential suspects as of Jan. 26.

A Jan. 21 search warrant for the home and electronic devices of a Maryland man charged with assaulting police on Jan. 6 sought information relating to "radicalization against the U.S. Congress, the 2020 presidential election, the Jan. 6 certification . . . and the Jan. 20, 2021 presidential Inauguration."

The warrant also sought information regarding animosity toward U.S. officials or law enforcement; interest in the security and layout of federal buildings; and others who "collaborated, conspired or assisted [--] knowingly or unknowingly," in the assault, or who communicated about related matters.

Justice Department spokesmen referred questions to the FBI, which declined to comment.

First Amendment litigator Ken White said the legal hurdle for charging incitement rises the further removed in time and distance the speaker is from any lawless activity.

"It's incredibly hard under current law to say that someone like Alex Jones saying something a day or a week before is going to meet that standard as the law has been interpreted," White said. "I anticipate that you will see increasingly creative alternative approaches by federal prosecutors, like conspiracy."

Current and former U.S. authorities said investigators are probably excavating "layers" of rioters' motivations, including whether any might have been part of any wider conspiracy. Those officials likened the process to investigating street-level drug dealers or gang members who might "flip" and implicate higher-ranking captains or ringleaders.

"Every terrorism case I've ever worked on . . . has shown something about the radicalization process, or how a person came to harbor the views, animosity and intent to commit a crime of violence," said Mary McCord, a top national security official at the Justice Department from 2014 to 2017.

Trump may have seeded and stoked rioters' grievances with false claims of election fraud and thinly veiled calls for violence, said McCord, now at Georgetown Law School. But investigators are also probing whether rioters were lone actors or coordinated by others who directed them or provided resources such as money for travel, lodging or weapons, she said.

**Unprecedented times call for unlimited access.**   Get one year for $29

added, "You don't have to be a rocket scientist to think some people conspired." However, he added, "That doesn't mean you have a grand conspiracy involving everyone, but you may have loosely connected groups."

*Keith L. Alexander, Manuel Roig-Franzia and Robert O'Harrow Jr. contributed to this report.*

Updated February 22, 2021

## President Joe Biden: The First 100 Days

### The latest

'The former guy': Biden and his aides work to ignore Trump — but it won't be easy

White House reiterates teacher vaccinations 'not a prerequisite' to reopening schools

Biden's low-key approach to storm wins praise but courts risks

### The administration

**The Biden Cabinet:** Who has been selected

**Biden appointees:** Who is filling key roles

### The Biden Agenda

Read more about his plans on: Immigration | Foreign policy | Health care | Climate change | Social and Criminal Justice | Economic policy | Tech policy

**Unprecedented times call for unlimited access.**     **Get one year for $29**

2/22/2021    Justice Department examining communications between Roger Stone and Capitol rioters - South Florida Sun Sentinel

Case 0:20-cv-61912-AMC Document 61 Entered on FLSD Docket 02/22/2021 Page 11 of 23

ADVERTISEMENT

US & WORLD NEWS    NEWS

# Justice Department examining communications between Roger Stone and Capitol rioters

**By KATIE BENNER**

THE NEW YORK TIMES  |  FEB 21, 2021

  



SECTIONS          **$1 FOR 10 WEEKS**          LOG IN
OFFER ENDS SOON

SUPREME COURT WON'T HALT TURNOVER OF TRUMP'S TAX RECORDS TO NEW YORK PROSECUTOR

FEEDBACK



PHOTOS
Fallout from the mob attack at the U.S. Capitol





President Donald Trump's supporters descended on the nation's capital on Jan. 5-6 to cheer his baseless claims of (Roberto Schmidt / Getty-AFP)

The Justice Department is examining communications between right-wing extremists who breached the Capitol and Roger Stone, a close associate of former President Donald Trump, to determine whether Stone played any role in the extremists' plans to disrupt the certification of President Joe Biden's electoral victory, a person familiar with the matter said Saturday.

Should investigators find messages showing that Stone knew about or took part in those plans, they would have a factual basis to open a full criminal investigation into him, according to the person, who spoke on the condition of anonymity to discuss a continuing inquiry. While that is far from certain, the person said, prosecutors in the U.S. attorney's office in Washington are likely to do so if they can find that connection.

ADVERTISEMENT

Advertisement



2/22/2021 Justice Department examining Roger Stone's communications records as it weighs inquiry into Capitol riots – South Florida Sun Sentinel

Case 0:20-cv-61912-AMC Document 61 Entered on FLSD Docket 02/22/2021 Page 13 of 23

Stone, a self-described fixer for Trump, evaded a 40-month prison term when the former president commuted his sentence in July and pardoned him in late December. Stone had been convicted on seven felony charges, which included obstructing a House inquiry into possible ties between the Trump campaign and Russia's efforts to interfere in the 2016 election, lying to Congress and witness tampering. But that pardon does not protect Stone from future prosecutions.

