# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN, <br><br> Plaintiff, <br><br> vs. <br><br> INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; ALEX E. JONES; DAVID JONES; OWEN SHROYER; and ROGER STONE, <br><br> Defendants. | Case No. 20-cv-61912 <br><br> **DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY AND RESPONSE TO PLAINTIFF'S MOTION TO STRIKE** |

Defendants filed a proper notice of supplemental authority (ECF No. 59). The Court can take it for what it wants. The recent decision by another judge in this District shows what a deficient pleading of conspiracy is and how that same deficiency appears in this case. There is no reason to strike it.

The articles proffered by Mr. Klayman have nothing to do with what is pleaded in the putative amended complaint.

As to Mr. Klayman's supplemental argument as to the Florida Anti-SLAPP statute, it is misplaced. If Mr. Klayman wants to provide another case about whether the *Florida* Anti-SLAPP statute applies in federal court, he is welcome to do so. Nothing in his citations speaks specifically about the Florida statute, which is unique and fundamentally differs from the D.C. and Georgia statutes discussed therein. Several cases, previously brought to this Court's attention, have found that the *Florida* statute withstands *Erie* scrutiny.

In light of the foregoing, Mr. Klayman's motion to strike (ECF No. 60) should be denied.

RANDAZZA | LEGAL GROUP

Dated: 02/22/2021

Respectfully submitted,

/s/Marc J. Randazza
Marc J. Randazza (FL Bar No. 625566)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
Infowars, LLC; Free Speech Systems, LLC;
Alex E. Jones; and Owen Shroyer

Case No. 20-cv-61912

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been furnished to Larry Klayman, 7050 W. Palmetto Park Rd., Boca Raton, Florida 33433, <leklayman@gmail.com>, Robert Buschel, Buschel & Gibbons, P.A., One Financial Plaza, Suite 1300, 100 S.E. Third Avenue, Fort Lauderdale, FL 33394, <buschel@BGlaw-pa.com>, Walter Taché, Tache, Bronis, Christianson And Descalzo, P.A., 150 S.E. 2nd Avenue, Suite 600, Miami, FL 33131, <wtache@tachebronis.com>, <service@tachebronis.com>, and David S. Wachen, Wachen LLC, 11605 Montague Court, Potomac, MD 20854, <david@wachenlaw.com> by electronic mail and U.S. mail on this 22nd day of February, 2021.

*Cassidy Curran*
Employee,
Randazza Legal Group, PLLC

RANDAZZA · LEGAL GROUP