IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN<br><br>　　　　Plaintiff<br><br>　　v.<br><br>INFOWARS, LLC, et al<br><br>　　　　Defendants. | Case Number:　0:20-cv-61912 |

**PLAINTIFF LARRY KLAYMAN'S REPLY TO RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY AND MOTION TO STRIKE**

　　The bottom line is this: neither the Florida Supreme Court nor the U.S. Court of Appeals for the Eleventh Circuit has sustained the Florida Anti-SLAPP statute, as other states have ruled that it is inapplicable, particularly as here in federal court.

**Dated: February 23, 2021**　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Larry Klayman*
　　　　　　　　　　　　　　　　　　　　　　　　　　Larry Klayman, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　7050 W. Palmetto Park Rd
　　　　　　　　　　　　　　　　　　　　　　　　　　Boca Raton, FL, 33433
　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (561)558-5336
　　　　　　　　　　　　　　　　　　　　　　　　　　Email:leklayman@gmail.com

　　　　　　　　　　　　　　　　　　　　　　　　　　*Pro Se*

**CERTIFICATE OF SERVICE**

　　I HEREBY CERTIFY that on this 22nd day of February 2021, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

2

/s/ Larry Klayman

2