IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

LARRY KLAYMAN

        Plaintiff

v.

INFOWARS, LLC, et al

        Defendants.

Case Number:   0:20-cv-61912

## PLAINTIFF LARRY KLAYMAN'S RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY BY MARC RANDAZZA ON BEHALF OF THE INFOWARS DEFENDANTS

Plaintiff Larry Klayman hereby responds to the Notice of Supplemental Authority filed recently by Marc Randazza on behalf of the Infowars Defendants. ECF No. 70.

First, the Report and Recommendation of the Magistrate in *Corsi v. Infowars LLC et al*, 1:20-cv-298 (W.D.Tx.) is simply a recommendation and is not binding authority and thus was improper to submit this to the Court, as counsel for the Infowars Defendants knows well.

Second, the Magistrate's Recommendation by the Magistrate is so grossly wrong as to not be worth of any consideration. Attached and incorporated by reference is Plaintiffs Jerome Corsi and Larry Klayman's Motion for Status Conference and to Vacate Report and Recommendation of the United States Magistrate Andrew W. Austin which is self- explanatory. In addition, if necessary, Plaintiffs Dr. Jerome Corsi and Larry Klayman will be submitting timely objections to this clearly erroneous Recommendation, which will also be provided to this honorable Court.

In sum, the Magistrate's Recommendation is of no force or effect, is not a binding order, and should never have been put forth by counsel for the Infowars Defendants as supplemental

authority, as this was clearly improper. To avoid the Infowars Defendants' intended confusion and obfuscation, Plaintiff respectfully requests that this Honorable Court carefully read and digest Plaintiffs Jerome Corsi and Larry Klayman's Motion for Status Conference and to Vacate Report and Recommendation of the United States Magistrate Andrew W. Austin, as it is also instructive on the factual and legal strength of Dr. Corsi's allegations, who is not a plaintiff before this Honorable Court in any event, as well as Mr. Klayman's allegations.

Dated: June 2, 2021                                                                                      Respectfully Submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Telephone: (561)558-5336
Email:leklayman@gmail.com

*Pro Se*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of June , a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

/s/ Larry Klayman