**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| LARRY KLAYMAN<br><br>        Plaintiff<br><br>v.<br><br>INFOWARS, LLC, et al<br><br>        Defendants. | Case Number:   0:20-cv-61912 |

**PLAINTIFF LARRY KLAYMAN'S  RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY BY MARC RANDAZZA ON BEHALF OF THE INFOWARS DEFENDANTS**

Plaintiff Larry Klayman hereby responds to the Notice of Supplemental Authority filed recently by counsel Marc Randazza on behalf of the Infowars Defendants. ECF No. 72.

The erroneous, thoughtless and fatally flawed opinion attached by the Infowars Defendants as a "supplemental authority" is currently pending a Motion for Reconsideration, Exhibit 1, and if necessary, an appeal to the U.S. Court of Appeals for the Fifth Circuit. In any event, it is non-controlling and non-binding on this Court, notwithstanding that it's factual and legal analysis is so erroneous.

Dated: June 28, 2021                                                                Respectfully Submitted,

                                                                                          /s/ *Larry Klayman*
                                                                                         Larry Klayman, Esq.
                                                                                         7050 W. Palmetto Park Rd
                                                                                         Boca Raton, FL, 33433
                                                                                         Telephone: (561)558-5336
                                                                                         Email:leklayman@gmail.com

                                                                                         *Pro Se*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of June , a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

/s/ Larry Klayman