IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN<br><br>Plaintiff<br><br>v.<br><br>INFOWARS, LLC, et al<br><br>Defendants. | Case Number:   0:20-cv-61912 |

**PLAINTIFF LARRY KLAYMAN'S  NOTICE OF FILING AND SUPPLEMENTAL RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY BY MARC RANDAZZA ON BEHALF OF THE INFOWARS DEFENDANTS**

Plaintiff Larry Klayman hereby informs the Court that he has filed Plaintiffs' Second Supplement to Motion for Reconsideration and Reply to the Infowars Defendants' Response to the Report and Recommendation of Magistrate Andrew W. Austin and Motion for Leave to File Second Amended Complaint, attached hereto as <u>Exhibit 1</u>, in the U.S. District Court for the Western District of Texas in *Corsi v. Infowars LLC et ai,* 1:20-cv-2998 (W.D.Tx.).

Dated: August 5, 2021                                                                  Respectfully Submitted,

*/s/ Larry Klayman*
Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Telephone: (561)558-5336
Email:leklayman@gmail.com

*Pro Se*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of August , a true copy of the foregoing was

1

filed via ECF and served to all counsel of record though the Court's ECF system.

/s/ Larry Klayman