IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN<br><br>        Plaintiff<br><br>v.<br><br>INFOWARS, LLC, et al<br><br>        Defendants. | Case Number:   0:20-cv-61912 |

## PLAINTIFF LARRY KLAYMAN'S RESPONSE TO NOTICE OF SUPPLEMENTAL AUTHORITY BY MARC RANDAZZA ON BEHALF OF THE INFOWARS DEFENDANTS

Plaintiff Larry Klayman ("Mr. Klayman") hereby responds to the Notice of Supplemental Authority filed recently by counsel Marc Randazza on behalf of the Infowars Defendants. ECF No. 75.

The order of the Honorable Lee Yeakel of the U.S. District Court for the Western District of Texas of October 12, 2021 has been appealed to the U.S. Court of Appeals for the Fifth Circuit ("Fifth Circuit"), and Mr. Klayman is confident that the Fifth Circuit will overturn the subject rulings and judgment, as they are so fatally flawed that they cannot stand. *See* Exhibit 1; *Notice of Appeal*.

As a brief summary of the proceedings before Judge Yeakel in the Western District of Texas (the "Texas Case"), Judge Yeakel referred all dispositive motions to Magistrate Judge Andrew Austin, who then sat on the case for eight months, strangely barred any discovery, refused to hold a hearing on the motions to dismiss, and then on the eve of his retirement, issued a fatally flawed Report and Recommendation (the "Report"). The Report was grossly and fatally flawed including but not limited to the following respects:

>   (1) Magistrate Austin usurped the role of the jury, which is especially egregious at the motion to dismiss stage.
>
>   (2) Magistrate Austin ignored the allegations in the complaint that Defendants were working together in concert.
>
>   (3) Magistrate Austin erroneously found that Plaintiffs did not allege actual malice.
>
>   (4) Magistrate Austin erred by finding the Defendants' false statements of fact of and concerning Plaintiffs unactionable as defamation.
>
>   (5) Magistrate Austin erroneously dismissed claims for intentional infliction of emotional distress and assault
>
>   (6) Magistrate Austin made numerous factual errors which shows that he did not thoroughly review the record, for instance, recommending dismissal of the Amended Complaint against Defendant David Jones without prejudice on page 10, but then, deciding on his own that even leave to amend would be futile, writes at page 17 "…the undersigned recommends that the Court not permit Corsi or Klayman leave to amend, and dismiss (all) the claims with prejudice."

*See* Exhibit 2; *Objections to Report and Recommendation*.

Then, Judge Yeakel simply "rubber-stamped" Magistrate Austin's fatally flawed Report, and himself denied any hearings to Plaintiffs, culminating in the order and judgment of October 12, 2021, which has now been appealed to the Fifth Circuit, along with other adverse rulings concerning all of the defendants.

It is evident that Judge Yeakel did not take the time to review Magistrate Austin's fatally flawed Report, or the judicial record, and simply tried, in a best case scenario (and there may be other improper conduct at issue) as well, to lessen his docket by "rubber stamping" Magistrate Austin's Report. Accordingly, the orders that have come out of the Texas Case should be given absolutely no weight, as they are all fatally flawed.

Furthermore, as the Texas Case is now on appeal, it is premature to give it any *res judicata* effect here. *See Denson v. State*, 775 So. 2d 288 (Fla. 2000). In *Denson*, the Florida Supreme Court applied *res judicata* for "claims that have already been decided on the merits and

[ONLY AFTER] **all direct appellate review has been exhausted**." *Id*. at 290 (emphasis added). Here, Mr. Klayman's rights of direct appellate review have not been exhausted, and it is therefore premature to give the Texas Case any type of preclusive effect. As Mr. Klayman is confident that the Texas Case will be reversed on appeal, it simply makes no sense to give it *res judicata* effect here, and then have to reverse everything before this honorable Court later once the Texas judgment is reversed. This would only be a waste of judicial resources.

A thorough review of the pleadings before this honorable Court shows that Plaintiff Mr. Klayman has properly pled actionable claims, which must now proceed to discovery and trial before a jury.

Lastly, The Florida Supreme Court has long recognized that res judicata will not be invoked where it would defeat the ends of justice." *State v. McBride*, 848 So. 2d 287, 291 (Fla. 2003). This is absolutely the case here, as the Texas Case is so fatally flawed that it cannot be given and preclusive effect. This would just be more error compounding already greatly prejudicial and harmful error by the Texas Case. Thus, the prudent thing to do, should the Court wish to consider res *judicata*, is to at a minimum, stay this case pending outcome of the appeal of the Texas Case. However, Mr. Klayman respectfully requests that a stay is not necessary, as the Texas Case is so fatally flawed that it should not be given any preclusive effect here, and this case should simply proceed in the interests of justice.

Dated: October 13, 2021                                                                 Respectfully Submitted,

                                                                                        /s/ Larry Klayman
                                                                                        Larry Klayman, Esq.
                                                                                        7050 W. Palmetto Park Rd
                                                                                        Boca Raton, FL, 33433
                                                                                        Telephone: (561)558-5336
                                                                                        Email:leklayman@gmail.com

*Pro Se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13ʰ day of October 2021, a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

<u>*/s/ Larry Klayman*</u>