UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-61912-CIV-CANNON

**LARRY KLAYMAN**,

    Plaintiff,

v.

**INFOWARS, LLC**, **et al.**,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Leave to Amend the Complaint (the "Motion") [ECF No. 53]. The Court denied the Motion and dismissed this action with prejudice in a separate order [ECF No. 77]. The Court also denied a subsequent Motion for Reconsideration of its Order [ECF No. 83]. In accordance with Federal Rule of Civil Procedure 58, the Court hereby

**ORDERS AND ADJUDGES** as follows:

1. Judgment is entered in favor of Defendants Infowars, LLC, Free Speech Systems, LLC, Alex E. Jones, David Jones, and Owen Shroyer, and against Plaintiff Larry Klayman.

2. Plaintiff shall take nothing by this action.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 14th day of April 2022.

                                       AILEEN M. CANNON
                                       UNITED STATES DISTRICT JUDGE

cc:    counsel of record