UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LARRY KLAYMAN,<br><br>         Plaintiff,<br><br>     vs.<br><br>INFOWARS, LLC; FREE SPEECH SYSTEMS, LLC; ALEX E. JONES; DAVID JONES; OWEN SHROYER; and ROGER STONE,<br><br>         Defendants. | Case No. 20-cv-61912<br><br>**NOTICE OF BANKRUPTCY** |

NOTICE IS HEREBY GIVEN that Defendant InfoW, LLC, f/k/a Infowars, LLC, filed a petition for relief under Chapter 11 of the United States Code on April 17, 2022, in the United States Bankruptcy Court for the Southern District of Texas (Victoria), Case Number 22-60020.

Dated: April 18, 2022.

Respectfully submitted,

/s/Marc J. Randazza
Marc J. Randazza (FL Bar No. 625566)
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Defendants
InfoW, LLC f/k/a Infowars, LLC; Free Speech Systems, LLC; Alex E. Jones; and Owen Shroyer

Case No. 20-cv-61912

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been furnished to all parties via CM/ECF on this 18th day of April, 2022.

*/s/ Marc J. Randazza*
Marc J. Randazza
Randazza Legal Group, PLLC