UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 20-61912-CIV-CANNON/Hunt

**LARRY KLAYMAN**,

    Plaintiff,

v.

**INFOWARS, LLC**, **et al.**,

    Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AND STAYING DEADLINE TO FILE MOTIONS FOR ATTORNEYS' FEES AND COSTS

**THIS CAUSE** comes before the Court upon Marc J. Randazza's Motion to Withdraw as Counsel for Defendants Infowars, LLC, Free Speech Systems, LLC, Alex E. Jones, and Owen Shroyer [ECF No. 87], filed on April 18, 2022. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Withdraw [ECF No. 87] is **GRANTED**.

2. Marc J. Randazza shall be **DISCHARGED** of all further responsibilities for Defendants Infowars, LLC, Free Speech Systems, LLC, Alex E. Jones, and Owen Shroyer.

3. The deadline to move for attorneys' fees and costs, *see* S.D. Fla. Local Rule 7.3, is **STAYED** pending resolution of Plaintiff's appeal [ECF No. 85]. Any motions for attorneys' fees and costs shall be filed no later than 60 days following the issuance of the Eleventh Circuit's mandate.

CASE NO. 20-61912-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 20th day of April 2022.

                                                                                             **AILEEN M. CANNON**
                                                                                         **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record