IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

LARRY KLAYMAN

        Plaintiff

   v.

INFOWARS, LLC, et al

        Defendants.

Case Number:   0:20-cv-61912

**NOTICE OF REQUEST FOR INVESTIGATION BY JUDICIAL COUNCIL OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

This is to put the Court on notice that Larry Klayman has requested a thorough and expeditious investigation of the Judicial Council of the U.S. Court of Appeals for the Eleventh Circuit in the following cases over the conduct and rulings of the presiding judge with regard to any lobbying or recommendation to the federal bench, actual recommendation to the federal bench, relationship, contact, encounter, and/or communication of any kind which these federal judges have had, undertaken, or benefitted from with and by Roger Stone and/or his surrogates Alex Jones, Owen Shroyer, Infowars and Christopher Ruddy of Newsmax concerning President Donald Trump's appointment of these jurists to the federal bench and related matters. This request for investigation has proven necessary because these federal judges will not respond to relevant inquiries in this regard. These cases include:

    *Klayman v. Infowars LLC et al*, 0:20-cv-61912 (Hon. Aileen Cannon)

    *Klayman v. Infowars LLC et al*, 20-cv-80614 (Hon. Roy K. Altman)

    *Corsi v. Newsmax Media, Inc. et al*, 20-cv-81396 (Hon. Rodolfo Ruiz)

    *Klayman v. Porter et al*, 9:22-cv-80270 (Hon. Raag Singhal)

These Courts are respectfully requested to preserve any and all records and documents, including email, text and social media to avoid spoliation.

Dated: April 21, 2022                                                                              Respectfully Submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Telephone: (561)558-5336
Email:leklayman@gmail.com

*Pro Se*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21[h] day of April 2022 , a true copy of the foregoing was filed via ECF and served to all counsel of record though the Court's ECF system.

/s/ Larry Klayman