Justice Department officials have debated for weeks whether to open a full investigation into Stone, the person said. While Stone spoke at an incendiary rally a day before the attack, had right-wing extremists act as his bodyguards and stood outside the Capitol, those actions themselves are not crimes.



Roger Stone exits federal court Washington on Nov. 15, 2019. (Julio Cortez/AP)

But the FBI also has video and other information to suggest that in the days leading to and including the day of the assault, Stone associated with men who eventually stormed the building and broke the law, said the person familiar with the inquiry. That has given investigators a window to examine communications to see whether Stone knew of any plans to breach the complex.

FEEDBACK

The Washington Post earlier reported that the Justice Department was scrutinizing Stone's possible ties to right-wing extremists at the Capitol.

Advertisement



BECCA SCOTT
@THEBECCASCOTT

Skip Ad

The New York Times has identified at least six members of the Oath Keepers, a far-right extremist group founded by former military and law enforcement personnel, who guarded Stone and were later seen inside the Capitol after a pro-Trump mob took the building by force. Prosecutors have charged two of those men with conspiring to attack Congress.



### Breaking News Alerts Newsletter
As it happens

Get updates on the coronavirus pandemic and other news as it happens with our free breaking news email alerts.

ENTER YOUR EMAIL ADDRESS

A Justice Department spokesperson declined to comment. Stone did not immediately respond to a request for comment.

FEEDBACK

In a statement posted online this month, Stone denied any role in the "lawless attack" and said that members of the Oath Keepers "should be prosecuted" if there was proof that they had broken the law. He added that he "saw no evidence whatsoever of illegal activity by any members" of the group.

**LATEST US & WORLD NEWS**

No COVID-19 deaths listed by Wisconsin for the first time since September

Supreme Court won't halt turnover of Trump's tax records to New York prosecutor

Oath Keeper claims she met with Secret Service before Capitol riots

A day after the Capitol assault, Michael Sherwin, the U.S. attorney in Washington, told reporters that he would not rule out pursuing charges against Trump or his associates for their possible role in inciting or otherwise encouraging the mob.

"We are looking at all actors, not only the people who went into the building," Sherwin said. Asked whether such targets would include Trump, who exhorted supporters during a rally near the White House on Jan. 6, telling them that they could never "take back our country with weakness," Sherwin stood by his statement. "We're looking at all actors," he said. "If the evidence fits the elements of a crime, they're going to be charged."

Another member of Sherwin's office appeared to walk back those remarks soon after, suggesting that people in Trump's orbit were unlikely to be investigated. But Sherwin later said he stood by his original statement.

*c.2021 The New York Times Company*

---

Man Gets Into a Tesla. What Happens Next Will Surprise Everyone (Video)

E LEGACY REPORT | SPONSORED

This Liquidless Detergent Does Better Laundry While Saving

FEEDBACK

2/22/20... Last A Department Of Justice Probe Communications Of Roger Stone and Capitol Riots – South Florida Sun Sentinel

Case 0:20-cv-61912-AMC Document 61 Entered on FLSD Docket 02/23/2021 Page 16 of 23

The Planet

## Man Who Predicted 2020 Crash 45 Days Early Issues Next Major Warning

**THE LEGACY REPORT** | SPONSORED

This Liquidless Laundry Detergent Is Helping The Planet

How to Clean Your Mac's space for Big Sur Installation?

MACKEEPER | SPONSORED

 **SUN SENTINEL**

Larry King's widow disputes handwritten will

 **SUN SENTINEL**

Joe Scarborough drops f-bomb Thursday on MSNBC during impassioned segment

By BRENNA BINER / VARIETY

 **NY DAILY NEWS**

## Models don eye-popping looks in tape-only swimsuit show

## This Pillowcase is Becoming The Must-Have Gift of 2021

**BLISSY** | SPONSORED

## Randy Jackson: This 3 Minute Routine Transformed My Health

**UNIFY HEALTH LABS** | SPONSORED

### You May Like

Sponsored Links by Taboola

**See Why People with Diabetes Are Using This New App**

Dexcom

FEEDBACK

...ed A New Shower? Check Out This Deal From American Standard

...erican Standard

2/22/2021 · U.S. Department of Communications over Communications over Roger Stone and Capitol riots 2/20/20 Florida Sun Sentinel

Case 0:20-cv-61912-AMC Document 61 Entered on FLSD Docket 02/23/2021 Page 17 of 23

### California Launches New Guidelines For Cars Used Less Than 50 Miles/Day
Bill Cruncher

### Man Who Bought Amazon at $48 Says Buy TaaS Now
Empire Financial Research

ADVERTISEMENT

**CONNECT**

   

**TRIBUNE PUBLISHING**

| | |
|---|---|
| Chicago Tribune | New York Daily News |
| The Baltimore Sun | Orlando Sentinel |
| The Morning Call of Pa. | Hartford Courant |
| Daily Press of Va. | The Virginian-Pilot |
| The Daily Meal | BestReviews |

**COMPANY INFO**

| | |
|---|---|
| Careers | Newsroom Directory |
| Place an ad | Contact the Newsroom |
| | Privacy Policy |
| Terms of Service | Manage Web Notifications |
| | Feedback |
| ...wspaper Online | FAQ |
| | Do Not Sell My Personal Information |

FEEDBACK

Copyright © 2021, South Florida Sun-Sentinel

# EXHIBIT 2

Case 0:20-cv-61912-AMC Document 61 Entered on FLSD Docket 02/22/2021 Page 20 of 23

 REUTERS    World    Business    Markets    Breakingviews    Video    More    

**U.S. LEGAL NEWS**

DECEMBER 31, 2019 / 12:40 PM / UPDATED A YEAR AGO

# Infowars founder who claimed Sandy Hook shooting was a hoax ordered to pay $100,000

By Daniel Trotta



(Reuters) - Conspiracy promoter and right-wing media personality Alex Jones has been ordered to pay $100,000 in court costs and legal fees stemming from a lawsuit over his claims that the 2012 Sandy Hook massacre of school children was a hoax, court records show.

ADVERTISEMENT: Your content will begin in 29 seconds

Jones, founder of the Infowars radio show and webcast, has claimed the mainstream media and

g¹    Watch Live: Merrick Garland's Senate confirmation hearing for U.S. attorney general

Case 0:20-cv-61912-AMC   Document 61   Entered on FLSD Docket 02/22/2021   Page 21 of 23

school staff were shot dead at Sandy Hook Elementary School in Newtown, Connecticut, on Dec. 14, 2012.

In response, several parents of the slain 6- and 7-year-old children sued Jones and Infowars for defamation and emotional distress in Texas, where Infowars is based, and in Connecticut.

In Texas, Travis County District Court Judge Scott Jenkins on Dec. 20 ordered Jones and Infowars to pay more than $100,000 in a case brought by Neil Heslin, whose 6-year-old son, Jesse Lewis, was killed at the school. The Daily Beast first reported the rulings on Monday.

The judge's filings ordered Jones to pay more than $100,000 for failing to provide discovery, or evidence owed to the opposing side, and for filing a frivolous request to dismiss the case. In October, the same judge ordered Jones to pay another $25,875 for failing to respond to a previous discovery order.

Jones' attorney, Wade Jefferies, said the lawsuit should be dismissed on freedom of speech grounds and said he would appeal the judge's decision not to dismiss it. He also said the legal payments ordered by the judge were excessive.

"As to the actual amounts of attorney's fees awarded, in my opinion, and every lawyer with knowledge of the case I have talked to agrees, the attorney's fee awards are excessive," Jefferies said in an email.

The Sandy Hook tragedy rocked the United States when a 20-year-old man shot and killed his mother at home and then

went on a rampage at the school, also killing himself.

Jones began promoting the fiction that the event was staged. After conducting what he called "deep research," Jones said in 2014 "the whole thing was fake."

Watch Live: Merrick Garland's Senate confirmation hearing for U.S. attorney general

InfoWars founder who claimed Sandy Hook shooting was a hoax ordered to pay 100000 | Reuters

However, in a deposition linked to one of the suits, Jones later conceded that "children died and it's a tragedy," while also denying he had wronged the parents of the slain children.

Mark Bankston, an attorney representing Heslin and three other Sandy Hook parents, said Jones has "put a middle finger up to the court."

"Hopefully these orders will have the effect of telling him there's severe consequences for this," Bankston said.

Reporting by Daniel Trotta; Editing by Dan Grebler

*Our Standards:* *The Thomson Reuters Trust Principles.*

**MORE FROM REUTERS**

Apps    Newsletters    Advertise with Us    Advertising Guidelines    Cookies    Terms of Use    Privacy

Watch Live: Merrick Garland's Senate confirmation hearing for U.S. attorney general



All quotes delayed a minimum of 15 minutes. See here for a complete list of exchanges and delays.

© 2021 Reuters. All Rights Reserved.

Watch Live: Merrick Garland's Senate confirmation hearing for U.S. attorney general